# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00112 |
| Jordan Robert Mink | ) | Assigned to: Judge Meriweather, Robin M |
|  | ) | Assign Date: 1/18/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 18 U.S.C. §§ 1752(a), (b)(1)(A) | (1) Unlawful Entry on Restricted Building or Grounds While Using or Carrying a Deadly or Dangerous Weapon; |
| (2) 40 U.S.C. §§ 5104(d) | (2) Unlawful Injury to Property on Capitol Grounds; |
| (3) 40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D), (F) and (G) | (3) Violent Entry, Disorderly Conduct, Physical Violence on Capital Grounds |
| (4) 18 U.S.C. § 1361 | (4) Distruction of government property valuded at over $1,000 |
| (5) 18 U.S.C. § 641 | (5) Theft of Government Property |
| (6) 18 U.S.C. § 2(a) | (6) Aiding and Abetting |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan T. Alfredo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __01/18/2021__

2021.01.18 22:09:35 -05'00'
_____
*Judge's signature*

City and state: __Washington, DC__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*