AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

United States of America
v.
Jorden Robert Mink

Case No.

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jordan Robert Mink,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), (2), (4), and (b)(1)(A) (Unlawful Entry on Restricted Building or Grounds While Using or Carrying a Deadly or Dangerous Weapon); (2) did unlawfully step, climb, remove, or in any way injure a statute, seat, wall, fountain, or other erection or architectural feature, or any tree, shrub, plant or turf, in the Capitol Grounds, in violation of 40 U.S.C. § 5104(d) (Injuries to Property); (3) did willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the U.S. Capitol Grounds or in any of the U.S. Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, or parade, demonstrate, or picket in any of the Capitol Buildings, engage in physical violence on the Capitol Building or Grounds, in violation of 40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D), 5104(e)(2)(F), 5104(e)(2)(G); (4) did willfully injure or commit any degradation against any property of the United States, or of a department or agency, to wit, windows, the damage or attempted damage to such property exceeding $1,000, in violation of Title 18 U.S.C. § 1361 (Destruction of Government Property); (5) did unlawfully steal, purloin, or knowingly convert to his use or the use of another, or without authority, conveys or disposes of a thing of value of the United States, or of a department or agency, to wit, a chair and furniture, in violation of 18 U.S.C. § 641 (Theft of Government Property), and (6) did aid and abet the commission of these offenses against the United States, in violation of 18 U.S.C. § 2(a)

Date: 01/18/2021

2021.01.18 22:08:12 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/21, and the person was arrested on *(date)* 1/18/21
at *(city and state)* McKees Rocks, PA.

Date: 1/20/21

*Arresting officer's signature*

Mark Allen Warren, SA FBI
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Jorden Robert Mink

Known aliases: 

Last known residence:    640 Seminary Ave, Oakdale, PA

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth:    10/25/1993

Social Security number:    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

Height:                                             Weight:

Sex:                                                  Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: