IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 21-CR-25 |
| | ) | |
| v. | ) | JUDGE MOSS |
| | ) | |
| GEORGE NORKUS | ) | ELECTRONICALLY FILED |

**NOTICE OF APPEARANCE OF ATTORNEY**

TO THE CLERK OF COURTS AND ALL PARTIES OF RECORD:

NOTICE is hereby given that MICHAEL E. MOSER, Esquire, enters his appearance as counsel of record for Defendant, JORDEN MINK, in the above criminal action.

Dated: April 8, 2021

/s/ Michael E. Moser
Michael E. Moser, Esquire
PA ID No. 78844
Law Office of Michael Moser
2661 Clearview Road - Suite 8
Allison Park, Pennsylvania 15101
(412) 753 0400
mike@moserslaw.com
memoser@comcast.net