IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 21-CR-25 |
| | ) | |
| v. | ) | JUDGE MOSS |
| | ) | |
| JORDEN MINK | ) | ELECTRONICALLY FILED |

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

AND NOW COMES, the Defendant, Jorden Mink, by and through his counsel, Michael E. Moser, Esquire, filing the within Motion for Leave to File Under Seal, and in support thereof, avers as follows:

1. Counsel requests leave to file a document under seal as being the type permitted pursuant to F.R.Crim.P. 49.1(d).

2. Counsel is requesting leave to file under seal because the filing will include confidential medical information that should not be filed on the public docket.

3. Counsel requests leave to be excused from any requirement that he file a redacted version of the document.

4. AUSA Michael DiLorenzo has advised that the Government does not object to the granting of the relief requested herein.

WHEREFORE, the Defendant, Jorden Mink, respectfully requests that this Honorable Court grant the within Motion for Leave to File Under Seal and enter an Order permitting the filing of a Document Under Seal.

Respectfully submitted,

Dated: April 23, 2021

/s/ Michael E. Moser
Michael E. Moser, Esquire
PA ID No. 78844
Law Office of Michael Moser
2661 Clearview Road - Suite 8
Allison Park, Pennsylvania 15101
(412) 753 0400
mike@moserslaw.com
memoser@comcast.net