UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-cr-25 (RDM) |
| v. | : |
| | : |
| JORDEN ROBERT MINK, | : |
| | : |
| Defendant. | : |

**GOVERNMENT'S RESPONSE TO DFENDANT'S MOTION
FOR AN ORDER OF THE COURT DIRECTING CENTRAL TREATMENT FACILITY
TO ALLOW DEFENDANT TO REVIEW RULE 16 MATERIAL**

On June 11, 2021, the defendant file a motion for an order of Court directing the Central Treatment Facility to allow the defendant to review Rule 16 material and a proposed order [Dock. # 22]. On June 14, 2021, the Court, by way of a minute order, directed the government to respond to the defendant's motion by June 16, 2021. After a review of the defendant's motion, the government does not object to the defendant's motion or his proposed order.

WHEREFORE, the United States respectfully does not oppose the defendant's motion for an order of Court directing the Central Treatment Facility to allow the defendant to review Rule 16 material and his proposed order.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:    /s/
Michael C. DiLorenzo
Assistant United States Attorney

1

Bar No. MD 931214 0189
555 Fourth Street, N.W., 11th Floor
Washington, DC   20530
michael.dilorenzo@usdoj.gov
(202) 252-7809