IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 21-CR-25 |
| | ) | |
| v. | ) | JUDGE MOSS |
| | ) | |
| JORDEN MINK | ) | ELECTRONICALLY FILED |

MOTION FOR AN ORDER OF COURT DIRECTING CENTRAL TREATMENT FACILITY
TO ALLOW DEFENDANT TO REVIEW RULE 16 MATERIALS

AND NOW COMES, the Defendant, Jorden Mink, by through his counsel, Michael E. Moser, Esquire, filing the within Motion for an Order of Court Directing Central Treatment Facility to Allow Defendant to Review Rule 16 Materials, and in support thereof, avers as follows:

1. Jorden Mink is charged at the above-captioned case with various criminal offenses.

2. Mr. Mink has been continuously detained, pursuant to the request of the Government, since January 29, 2021, and is presently lodged at the District of Columbia Department of Corrections Central Treatment Facility. (hereinafter referred to as "Central Treatment Facility ")

3. The Government provided Rule 16 material to the undersigned on May 5, 2021, at which time the undersigned immediately forwarded said Rule 16 materials to Mr. Mink in accordance with the required procedures of the District of Columbia Department of Corrections

4. On May 19, 2021, the undersigned was advised that District of Columbia Department of Corrections had received the Rule 16 materials and that Mr. Mink would be afforded opportunity to review those materials.

5.      On June 17, 2021, this Honorable Court issued an Order of Court directing District of Columbia Department of Corrections Central Treatment Facility to permit Mr. Mink to access discovery materials on or before June 30, 2021 and to provide at least 40 hours time within which to review those materials.

5.      As of July 1, 2021, Mr. Mink, who remains detained at Central Treatment Facility, has not been permitted to review his Rule 16 discovery materials.

6.      Mr. Mink has been incarcerated for nearly six (6) months at the insistence of the Government and has yet to review his discovery materials.

7.      The undersigned, having reviewed the Rule 16 materials provided by the Government, estimates that at least 40 hours will be required for Mr. Mink to undertake a meaningful review of those Rule 16 materials.

WHEREFORE, the Defendant, Jorden Mink, respectfully requests that this Honorable Court grant the within Motion enter an Order directing the District of Columbia Department of Corrections Central Treatment Facility to allow Mr. Mink to review the Rule 16 discovery materials forthwith, and that Mr. Mink be allowed at least 40 hours over a reasonable period of time to conduct the review of his Rule 16 discovery materials.

                                                Respectfully submitted,

Dated: July 2, 2021                            /s/ Michael E. Moser
                                                          Michael E. Moser, Esquire
                                                          PA ID No. 78844
                                                          Law Office of Michael Moser
                                                          2661 Clearview Road - Suite 8
                                                          Allison Park, Pennsylvania 15101
                                                          (412) 753 0400
                                                          mike@moserslaw.com
                                                          memoser@comcast.net