IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 21-CR-25 |
| | ) | |
| v. | ) | JUDGE MOSS |
| | ) | |
| JORDEN MINK | ) | ELECTRONICALLY FILED |

MOTION FOR AN ORDER OF COURT DIRECTING CENTRAL TREATMENT FACILITY
TO ALLOW DEFENDANT ADDITIONAL TIME TO REVIEW RULE 16 MATERIALS

AND NOW COMES, the Defendant, Jorden Mink, by through his counsel, Michael E. Moser, Esquire, filing the within Motion for an Order of Court Directing Central Treatment Facility to Allow Defendant Additional Time to Review Rule 16 Materials, and in support thereof, avers as follows:

1. Jorden Mink is charged at the above-captioned case with various criminal offenses.

2. Mr. Mink has been continuously detained, pursuant to the request of the Government, since January 29, 2021, and is presently lodged at the District of Columbia Department of Corrections Central Treatment Facility. (hereinafter referred to as "Central Treatment Facility ")

3. The Government provided Rule 16 material to the undersigned on May 5, 2021, at which time the undersigned immediately forwarded said Rule 16 materials to Mr. Mink in accordance with the required procedures of the District of Columbia Department of Corrections

4. On July 9, 2021, the undersigned was advised that District of Columbia Department of Corrections provided Mr. Mink with a laptop computer allegedly containing the Rule 16 materials so that he could review those materials.

5.       Counsel has been advised by Mr. Mink that he has not been able to open or view many of the materials on the laptop computer due to technical issues.

6.       Mr. Mink has been incarcerated for nearly six (6) months at the insistence of the Government and has yet to review his discovery materials.

7.       The undersigned, having reviewed the Rule 16 materials provided by the Government, estimates that at least 40 hours will be required for Mr. Mink to undertake a meaningful review of those Rule 16 materials.

8.       The undersigned has reason to believe that Mr. Mink's access to the laptop computer will be ending soon, before he has been able to review all of his Rule 16 materials.

WHEREFORE, the Defendant, Jorden Mink, respectfully requests that this Honorable Court grant the within Motion and enter an Order directing the District of Columbia Department of Corrections Central Treatment Facility to allow Mr. Mink have access to the laptop computer for purposes of reviewing his Rule 16 materials for an additional two week period from the date of the Court's Order, and directing the District of Columbia Department of Corrections Central Treatment Facility to provide technical support to Mr. Mink so that he is able to actually review his Rule 16 discovery materials.

Respectfully submitted,

Dated: July 20, 2021

/s/ Michael E. Moser
Michael E. Moser, Esquire
PA ID No. 78844
Law Office of Michael Moser
2661 Clearview Road - Suite 8
Allison Park, Pennsylvania 15101
(412) 753 0400
mike@moserslaw.com
memoser@comcast.net