```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA


   UNITED STATES OF AMERICA,

       vs.
                                         Criminal No. 21-105
   JORDEN MINK,

           Defendant.
                              - - -


     Transcript of Proceedings on January 29, 2021, in the
     United States District Court, Pittsburgh, Pennsylvania,
     before The Honorable Lisa Pupo Lenihan, Magistrate Judge.



   APPEARANCES:

     For the Government:    Soo C. Song, Esquire




     For the Defendant:     Michael E. Moser, Esquire




     Court Reporter:




Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```



```
23      Q.   Let me rephrase that.  Do you have an idea who stole
24 the weapon from your house, the one that Jorden has in that
25 picture?
```

1    A.   We have thoughts of it being a family member, but
2 there is no proof of that.  That is why I ended up buying home
3 surveillance.



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```
23     Q.   Ms. Otey, what happened to Jorden's red cell phone
24  that he had down at the Capitol on January 6th?
25     A.   I am not sure.

```
1   Q.   You haven't seen it since what time?
2   A.   Since that night.
3   Q.   And when did he purchase a new cell phone?
4   A.   Sometime -- what date are we at now?
5   Q.   The 29th.  Today is the 29th.
6   A.   I'm not sure of that.
7   Q.   Why did he get a new cell phone?
8   A.   I don't know.
```

[lines 9-25 redacted]

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15         First is the nature and circumstance of the alleged
16  offense.  This was a horrendous crime against our democracy that
17  Mr. Mink not only participated in but was a very active and
18  violent participant and maybe even a leader vis-à-vis the
19  article submitted about crowd actions.
20         Despite counsel's argument that he was a jerk, quote,
21  on January 6th, I would say that Mr. Mink was more than a jerk
22  or an idiot, as I think counsel also referred to him.  He put
23  members of our Government in fear of their lives by his actions.
24         The second factor is the weight of the evidence
25  against the Defendant.  It's extremely strong.
```

1  ████████████████████████████████████████
2  ███████████████████████████████
3         The third factor is the history and characteristics,
4  the Defendant's physical and mental condition, family ties,
5  employment, and history.
6         So Mr. Mink did have an issue with addiction.  I will
7  commend you, Mr. Mink, for being sober for a little over a year.
8  I know how difficult that is from other defendants and from
9  other acquaintances.  However, having an addiction is a very
10 difficult thing to maintain and control, and so I do think that
11 is a risk factor, having that in your history.
12        You have a criminal record going back to age 16.  As
13 counsel pointed out, we're looking at misdemeanors or summary
14 offenses.  Any felonies were withdrawn or dismissed, ████
15 ████████████████████████████████████████
16 ███████████████████████████
17        I am concerned, however, that there were two offenses
18 charged back in 2014 while you were on probation and bench
19 warrants for failures to appear back in 2012.
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15            I do find, however, that you did attempt to obstruct
16   justice simply because your phone has now mysteriously
17   disappeared, and I think that there is an issue that you may
18   attempt to obstruct justice moving forward if you were released.
19            The fact that you were involved in this crime against
20   our democracy and that you engaged in a violent attack on the
21   United States Capitol, evidence is to me nothing but a complete
22   and total disregard for the Government and for the rule of law.
23   And for that reason, I don't think that any conditions I impose
24   would be effective because I don't think that you would abide by
25   them.
```