IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

         v.                    CASE NO. 21-cr-25

JORDEN MINK,

      Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Please enter my appearance for counsel on the above captioned criminal case of Mr. Jorden Mink. I certify that I am admitted to practice in this Court via pro hac vice.

Respectfully Submitted,

Date: January 25, 2022

*s/ Komron Jon Maknoon*
Komron Jon Maknoon
PA I.D. 90466

309 Smithfield Street
4th Floor
Pittsburgh, PA 15222
412-201-1802
412-201-3484 (Fax)
kjm@maknoon-law.com