# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-00025 (RDM)** |
| **JORDEN ROBERT MINK,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 2, 2022         MATTHEW M. GRAVES
                           UNITED STATES ATTORNEY
                           D.C. Bar No. 481052

                    By:    /s/ BARRY K. DISNEY
                           Barry K. Disney
                           Trial Attorney, Capital Case Section
                           Detailee – Capitol Siege Division
                           Kansas Bar No. 13284
                           U.S. Department of Justice
                           1331 F. St. NW, Suite 6000
                           Washington, D.C. 20005
                           202-305-4367 (office)
                           202-924-4861 (cell)
                           Barry.Disney@usdoj.gov

## CERTIFICATE OF SERVICE

On this 2nd day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                               */s/ BARRY K. DISNEY*
                                               BARRY K. DISNEY
                                               Trial Attorney