IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:21-cr-00025 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JORDEN MINK, | ) | The Honorable Randolph D. Moss |
| | ) | |
| Defendant. | ) | |

**MOTION FOR VIDEO VISITATION WITH COUNSEL AND FAMILY**

AND NOW, comes Defendant, Jorden Mink (hereinafter "Mr. Mink"), by and through his counsel, Komron Jon Maknoon, Esquire, and files this Motion for Video Visitation with Counsel and Family. In support of the within motion, Mr. Mink avers as follows:

1. On January 27, 2021, Mr. Mink was indicted on alleged violations of 18 U.S.C. §§ 1512(c)(2) and 2, 18 U.S.C. §§ 641 and 2, 18 U.S.C. § 1361, 18 U.S.C. § 1752(a)(1) and (b)(1)(A), 40 U.S.C. § 5104(e)(2)(D), 40 U.S.C. § 5104(e)(2)(F), and 40 U.S.C. § 5104(e)(2)(G) (*See* ECF Doc. No. 5).

2. On February 24, 2021, a superseding indictment was issued with the same alleged violations, but with the addition of alleged violations of 18 U.S.C. § 231(a)(3), 18 U.S.C. 111(a)(1) and (b), and 18 U.S.C. § 111(a)(1) (*See* ECF Doc. No. 7).

3. On January 25, 2022, undersigned counsel respectfully entered his appearance on behalf of Mr. Mink (*See* ECF Doc. No. 48).

4. On October 18, 2022, the Office of the United States Attorney for the District of Columbia extended a plea offer to Mr. Mink with an expiration date of November 14, 2022.

5. On November 7, 2022, the expiration date of the plea agreement was extended to November 30, 2022.

6. It is important for Mr. Mink to speak with his family prior to acceptance of any plea offer due to the impact on his family.

7. Undersigned counsel has the ability to meet with Mr. Mink through a legal video visit via Microsoft Teams provided by the DC Correctional Treatment Facility (DC CTF).

8. Pending pretrial detention, the DC CTF does not provide inmates the ability to do video visitation nor in-person visits unless they are fully vaccinated.

9. In turn, Mr. Mink, has not had the ability to see his family in-person or by video for approximately eighteen (18) months.

10. Undersigned counsel believes with good faith that it is of great importance to allow Mr. Mink's mother, Lizabeth Mink, fiancée of nine (9) years, Lexie Otey, and son, RM, to be a part of his attorney-client legal video visit and discuss resolution of the case as a family.

11. Tentatively, this legal video visit will occur on November 18, 2022, in undersigned counsel's office via Microsoft Teams through the DC Correctional Treatment Facility.

12. If the relief requested within is granted, undersigned counsel would attend the visit in its entirety.

13. On October 31, 2022, Assistant United States Attorney Barry Disney stated that the government has no objection to this video visitation.

WHEREFORE, Mr. Mink respectfully requests that this Honorable Court grant permission to allow Mr. Mink's mother, Lizabeth Mink, fiancée of nine (9) years, Lexie Otey, and son, RM to join undersigned counsel during his attorney-client legal video visit with Mr. Mink to discuss resolution of the case.

Respectfully submitted,

/*s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
309 Smithfield St., 4th Floor
Pittsburgh, PA 15222
(412) 201-1802
(412) 774-8424 FAX

Attorney for Defendant, Jorden Mink