UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-25 (RDM) |
| v. | : | |
| | : | |
| JORDEN MINK | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Nialah Ferrer is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 17, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Nialah S. Ferrer

NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 17th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                                          _____
                                                                          NIALAH S. FERRER
                                                                          Assistant United States Attorney