Hello,
I am writing to you today, to not convince you but to help you understand how Jorden plays an important, positive role in many people's lives- especially mine. I met Jorden roughly ten years ago, when he started dating my best friend, Lexie. Through the years, I've watched him grow into a wonderful partner, a loving father, and an amazing friend. A little over two years ago, I lost my partner to suicide. He was also one of Jorden's best friends. Jorden stayed by my side from the night we found him, until now. He was there to remind me, that it wasn't my fault and how much I was loved. He kept a constant smile on my face, when all I wanted to do was cry. He made sure I knew I was never alone, and he was always a phone call away. My way of coping was to turn to alcohol- to numb my feelings. He told me time and time again, that was only a temporary fix and that I needed to straighten up. It wasn't until after, he got sober, that I realized he was right and it is possible. Jorden is a symbol that change is possible. He has made a huge mistake, that only he can learn from. I will be forever thankful for this man.  Thank you, Breanna Palmer

I have known Jorden his entire life as he is my cousin.  Jorden has always been fearless and a thrill seeker. He has always loved an adrenaline rush...climbing tall trees when he was just a small boy, jumping off cliffs and roofs as a teen, riding quads through rough terrain as a young man.

He was the type of boy and teen who some would call rebellious, risk taker, daredevil, but for Jorden it was only for the thrill of it...for himself.  He never set out to injure or hurt anyone nor to destroy anything that did not belong to him.

He was one of those kids who happened to be at the wrong place at the wrong time. If he was guilty of doing something wrong and was approached or questioned by his mother, neighbor, police officer, whomever...Jorden was sure to tell the truth. He never lied, nor tried to cover up anything he did that might be considered wrong or irresponsible. If he did it, he admitted to it! He took accountability and responsibility for his actions.

When Jorden became a father, I thought he would settle down from some of his ways and habits, however he was still young and still trying to find himself.  He struggled with making wrong decisions and making what some of us would call "stupid choices". Although he was at times irresponsible and not making the best choices/decisions, he was still a good, kind, caring, sensitive young man who loved his family, friends, God , and his country very much.

Over the past year and a half, Jorden has really been working hard to turn his life around and working hard on his recovery. He has been very successful with his recovery and he is strengthening his relationships with God and family, and his role as a dad. Jorden has done a lot of self-reflection and has made a lot of self improvements over this past 1.5 years. I see him growing and maturing as a young man, beginning to find himself, standing up for his beliefs, and beginning to find his way in this life and world.

Our family recently suffered the tragic loss of one of our young family members, and Jorden came running for all. To be there to support his cousins, aunts, and uncles. Showing and sharing his love and kindness
and to assist and pull those through who might not otherwise be strong enough to make it through this terrible, tragic journey.

Respectfully,
Mary Beth Fitzhenry

To whom it may concern,

This letter is regarding Jordan Mink and the man that I know him to be. He is a man of strong conviction, with an adventurous spirit and heart and soul of kindness. He would go to all lengths to protect his family and care for those around him.

Jordan and I are distant cousins, but are as close as first cousins. Our family often takes trips together and plans fun things for our children. Jordan's son and my younger son are best buddies.

A story I always tell when talking about Jordan, is when he realized there was a giant bee hive hanging from a tree in the yard where our children were playing. He was determined to take it down so the children wouldn't by chance get stung. Although we tried to talk him out if it, he moved forward with his plans.

After the fiasco was finished, Jordan was stung several times and we had to rush him to the local doctors office. He laughed it off and said "at least nobody else will get stung now."

At the time, Jordan's decision to remove the beehive may have not been the smartest choice, but he believed he was protecting his family…and therefore it made perfect sense. Sometimes we take risks in life for things we believe in and belief can ultimately be more powerful than truth.

Whatever the case, this man that I know very well, Jordan Mink, is a large contributor to the togetherness of my family and is an amazing father who deserves to be at home with his son and his family.

Thank you for taking the time to read my letter.

Best Regards,

Tara McBride