UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **JORDEN ROBERT MINK** <br><br> Defendant. | Case No. 21-CR-25 (RDM) |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANCE OR DOWNWARD DEPARTURE

The United States submits this brief response to defendant's ▮▮▮ filing, which requests a downward departure or variance based on defendant's records. The government respectfully disagrees. The government notes that ▮▮▮, and their probative value of the defendant's ▮▮▮ is questionable. ▮▮▮ further suggest that defendant received ▮▮▮, and, despite that ▮▮▮, has not used his time in the community ▮▮▮, which he was ▮▮▮ ▮▮▮. While the defendant compares himself to a ▮▮▮ ▮▮▮. In summary ▮▮▮ ▮▮▮ the defendant ▮▮▮ on January 6 when he violently attacked officers, smashed a window of the Capitol building, and stole property. For the reasons set forth above, the government submits that a downward departure is not warranted.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: _____
Nialah S. Ferrer
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov

2