IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          ) Criminal Action
                                   ) No. 1:21-CR-25
                   Plaintiff,      )
                                   ) **SENTENCING HEARING**
vs.                                )
                                   ) Washington, D.C.
JORDEN ROBERT MINK,                )
                                   ) **June 2, 2023**
                   Defendant.      ) **Time:  2:35 p.m.**
_____

TRANSCRIPT OF SENTENCING
HELD BEFORE THE HONORABLE JUDGE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE
_____

A P P E A R A N C E S

For Plaintiff:          NIALAH S. FERRER
                        U.S. ATTORNEY'S OFFICE
                        Criminal Division
                        601 D Street, NW
                        Suite 6-1301
                        Washington, DC 20001

For Defendant:          KOMRON JON MAKNOON
                        MAKNOON & ASSOCIATES, LLC
                        309 Smithfield Street
                        4th Floor
                        Pittsburgh, PA 15222

Also Present:           PROBATION OFFICER ROBERT WALTERS

_____

Court Reporter:         Tamara M. Sefranek, RMR, CRR, CRC
                        Official Court Reporter
                        United States Courthouse, Room 6714
                        333 Constitution Avenue, NW
                        Washington, DC  20001
                        202-354-3246

```
 1              THE COURTROOM DEPUTY:  Calling Criminal Case 21-25,

 2    United States of America v. Jorden Robert Mink.

 3              Would counsel please state their name for the record

 4    at the podium, starting with government counsel.

 5              MS. FERRER:  Nialah Ferrer on behalf of the United

 6    States.  Good afternoon, Your Honor.

 7              THE COURT:  Good afternoon.

 8              MR. MAKNOON:  Good afternoon, Your Honor.  May it

 9    please the Court, Komron Jon Maknoon for Jorden Mink.

10              THE COURT:  Good afternoon to both of you.

11              THE PROBATION OFFICER:  Good afternoon, Your Honor.

12    Robert Walters for probation.

13              THE COURT:  Thanks for being here.

14              THE PROBATION OFFICER:  Yes, sir.

15              THE COURT:  We're here this afternoon for the

16    sentencing of the defendant, Jorden Robert Mink, who has

17    pleaded guilty to the charge of assaulting, resisting, or

18    impeding certain officers using a dangerous weapon, in

19    violation of 18 U.S.C. Section 111(a)(1) and (b); and to theft

20    of government property, in violation of 18 U.S.C. Section 641

21    and 2.

22              I have received and reviewed the presentence report

23    and sentencing recommendation from the probation office, the

24    sentencing memoranda from the government, and Mr. Mink, along

25    with the letters that Mr. Mink has submitted, and the exhibits
```

1    that have been provided to the Court.

2         Ms. Ferrer, are there any additional materials that

3    you would request the Court to consider?

4         MS. FERRER:  Your Honor, the defense did file a

5    motion for a variance or downward departure under seal.

6         THE COURT:  Yes.

7         MS. FERRER:  And the government filed a response to

8    that.  I'm not sure if the Court --

9         THE COURT:  I have read those, and I will consider

10   them as well.  I will say, though, that while I think the

11   government asks for a departure, an upward departure, and the

12   defense asks for a downward departure, I believe the plea

13   agreement says that neither side can actually ask for a

14   departure.  You can ask for variances, but you can't ask for

15   departures, I think.

16        MS. FERRER:  Yes.  So, Your Honor, if I may, if the

17   Court will wish to address the objection to the PSR because I

18   believe that the government did submit objections to the PSR

19   because of the same reasons why we asked for a variance in

20   regards to his --

21        THE COURT:  We'll get to the PSR in a minute.  You

22   brought up the additional submissions.  That's the only reason

23   I'm mentioning it now.  I have read and considered all of that.

24        MS. FERRER:  Yes.  So, Your Honor, based on the plea

25   agreement, it did indicate that the government is allowed to --

1    allowed to change its position on the guidelines range or our

2    recommendation based on criminal history that we either have or

3    do not have at the time of the presentencing report.

4         By the time the presentencing report came out, it did

5    have a sixth additional offense on the draft, which we did not

6    have at the time of the plea agreement.  So under the plea

7    agreement, we would be permitted to ask for a different

8    guidelines range based on those characteristics or

9    circumstances that weren't known to the government prior to the

10   change of plea.

11        THE COURT:  I don't disagree with that.  I just think

12   that it's not a departure and that both sides agreed not to set

13   departures.

14        MS. FERRER:  Yes, Your Honor.  We're asking for the

15   appropriate guideline range, and that's what the recommended

16   appropriate guideline range is from the government.

17        THE COURT:  I will get to that shortly.  But,

18   Mr. Maknoon, do you agree with that?

19        MR. MAKNOON:  Yes, Your Honor.  My motion for

20   variance -- perhaps it was a term of art -- term of art --

21   variance and/or departure.  But all of the sections of my

22   motion for variance -- all of the sections of my motion would

23   be for a variance only.

24        THE COURT:  Fair enough.

25        All right.  Mr. Mink, today's sentencing is going to

1    go through a number of steps.  I'm sure you're anxious just to

2    get to the bottom line, but I have to go through these steps to

3    make sure that, like what we've just been talking about, if

4    there's areas of disagreement, I know what they are, and I

5    resolve those before I impose sentence.

6          So the first step is for me to determine whether

7    you've reviewed the presentence report and to resolve any

8    objections relating to that.

9          The second step is to determine what sentencing

10   guidelines range applies in your case and to consider whether

11   there are any grounds in which I think a departure is

12   warranted.

13         The third step is for me to hear from the government,

14   from your counsel and from you, if you'd like to speak to the

15   Court, and anyone else you want me to hear from.

16         And then the final step is for me to fashion a just

17   and fair sentence in light of the factors that Congress has

18   specified in a statute.  That's 18 U.S.C. Section 3553(a).  As

19   part of the last step, I'll actually impose the sentence.

20         So let's start with the presentence report.  And the

21   final presentence report and the recommendation from the

22   probation office were filed in this matter on May 26, 2023.

23   I'll get to the guidelines calculation shortly.

24         But does the government have any objection to any of

25   the factual materials set forth in the presentence report?

```
 1              MS. FERRER:  No, Your Honor.

 2              THE COURT:  All right.  Does the defense have any

 3    objection to any of the factual material in the presentence

 4    report?

 5              MR. MAKNOON:  Deferring to my objections, nothing

 6    else.

 7              THE COURT:  Okay.  And, Mr. Mink, are you fully

 8    satisfied with the assistance of your lawyer in this case?

 9              THE DEFENDANT:  Yes, sir.

10              THE COURT:  Can you get the microphone closer.

11              THE DEFENDANT:  Yes, sir.

12              THE COURT:  Do you feel as though you've had enough

13    time to talk with him about the presentence report?

14              THE DEFENDANT:  Yes.

15              THE COURT:  And about the papers the government

16    filed?

17              THE DEFENDANT:  Yes.

18              THE COURT:  Okay.  I will then accept the facts as

19    stated in the presentence report as my findings of fact for

20    purposes of the sentencing today.

21              So now we can turn to the guidelines.  The probation

22    office has summarized its analysis of the relevant sentencing

23    factors and guidelines.  Just starting with the statute, the

24    statutory maximum for a violation of 18 U.S.C. Section 111(a)

25    is 20 years.  And as to the other offense, the theft offense,
```

1    the statutory maximum is one-year imprisonment.

2            Turning to the guidelines, the parties agree with

3    respect to the first offense, that is, the violation of

4    18 U.S.C. Section 111(a); that under Section 2A2.2, the base

5    offense level for assaulting, resisting, or impeding certain

6    officers, in violation of 18 U.S.C. Section 111(a)(1) is 14.

7            The parties also agree that Mr. Mink used a dangerous

8    weapon.  He threw things at the officers, including a traffic

9    cone, a large rectangular object, could have been a drawer, and

10   a stick, and he used a long pole to strike at officers, hitting

11   their shields at least five times in the commission of this

12   crime.  And that requires a four-level enhancement under

13   Section 2A2.2(b)(2)(B).

14           The parties also agree that Mr. Mink pleaded guilty

15   to a violation of 18 U.S.C. Section 111(b), which requires an

16   additional two-level enhancement.

17           The parties also agree that the offense to which

18   Mr. Mink pleaded guilty involved an official victim under

19   Section 3A1.2(a)(1).  So there's a further six-level

20   enhancement.  That all leads to an offense level for the

21   violations of Section 111 of 26.

22           With respect to the other violation, the parties

23   agree that the base offense level is 6.  The parties and the

24   probation office don't do the grouping exactly the same way.

25   The parties agree that Counts 9 and the theft of government

1    property are grouped because they are two or more acts or

2    transactions connected by a common criminal objective

3    constituting a common scheme.  And with the offenses grouped in

4    that manner, the most serious offense counts, and so that would

5    be a 26 level.

6            The probation office has reasoned that grouping is

7    not appropriate, but the probation office has determined that

8    the adjustment, in any event, is zero because, under the

9    guidelines, the Court is required to disregard any group that

10   is 9 or more levels less serious than the group with the

11   highest offense level.  So we end up with 26, in any event.

12           So there's agreement -- and I don't think I need to

13   resolve this dispute.  There's an agreement that the offense

14   level is 26.  The government has represented that Mr. Mink has

15   demonstrated acceptance of responsibility in a manner that

16   entitles him to a two-level reduction under 3E1.1(a).

17           And because he assisted authorities in the

18   prosecution or investigation by timely notifying the government

19   of his intention to enter a plea of guilty, he's entitled to a

20   further one-level adjustment.  So then that leads to an offense

21   level -- final offense level of 23.

22           Ms. Ferrer, any objections or clarifications as to

23   that?

24           MS. FERRER:  No, Your Honor.

25           THE COURT:  Mr. Maknoon?

1          MR. MAKNOON:  No, Your Honor.

2          THE COURT:  Okay.  So the criminal history, I know

3     there is a dispute.  The presentence report notes that Mr. Mink

4     has eight prior convictions resulting in three criminal history

5     points.  The criminal history points are for a 2013 simple

6     assault, theft by unlawful taking; a 2013 DUI that resulted in

7     six months of probation and a fine; and a 2017 DUI high rate of

8     alcohol, with 60 days punishment and 60 days probation and

9     fine.

10          The dispute is about whether the Court should assign

11     any points for a 2020 criminal trespass conviction.  The

12     government has argued that I should assign a point for that

13     conviction because, in the government's view, the prior

14     offense -- that is, the criminal trespass offense -- was

15     similar to the instant offense.

16          The probation office considered that objection by the

17     government and disagreed.  And, in particular, under Comment 12

18     to Section 4A1.2, the sentencing commission provides:  In

19     determining whether an unlisted offense is similar to an

20     offense listed in subsections (c)(1) or (c)(2), the Court

21     should use a common-sense approach that includes consideration

22     of relevant factors, such as a comparison of punishments

23     imposed for the listed and unlisted offenses, the perceived

24     seriousness of the offense as indicated by the level of

25     punishment, the elements of the offense, the level of

1    culpability involved, and the degree to which the commission of

2    the offense indicated a likelihood of recurring criminal

3    conduct.

4          Applying those standards, the probation office has

5    recommended that I not assign any criminal history points to

6    the criminal history -- criminal trespass conviction, but I'm

7    happy to hear from you, Ms. Ferrer, on this, if you'd like to

8    address the issue.

9          MS. FERRER:  If I may, Your Honor?

10          THE COURT:  You may.

11          MS. FERRER:  Your Honor, with respect to the criminal

12    trespass in 2020, the government does submit that the Court

13    should apply one point to that conviction; the reason being,

14    when looking at the factors and deciding whether that

15    conviction is similar to the instant offense, you look at the

16    details of what that offense was.

17          According to the PSR, that criminal trespass, the

18    facts of that considered was the defendant went onto private

19    property, drove onto the private property with an ATV, and left

20    the ATV on that private property.  Your Honor, although

21    January 6th is, by far, a more serious offense, it does -- the

22    facts indicate for the instant case that the defendant knew he

23    was not supposed to be on the Capitol Grounds that day, and he

24    decided to enter the Capitol Grounds, on restricted grounds.

25    He then broke a window and went inside the Capitol Building.

1          Your Honor, he essentially trespassed onto the

2     Capitol Grounds and inside the Capitol Building.  Your Honor,

3     because of his history and his conviction on the trespass in

4     2020, he knew that there are certain areas that you are not

5     supposed to enter, such as private property, such as property

6     that does not belong to you; however, in the year after that,

7     decided to do the same thing.  Exact -- actually, it's more

8     violent, but essentially, he went onto restricted grounds on

9     January 6th without permission to do so.

10          Your Honor, the government would submit that those

11    incidences are very similar.  Although the January 6th offense

12    is more serious in nature, it does relate to the offense

13    previously where he essentially went onto property and went

14    inside property that was not -- he was not authorized to enter

15    or be in.

16          THE COURT:  So the problem I have with this argument

17    is that that's not what he pled guilty to here.

18          MS. FERRER:  Yes.

19          THE COURT:  He pled guilty to assaulting, resisting,

20    or impeding certain officers, and theft of government property.

21          MS. FERRER:  Yes.

22          THE COURT:  He didn't even plead guilty to the

23    destruction of government property or to any of the

24    trespass-like crimes that we often see people pleading guilty

25    to here.

1          MS. FERRER:  Yes.

2          THE COURT:  I don't see the overlap with what he

3    actually is convicted of at this point.

4          MS. FERRER:  Yes, Your Honor.  While he was not

5    convicted of entering the Capitol that day, the circumstances

6    surrounding his -- what he eventually pled to was concerning

7    him entering the Capitol Building, smashing the Capitol window,

8    and he would not be able to do those crimes had he not been on

9    restricted grounds that day, Your Honor.

10         So while he did not plead to entering or remaining on

11   restricted grounds, the facts and circumstances leading to the

12   conviction that he was found guilty of would place him on

13   restricted grounds on January 6th and would be a trespass

14   considering the nature of the offense.

15         Additionally, Your Honor, outside of the one point

16   that we're arguing the defendant should receive for the

17   criminal trespass in 2020, the guidelines also provide that a

18   variance would be warranted when the defendant's criminal

19   history substantially under-represents the seriousness or the

20   likelihood that the defendant will commit other crimes.

21         Your Honor, as you can see from the PSR, the

22   defendant has had a history with the juvenile justice system,

23   as well as the criminal justice system, since -- stemming

24   from around 2005, Your Honor.

25         With that being said, if the Court isn't inclined to

1    assign a point for criminal trespass, Your Honor, we would

2    submit that a variance would be appropriate here, given the

3    totality of his criminal history, the fact that there's also an

4    additional disorderly conduct charge that -- from 2014 that the

5    parties were not aware of prior to the change of plea.  And had

6    that been also added or if that was known before the change of

7    plea, that could have also affected the guideline range that we

8    agreed upon in the plea agreement.

9         So while, Your Honor, we do submit that the point

10    should be given for criminal trespass, we also would submit

11    that, looking at the overall circumstances and history of the

12    defendant, the fact that he has extensive history stemming even

13    from 2012 to 2020, we would submit that a criminal history

14    category of 3 would be appropriate here, Your Honor.

15         Additionally, the plea agreement that was signed by

16    the defendant acknowledged that his criminal history score

17    would be 3 at the time of the change of plea, Your Honor.

18         THE COURT:  Okay.  Thanks.  Mr. Maknoon?

19         MR. MAKNOON:  Thank you, Your Honor.

20         Briefly, as Your Honor would recall when we were

21    before you, I was with Attorney Disney.  We were doing a change

22    of plea, and Your Honor brought it to our attention -- which we

23    appreciated, obviously -- that this could be a Category 3, not

24    2.

25         And at that time I spoke with my client, and I asked

1    for some additional time because the last thing I would want to

2    do is have him -- as attorneys do, we try to estimate the

3    guidelines to the best of our ability, the client fully knowing

4    that that may not be what they turn out to be.

5          But with that said and the calculation and the plea

6    agreement, I thought it best to meet with Mr. Mink, regroup,

7    and there was a possibility of it being a Category 3.

8          We also acknowledge that, without any pre-presentence

9    report, it was just simply an unknown. We were ready to argue

10   or accept Category 2 or Category 3. But, ultimately, we would

11   defer to the presentence report and Your Honor. So some brief

12   history on that.

13         With regards to the 2020 conviction, Mr. Mink lives

14   in a rural area about 40 minutes outside of Pittsburgh; very

15   woodsy -- Burgettstown/McDonald area of Pennsylvania; very

16   woodsy, and it's actually known for a lot of ATV trails, and I

17   would even say hiking.

18         But it's mostly the trails are for ATV, motorcycle,

19   and quads and things like that, with trailheads set up

20   everywhere. You go endlessly, and a lot of times you just

21   don't know if corporation X -- or who owns property. But

22   there's a lot of trails that go through there.

23         So if the government tries to say there's a

24   similarity between a man on his quad out riding trails, gets

25   stuck, has to leave his quad there, gets out -- ultimately, the

1    quad was seized, impounded, and forfeited because once all of

2    the fines for the per diem -- ultimately, you know, the cost of

3    redeeming the ATV is more than what it's worth -- that's

4    essentially what happened.

5            But I would argue, Your Honor, that comparing a

6    situation -- first, I would acknowledge, yes, Your Honor, that

7    Mr. Mink, as far as the plea before you, is not pleading to

8    those charges that have to do with the trespass.

9            I would also reiterate that the comparison between a

10   man on his ATV out in the middle of the woods -- which is very

11   common in that area and could happen to anybody -- the

12   mens rea, so to speak, of that action is nothing in comparison

13   to what happened on January 6th.

14           With regards to Mr. Mink's criminal history

15   overrepresenting the guidelines -- perhaps, because a

16   disorderly conduct wasn't included -- I would state that most

17   of Mr. Mink's criminal history was addiction-related; not to

18   say that there wouldn't be a criminal history.  And I would

19   state that the disorderly conduct, it's my belief, and the

20   other offense -- I believe it was the simple assault -- was

21   related to the same individual.

22           But, essentially, a disorderly conduct -- and I can't

23   speak for the government to say that they wouldn't have offered

24   something similarly because there is a missing disorderly

25   conduct that had no points.  I would just say, logically, it's

1    unlikely that that would occur.  And a disorderly conduct for a

2    variance for the point, I would argue, is not substantiated by

3    the rationale of his criminal history is not stated to the

4    extent it should be.

5              THE COURT:  All right.  Thank you.  So I am not going

6    to include the additional criminal history point.  So I'm

7    convinced by the probation office's reasoning.

8              First of all, the offense to which Mr. Mink pled

9    guilty was not one of the disorderly conduct offenses, nor was

10   it a trespass offense.  It was the offense of assaulting,

11   resisting, or impeding certain officers using a dangerous

12   weapon, and theft of government property.  The theft of

13   government property doesn't really seem to have any bearing on

14   this at all.  So it's just the question of whether the offense

15   of assaulting, resisting, or impeding certain officers using a

16   dangerous weapon is a similar offense to either the criminal

17   trespass offense or the disorderly conduct offense.

18             Even if I were to consider the offense conduct more

19   broadly and not just the elements of the offense, I conclude

20   that they are sufficiently distinct.  Among other things, I'm

21   required to look at the severity of the offenses, and by

22   looking, among other things, at the punishments imposed for the

23   listed and unlisted offenses.

24             And the assault charge here is a charge that has a

25   20-year maximum sentence as compared to the maximum penalty

 1    under Pennsylvania law for a disorderly conduct is 90 days

 2    incarceration.  So that would be the equivalent of a Class B or

 3    a Class C misdemeanor here.  And the offense involving the ATV

 4    and the trespass strikes me as even more remote.

 5            So I will, obviously, consider Mr. Mink's criminal

 6    history when I hear from the parties more generally about the

 7    appropriate sentence to impose, but I conclude that Mr. Mink

 8    is -- has three criminal history points, which puts him in

 9    criminal history Category 2 with an offense level of 23.  And a

10    criminal history category of 2, the guidelines range is 51 to

11    63 months.

12            Any further clarification or comment on any of that,

13    Ms. Ferrer?

14            MS. FERRER:  No, Your Honor.

15            THE COURT:  And, Mr. Maknoon?

16            MR. MAKNOON:  No, Your Honor.

17            THE COURT:  Then for Count 9 of the superseding

18    indictment, which is the assaulting, resisting, or impeding,

19    using a dangerous weapon, in violation of 18 U.S.C.

20    Sections 111(a)(1) and (b), the Court may impose a term of

21    supervised release of up to three years, and the guidelines

22    recommend a term of supervised release between one and three

23    years.

24            And for the charge of theft of government property

25    with a value of less than $1,000 and aiding and abetting, the

1    Court may impose a term of supervised release of not more than

2    a year.

3           Under 18 U.S.C. Section 3561(c), Mr. Mink is eligible

4    from between one to five years of probation on Count 9

5    because -- I'm sorry -- and he's eligible for up to five years

6    of probation on the count involving the theft of government

7    property.

8           Under the guidelines, because the range for the

9    offenses to which Mr. Mink has pleaded guilty is in Zone D of

10   the table, he's ineligible for probation.  That's, of course,

11   just the recommendation under the guidelines.

12          The maximum fine for Count 9 is $250,000.  The

13   maximum fine for the theft of government property count is

14   $100,000.  The guidelines recommend a fine of between $20,000

15   and $200,000.

16          The probation office has reviewed Mr. Mink's

17   financial information and has indicated that he doesn't have

18   the ability to pay a fine in addition to restitution.  The

19   parties have agreed in the plea agreement that Mr. Mink should

20   be required to pay $2,000 in restitution to the Architect of

21   the Capitol.  There is a mandatory special assessment of $100

22   for Count 9 and $25 for the theft of government property count.

23          And having considered the relevant information, I

24   conclude that a departure is not warranted in this case.  And

25   to the extent that either side has moved for a departure, I'll

1    deny that on the grounds that the plea agreement precludes

2    either of the motions for departure.  That's not to say you

3    still can't seek a variance.

4            I also just want to put on the record that the

5    probation officer has recommended a sentence of 60 months

6    incarceration on Count 9 and 12 months incarceration on the

7    theft of government property count, to run concurrently; 36

8    months of supervised release on Count 9 and 12 months of

9    supervised release on the theft of government property count,

10   to run concurrently; no fine; $2,000 in restitution; and a

11   special assessment of $125.  That's all based on the

12   information that's contained in the presentence report.

13           I'm now required to consider the factors that

14   Congress specified in that statute that I mentioned, which is

15   18 U.S.C. Section 3553(a).  I need to impose a sentence that is

16   sufficient, but not greater than necessary, to comply with the

17   purposes of sentencing.

18           Those purposes include the need for the sentence

19   imposed to reflect the seriousness of the offense, promote

20   respect for the law, and to provide just punishment for the

21   offense.  The sentence should also afford adequate deterrence

22   to criminal conduct, protect the public from future crimes of

23   the defendant, and promote rehabilitation.

24           In addition to the guidelines and policy statements,

25   I need to consider the nature and circumstances of the offense,

1    the history and characteristics of the defendant, the need for

2    the sentence imposed, the guidelines range, the need to avoid

3    unwarranted sentencing disparity among defendants with similar

4    records who have been found guilty of similar conduct, and the

5    types of sentences that are available.

6          Ms. Ferrer, does the government want to be heard with

7    respect to the relevant sentencing factors?

8          MS. FERRER:  If I may, Your Honor.

9          THE COURT:  Of course.

10          MS. FERRER:  Since January 6th of 2021, many

11    defendants have come before this Court, having been found

12    guilty of many crimes concerning the violent riot at the

13    Capitol that day.

14          Many law enforcement officers were assaulted.  There

15    was an extreme amount of damage done to the Capitol Building,

16    and the certification of the Electoral College vote was delayed

17    significantly because of the actions of many, including

18    Mr. Mink.

19          Mr. Mink was not like other defendants on January 6th

20    who were just present on the grounds or who even entered the

21    Capitol Building and left minutes after.  Mr. Mink was on a

22    violent rampage that day as he destroyed property, stole

23    property, assaulted police officers, and actively and violently

24    participated in the mob that day.

25          Your Honor, on January 6th, 2021, Mr. Mink knew

1    exactly what he was doing.  He even posted on Facebook before

2    January 6th, indicating that -- indicating a quote from Abraham

3    Lincoln that stated the ballot is stronger than the bullet.

4    And he commented on that quote by saying, "Well, my magazines

5    will be fully loaded in case it's not."

6            It is clear Mr. Mink anticipated violence on

7    January 6th, and he went there with that in mind.  I am pulling

8    up that Facebook post.  It's connected to the HDMI.  Okay.  And

9    that post is exactly what we put on the record about him

10   anticipating violence on January 6th and coming -- and from

11   this post, we know that that was his intention when he was

12   coming to the Capitol on that day.

13           When he came to the Capitol on January 6th -- one

14   moment, Your Honor.  I think there's some difficulties -- I

15   believe the computer needs to stay still.  I think it's

16   something with the wire.

17           THE COURT:  Okay.

18           MS. FERRER:  There we go.

19           To continue, Your Honor, even though he did not show

20   up to January 6 th with a gun, as he depicted in his Facebook

21   post, when he was on the Capitol Grounds, he did have a bat.

22   He used that bat to smash open a window on the Capitol

23   Building.

24           THE COURT:  Do you know where he got the bat?  In

25   other words, did he bring it with him, or did he receive it

1    from someone who was there?

2         MS. FERRER:  Your Honor, we're not aware that he

3    brought it with him.  But we are aware that, once he was on

4    Capitol Grounds, he had that in his possession.

5         Your Honor, as you can see in our Exhibit 1 that we

6    had previously submitted to the Court and to counsel, Mr. Mink

7    is on video using a bat to smash open the Room SD2M, which is a

8    room of the Capitol Building near the Lower West Tunnel.

9         Your Honor, he continues to smash that window open

10   until it is fully smashed and people are able to go inside and

11   later get items from that room and pass it outside to the

12   violent mob near the Lower West Tunnel.

13        Your Honor already has this video, so I'm not going

14   to play it in its entirety.  But it is to speak to the amount

15   of violence that was happening that day by Mr. Mink and the

16   fact that he participated in this violent mob that caused so

17   much chaos that day.

18        After smashing that window at the Capitol Building,

19   he then proceeded on his violent rampage and went down to the

20   Lower West Tunnel.  While he was in the Lower West Tunnel, he

21   engaged in egregious, violent behavior.  Most of that is

22   throwing objects at law enforcement officers who were

23   protecting the Capitol from being breached by standing in the

24   Lower West Tunnel.

25        He threw multiple objects at them, including an

1    orange cone and a rectangular-shaped object, which we believe

2    to be a step or a drawer from the Capitol Building, as well as

3    spit on officers and assault officers with numerous items.

4         This, Your Honor, is also a video, Exhibit 4, that

5    was given to defense and the Court in which Mr. Mink is

6    depicted in a black hat and black sweatshirt repeatedly

7    striking officers with a wooden pole as they're trying to

8    protect the Capitol Building from a breach on January 6th.

9         THE COURT:  Can you go back and show me that portion

10   again.  Is that him there with the -- just beyond the

11   skateboard?

12        MS. FERRER:  Yes, Your Honor.

13        THE COURT:  Show that to me one more time.  I just

14   want to see what he's making contact with.  Is that the shields

15   of the officers, perhaps?

16        MS. FERRER:  Yes.  So on the Lower West Tunnel,

17   officers were positioned there to defend and protect the breach

18   from rioters getting into the Capitol, and some of them did

19   have riot shields.  During that -- during that time in the

20   tunnel, Mr. Mink is seen using a long pole to strike officers

21   repeatedly with that weapon.  And, yes, the officers there did

22   have shields to protect them from some of the projectiles being

23   thrown and incidents like being hit with poles by other

24   rioters.

25        Your Honor, additionally, and submitted in our memo,

1    Mr. Mink is also seen spitting on officers and throwing what is

2    a large orange cone at officers as well.  Now, while looking at

3    this as just -- looking at Mr. Mink's individual actions, it

4    may not seem as serious.  However, when looking at the picture

5    and seeing how many hundreds of thousands of people are behind

6    Mr. Mink, around Mr. Mink doing the same exact things as

7    Mr. Mink, and he participated with this mob in harming these

8    officers and -- harming these officers and having -- impeding

9    upon the officers' ability to be able to commit -- to do their

10    duties that day.

11           Lastly, this is another couple of photos from the

12    same thing that we --

13           THE COURT:  Is this the tunnel where some of the most

14    serious violence occurred against the officers?

15           MS. FERRER:  Yes, Your Honor.  The Lower West Tunnel

16    was an area where officers were outnumbered and squeezed in

17    between the tunnel and the door leading into the Capitol.

18           During that time, not only did Mr. Mink throw objects

19    at the officers, but the officers were also facing other

20    projectiles being thrown at them, such as pepper spray, OC

21    spray, other items from that room, such as drawers and chairs.

22    Many officers were even in physical contact with certain

23    rioters who decided to come up to the line and physically

24    punch, kick, and throw other things at officers, spit on

25    officers.

 1          And even the camera -- the pictures are from a camera

 2     in the Capitol Building, and that surveillance camera has this

 3     white residue on the screen because rioters were throwing

 4     things, projecting things onto the officers, and it spilled

 5     onto the camera screen.

 6          So there was chaos going on in this tunnel, and a lot

 7     of assaults happened here, and it was a very violent area that

 8     day on January 6th.

 9          THE COURT:  I just want to make sure I'm thinking of

10     the right tunnel.  Is this the tunnel that Officer Picone was

11     in and that he was eventually dragged out of, do you know?

12          MS. FERRER:  Your Honor, I'm not at liberty to say

13     whether that specific officer was there that day.

14          THE COURT:  You're not at liberty to say or you don't

15     remember?  He actually testified in my court about being

16     dragged out of one of the tunnels.  I just want to make sure

17     it's the same tunnel I'm thinking of.

18          MS. FERRER:  Your Honor, I'm not aware of that.  But,

19     yes, there is one tunnel in the U.S. Capitol Building, and

20     That's the Lower West Tunnel that was exposed to Capitol

21     rioters that day.  Many assaults did happen that day of

22     officers that were trying to protect that tunnel.

23          THE COURT:  Can you go back -- we've lost it here

24     again.  What is the -- what are you pointing at on the left

25     there?  I can't quite tell what that object is.

```
1              MS. FERRER:  My apologies, Your Honor.  The

2     technology is going in and out.

3              THE COURT:  It's not your fault.

4              MS. FERRER:  But on the left side of the screen,

5     there's a rectangular object that the arrow is pointing to.

6     That is an object that was also thrown at officers by Mr. Mink.

7     And then on the right --

8              THE COURT:  On the left, though, you described it as

9     a step or a drawer.

10             MS. FERRER:  Yes.

11             THE COURT:  This looks like a much -- this looks like

12    it's something that's close to six feet long, if I'm seeing it

13    correctly.

14             MS. FERRER:  Yes, Your Honor.  We're unaware

15    specifically -- what specifically the item is.  We believe it

16    to be a step or drawer.  However, we know that it was thrown at

17    officers in the tunnel, and Mr. Mink is also seen doing so.

18             THE COURT:  Okay.

19             MS. FERRER:  Your Honor, these are just a few of the

20    pictures and the videos of Mr. Mink's conduct on January 6th.

21    However, the government would like to note that these actions

22    not only -- not only harmed officers that were in the tunnel or

23    on the Capitol Grounds, but also his actions assisted this

24    angry mob in doing what they did on January 6th, which is

25    delaying the certification of the Electoral College vote,
```

1    destroying property, entering the building without

2    authorization, among very many other egregious acts.

3            Your Honor, the PSR indicates that Mr. Mink does

4    struggle with some mental health and substance abuse issues.

5    He's also currently receiving medication for those issues.  In

6    the past he was given multiple opportunities to be in the

7    community and receive treatment.

8            However, in the PSR it indicates that he was

9    discharged from one program in 2010 because he did not attend,

10   and he continued to commit crimes all the way up to as recent

11   as 2020, merely a year before the events that occurred on

12   January 6th.

13           There's also nothing in the PSR that indicates that

14   the defendant was unable to exercise independent judgment on

15   January 6th when he participated in this violent mob that

16   stormed the Capitol, destroyed property, and assaulted multiple

17   law enforcement officers.

18           A significant sentence is needed here to deter

19   criminal conduct by others.  This is especially strong here

20   when this case involves conduct that can be described as

21   domestic terrorism, which the breach of the Capitol on

22   January 6th definitely was.  As discussed previously in our

23   objections to the PSR, the defendant has been involved with the

24   criminal justice system for over ten years.

25           His prior adjudication and convictions are crimes

1    such as criminal mischief, disorderly conduct, simple assault,

2    theft, driving while intoxicated, trespass --

3            THE COURT:  I'm sorry.  You need to go a little

4    slower for the court reporter.

5            MS. FERRER:  My apologies.  I'm from New York, and

6    sometimes I speak a little too fast.

7            Some of the convictions previously were trespass,

8    driving while intoxicated, criminal mischief, disorderly

9    conduct, simple assault, and now this instant case.  The

10   combination of his criminal history and the egregious conduct

11   on January 6th warrants a serious sentence to deter him from

12   committing future crimes.

13           Your Honor, the government does cite to multiple

14   cases of similarly situated defendants who committed egregious

15   acts on January 6th.  Two of those cases, *United States v.*

16   *Gardner*, which is 21 CR 622, the defendant, like Mink, engaged

17   in violent conduct on the Lower West Terrace in the same

18   area -- actually, that defendant tried to smash the same window

19   that Mr. Mink eventually broke through, and that defendant was

20   sentenced to 55 months imprisonment.

21           THE COURT:  Do you know what the guidelines range was

22   in his case?

23           MS. FERRER:  His criminal history category was a 1.

24   I believe the guidelines range was between the 54 to 63 range.

25           Your Honor, the difference between these two

1     defendants, though, is Gardner didn't have a criminal history.

2     He was pretty unfamiliar with the criminal justice system prior

3     to January 6th of 2021 and, therefore, his range was lower.

4            THE COURT:  Do you know why -- I think his range was

5     higher than the way I've calculated if it was 54 to 63.  I've

6     calculated this as being 51 to 63 here.

7            MS. FERRER:  Yes.

8            THE COURT:  I'm just curious as to why his range is a

9     little bit higher, Gardner's was.

10           MS. FERRER:  So in that case, there was multiple

11    layers to that where the government also asked for a Note 4

12    Enhancement.  It was an argument over whether the Note 4

13    Enhancement applied.  The judge -- the Court ultimately decided

14    not to apply the Note 4 Enhancement; however, they did consider

15    an upward departure based on the circumstances of the case, and

16    I believe that that was the guidelines that they gave.

17           Additionally, Your Honor, that defendant pled to

18    1512, so his --

19           THE COURT:  That's the difference, probably.

20           MS. FERRER:  His offense -- excuse me, Your Honor.

21    Yes.  His offense conduct was a little different from -- or

22    majorly different from what we have here with our defendant

23    pleading to the 111(a) and (b).

24           So, Your Honor, that case the defendant did get

25    sentenced to 55 months imprisonment.

1            Secondly, there's a case, *United States v. Palmer,*

2      where the defendant assaulted multiple law enforcement officers

3      in the same area, the Lower West Terrace.  While in the area,

4      he threw wooden items at officers, similar to how Mr. Mink

5      threw an orange cone and what we believe to be a large

6      rectangular-shaped step or drawer.  Palmer also threw --

7      sprayed a fire extinguisher at law enforcement as well.

8            However, unlike Palmer, Mink used a baseball bat to

9      smash open the window and then entered the building, where he

10     then handed out items to members of the crowd outside.  Unlike

11     Mink, Palmer's history -- criminal history was a 1.  He didn't

12     have an extensive criminal history; therefore, his guideline

13     range was lower.

14           For assaulting police officers with a dangerous or

15     deadly weapon, Palmer was sentenced to 63 months for violating

16     Sections 111(a)(1) and (b).  Mr. Mink's conduct warrants a

17     similar sentence.

18           Lastly, in the *United States v. Mazza* case,

19     21 CR 736, the defendant was sentenced to 60 months

20     incarceration for violations of 111(a) -- (a)(1) and (b).

21     Mazza also used a weapon to assault an officer, but he also

22     didn't steal property.  And in this case, Mink was found guilty

23     of stealing property.

24           The defendant asked in his memo for the minimum

25     guideline sentence, but does not cite to any analogous case law

1    that -- of similarly situated defendants that received the

2    lower end of the guidelines range based upon the circumstances

3    and violent nature of their conduct.

4         Defense counsel also filed under seal a motion for a

5    variance or downward departure -- Your Honor is understanding

6    that a downward departure would not apply here but a

7    variance -- and attached certain exhibits to the motion.  The

8    government did file a response to the defense's motion under

9    seal disagreeing with their position and why.

10        Because those filings were under seal, we will rely

11   on our papers to reiterate our position that a downward

12   departure or variance is not warranted in this case.  If the

13   Court wishes to have further argument on that, we would ask for

14   the courtroom to be closed because those documents are sealed.

15        THE COURT:  Okay.

16        MS. FERRER:  Lastly, Your Honor, looking at his

17   criminal history, which is lengthy, looking at the violent

18   conduct that he partaked in on January 6th, and looking at

19   similarly situated defendants who committed the same types of

20   acts, a lengthy sentence would be appropriate here in the

21   guidelines range.

22        We would submit that that would be appropriate in

23   deterring him, as well as other people who decide to storm and

24   enter the Capitol and violently assault police officers, from

25   further committing crimes and doing what happened on

1    January 6th again.

2              Thank you, Your Honor.

3              THE COURT:  All right.  Thank you.  Mr. Maknoon?

4              MR. MAKNOON:  Thank you, Your Honor.  First, I would

5    like to -- and I informed Attorney Ferrer -- a correction to my

6    memorandum.  There was a -- a factual correction needed to be

7    done.

8              I believe in a footnote I put that Mr. Mink did not

9    take the flagpole or bat.  He did take a flag and a flagpole to

10   the Capitol, so that has to be corrected for the record.  It

11   was specifically fleshed out previously to Attorney Ferrer for

12   the statement of the case that Mr. Mink did not take a bat

13   there; it was handed to him.  It was acquired while at the

14   Capitol.

15             THE COURT:  Say again?

16             MR. MAKNOON:  Mr. Mink did not take a bat with him.

17   It was acquired; as Your Honor said, handed to him.

18             THE COURT:  Where did he acquire it, where or when?

19             MR. MAKNOON:  On the Capitol Grounds.

20             THE COURT:  I know.  Standing up on the window?

21   Breaking the window?  Or before he went up to break the window?

22             MR. MAKNOON:  My understanding is -- and this is from

23   conversations with my client -- it would be at the area of the

24   window.

25             THE COURT:  Okay.

1              MR. MAKNOON:  Not just coming up from the Peace

2       Circle.

3              The other correction I would like to make -- page 7

4       of the memorandum states that Mr. Mink worked at the laundry

5       department of the school.  It really wasn't an educational

6       school.  It was almost a campus for mentally disabled people.

7       So I wanted to clarify that.  He was in the laundry department

8       there.

9              THE COURT:  Okay.

10             MR. MAKNOON:  I will also not get into sealed

11      information that was in the motion for variance, but the

12      circumstances of Mr. Mink's life are difficult, to say the

13      least, and the Court has been made aware of that with the

14      exhibits.

15             Criminal history I've highlighted and spoke about in

16      the memorandum.  Mr. Mink's criminal history is -- he

17      definitely -- I mean, he has had encounters with the law, but

18      we don't see any violent assaults.  I mean, to look at his

19      criminal history as a whole, it appears that the majority of

20      his criminal history is addiction-based with the DUIs and

21      things of that nature.

22             And I did want to highlight that there was a simple

23      assault, and the victim of the simple assault was a situation

24      where there's two individuals who had problems with each other.

25      I believe that that was also the basis for a disorderly

1    conduct.

2            Your Honor, Mr. Mink has never been a political

3    person, you know, to speak of Mr. Mink.  Prior to January 6th,

4    Mr. Mink didn't watch the news, he wasn't up on the latest

5    issues, he wasn't engaging in political conversation.  He was

6    just not known to be that.  I think that's a very important

7    factor to be addressed here because -- as far as someone's

8    motivations for coming down to the Capitol.

9            So we would like to establish that he was not a

10   political -- a politically involved individual.  And then when

11   it comes to the trip to the Capitol -- because the one thing

12   about Mr. Mink -- and he has a lot of people here today, Your

13   Honor --

14           THE COURT:  I noticed that.

15           MR. MAKNOON:  -- from Pittsburgh, Pennsylvania.  A

16   mother, a brother, Ms. Otey, who is his fiancee, family and

17   friends, aunts.

18           THE COURT:  Thank you all for being here.  If you

19   want to just introduce people and let them stand up, that would

20   be fine with me, so I know who is who.

21           MR. MAKNOON:  Ms. Otey.

22           THE COURT:  Thank you for being here.

23           MR. MAKNOON:  Long time paramour, fiancee.

24           THE COURT:  Thank you.

25           MR. MAKNOON:  Mother.

```
 1                THE COURT:  Thank you.

 2                MR. MAKNOON:  Brother.

 3                THE COURT:  Thanks for coming.

 4                MR. MAKNOON:  Ms. Otey's uncle?  The gentleman in the

 5      green, I heard uncle.  My apologies.  We have a childhood

 6      friend, who says since the time of diapers.

 7                THE COURT:  All right.

 8                MR. MAKNOON:  We have an aunt -- two aunts.

 9                THE COURT:  Thank you for being here.

10                MR. MAKNOON:  I'm missing --

11                THE COURT:  There's a gentleman in the back who

12      raised his hand.  Friend.  Thank you for being here.

13                All right.  Thank you all for being here.  I

14      appreciate it.  It's helpful to know the support he has.

15                MR. MAKNOON:  The general consensus from people,

16      Jorden Mink has a great heart; a heart of gold; would help

17      anybody; always out for the underdog.

18                You know, not a -- it's important for the Court to

19      understand his character or for us to give evidence so the

20      Court can determine his character, but he is the man that you

21      would want to have as your neighbor.  He's someone who would be

22      helpful.  He's somebody who would talk you off the cliff,

23      provide you support.  And we've had people travel a great

24      distance in support of him.

25                But in addition to never being political -- which I
```

1    think it would be somewhat of an aggravating situation if

2    someone was political and then came down to the Capitol -- we

3    have the photo in front of the Lincoln Memorial.

4            The other thing, Your Honor, that people would say

5    about Mr. Mink that you can hear -- there's a few things that

6    just constantly come up.  One of them is, if he did it, he'll

7    say he did it.  He doesn't avoid; he doesn't make excuses.  He

8    stands, and he accepts his punishment.  When he's wrong, he's

9    wrong.  He does not try to spin the situation.

10            And he's before you, obviously, and he's accountable

11    and remorseful, but we are respectfully trying to make a record

12    of who he is and what he should be judged upon with his

13    actions.

14            When he was at the Capitol, because Mr. Mink was --

15    had truancy, he had issues with -- he wasn't allowed to go on

16    the field trip to Washington, D.C.  In Pennsylvania and the

17    rural areas and when I grew up, there's frequently -- in high

18    school you can go to Washington, D.C., and see the Capitol;

19    well, he wasn't allowed.

20            So Ms. Otey -- his fiancee's uncle lives in Fairfax.

21    I may be saying that wrong, but it's very close to D.C., the

22    Capitol.  They were there on a family vacation, and it was,

23    hey, why don't I show you the Capitol.  It was a quick trip to

24    go see around the area of the White House and to go to the

25    Lincoln Memorial, and his photo was taken.

1           I state that because there's a picture that would

2      have an argument to be created -- and we don't want to give

3      that impression -- that Mr. Mink was down some days before, he

4      was posting things, he must be really involved in politics, but

5      that's just simply not the case.  It was getting back his field

6      trip that he missed; to see for the first time Washington, D.C.

7      But any thoughts of him scoping out, thinking about it, where

8      is this or that, not at all.

9           And then what was his life like prior to January 6th?

10     Well, he became sober, which was a great accomplishment,

11     December 15th of 2019.  As Your Honor knows, he had struggled

12     with experimenting with drugs or alcohol back to age 11 or 13.

13     And his criminal history, obviously, reflects that that was a

14     significant problem in his life.

15          He became sober.  And I can't say that it was

16     officially done through AA, but he had the determination to do

17     it because he wanted to be a better man; he wanted to be a

18     better father; he wanted to grow.  He's always been determined

19     to try to do the right thing and to get better.  And he

20     struggled.

21          His life is an example of, unfortunately -- being

22     here in this situation, which is very significant -- his life

23     was making progress.  He worked.  Ms. Otey is an extremely hard

24     worker.  They're a hard-working group.  You know, two jobs, and

25     they would describe themselves as blue collar.  We work hard.

 1  What do they do?  They go on ATVs.  They enjoy family.  They

 2  raise families.  So it was a very simple, uneventful life;

 3  working, family, and then January 6th came.

 4          So here's the other important part for Your Honor.

 5  January 6th was not this, I'm waiting to come down here to do

 6  something.  The government says that he would -- he came down

 7  here with the intention of, perhaps, causing trouble,

 8  committing crimes.  He came down here -- there's a man who just

 9  was in Washington, D.C., for the first time.  It's beautiful.

10  And then -- okay, so there's going to be a rally, and it's --

11  I'm going to go.  I want to see history.

12          And I'm not trying to minimize.  He did have a post.

13  He voted.  He had a post.  The post could be in bad taste.  It

14  might have been insignificant but for January 6th where he

15  attended, but it could be put in a certain light.

16          He voted.  He posted.  But when looked at as a whole,

17  it shouldn't be, he was here, he was planning, he was posting,

18  he has magazines, he was coming down here to do something.

19  That is not what occurred, Your Honor.

20          So January 6th, somewhat spur of the moment -- and a

21  lot of people, I believe, thought that it was going to be a

22  historical time.  And maybe some people -- maybe certain groups

23  anticipated violence, but I think an awful lot didn't, and they

24  wanted to attend a rally, and they figured that this was going

25  to be a very monumental occasion.

1          And Mr. Mink, without a plan, came late and wasn't

2     able to hear the speech, and the crowds start walking to the

3     Capitol.  He follows.

4          I can only speak what I've heard and what the truth

5     is.  As Mr. Mink was getting closer to the Capitol, you can

6     hear bang, bang, bang.  Someone says, oh, there's an attack.

7     It's confusing.  He decided to try to climb up -- I don't know

8     if it was in the Peace Circle -- because it's hard to

9     determine -- to get a look of what's going on.  And he made

10    that decision -- which was wrong, and he deeply regrets it --

11    to get closer to the Capitol.  And he did get closer to the

12    Capitol.

13         When he did get to the Capitol -- he can speak to

14    that.  I have a letter to read for him -- but it was bad.  He

15    regrets it.  He regrets it on so many levels with regards to

16    what it's done to his family, with what it has done to him, and

17    also what it has done to law enforcement and just the

18    perception of the United States of America.

19         I will touch on that in his letter.  But his actions,

20    we do not condone his actions.  He was not caught up in the

21    group.  He was not pushed into it.  No.  He did what he did,

22    and he fully accepts responsibility.

23         THE COURT:  So what happened?  You say to me, he's

24    not a political guy.  Basically, a tourist that comes to

25    Washington.

```
1              MR. MAKNOON:  Yes.

2              THE COURT:  Shortly after he's there, he is violently

3     wielding a pole, smashing police officers' shields who are

4     cowering in a tunnel, with hundreds of thousands of people out

5     there, and he is bashing in a window to the United States

6     Capitol with a baseball bat.  What -- what provoked that?

7              MR. MAKNOON:  I've spent a lot of time with him.  I

8     think I can explain.  It's not going to be the best

9     explanation.

10             THE COURT:  It's not a good explanation.  There's

11    good, there's bad, and there's worse.  What's the explanation?

12             MR. MAKNOON:  He went up there, and he saw elderly

13    people that were injured.  He saw younger people that were

14    injured.  He saw a chaotic situation, and it looked like two

15    opposing forces, and he got involved.  I think it was as simple

16    as that.

17             I think that under those types of circumstances, you

18    know, what team are you rooting for?  The team that you're

19    standing with; the team that looks like they're getting hurt.

20    I really don't think in his mind it was, I'm going into the

21    Capitol.  I think --

22             THE COURT:  It's pretty hard to characterize swinging

23    that pole at the police officers who are in the tunnel as

24    coming to someone's aid or trying to protect someone.  That is

25    just a purely aggressive, affirmative act.  He wasn't
```

1    protecting anybody in doing that.  They were the ones who were

2    sheltering in the tunnel.

3            MR. MAKNOON:  Absolutely correct.  Because it just --

4    it unraveled.  With what occurred, he got involved, emotions

5    were driving it.  He was wrong.  He was absolutely wrong.

6            He was hitting the shields -- I ended up writing some

7    things down.  There was some reference about him injuring

8    officers.  I'm not aware of him injuring any officer.  There's

9    no restitution, you know, so there's -- I wouldn't like the

10   Court to consider that.  But, no, he just got involved, got

11   mad, and acted in the way that he did.

12           I mean, I can't explain it to articulate it.  But I

13   wouldn't imagine what it would be like to be in that situation.

14   But end of the day, he will be the first to say, it was

15   absolutely wrong, you know.  And this is a guy who has never

16   really -- I don't think he's spent a day in jail.  He's never

17   been incarcerated before.

18           So it's stated that he has an extensive criminal

19   history, but jail is supposed to amend your behavior for the

20   future.  Well, he found himself now indicted in an

21   international case.

22           THE COURT:  Not so much an international case.  You

23   mean a case of international attention?

24           MR. MAKNOON:  Yes, Your Honor.  Once he's indicted --

25   so he can speak to that in his remorse.  I can read through his

1     letter.  And, again, not excuses, and the conduct is actually

2     what it appears to be.  It is very regrettable.

3              He goes to -- he gets indicted.  He has -- this isn't

4     a woe is me Jorden Mink story.  This is just what's happened to

5     him since he's been indicted.  He has -- first, he went to

6     Butler County, Pennsylvania -- and this is during COVID -- then

7     he got transferred to the Allegheny County Jail; then he went

8     to Grady County, Oklahoma; then to the Northern Neck of

9     Virginia; and then to the treatment center.  It was during

10    COVID.

11             Your Honor, Mr. Mink, as we see in the pictures, you

12    don't see that he had a beard.  He didn't appear to have long

13    hair.  That is because, for the first year and a half that he

14    was incarcerated, they weren't cutting hair.  You know, he was

15    locked down for 20 months, 23 hours a day; sometimes he was not

16    able to leave the cell for seven days.  He had been given, I'm

17    assuming, it's some form of dry shampoo.  But they were using

18    this shampoo; it would burn their skin.

19             But I think it's more important to note that -- and

20    he was in a single cell.  So he was, essentially, in solitary

21    confinement.  I can't imagine what that would be like.  And I'm

22    not trying to say -- make it about Jorden Mink.  It's actually

23    about what happened and the regret and the effect to the

24    officers and the electoral process.  That is paramount here.

25             But just to state about what Mr. Mink went through --

1    and it can be kind of the catalyst for how he's going to change

2    his life.  It's clear that he's had mental health depression

3    and issues, and I won't get into that.

4         He was put into a cell 20 months with nothing but his

5    thoughts.  He had very little to do.  I couldn't imagine what

6    it would be like, you know, with a book, maybe a book or two or

7    this or that.  He wasn't able to -- because he was

8    unvaccinated, he wasn't able to ever get a visit.  It took 20

9    months -- it's only in the last three months -- and I can be

10   corrected if I'm wrong, but only in the last three months that

11   he was actually able to see Ms. Otey, his child, his family or

12   friends.

13        So he was just severed off from life.  During that

14   time there was nothing to do but have to think, reflect, and

15   process, and a lot of that processing was going through his

16   life and the pain, and how did I get here or why did I do that?

17   I mean, there's 20 months to think about that, you know, 24

18   hours a day.

19        It was extremely difficult, because there was no

20   mental health service for him, there was no church because he

21   wasn't vaccinated.  So, essentially, he went through this

22   period of time where -- something that he had a foundation from

23   when he was a child was religion.  And he started reading the

24   bible, and he truly embraced the spirit of -- if you'd say it

25   that way, the spirit of religion, and he found peace in it.

1    And he started to communicate in ways that he hadn't before

2    with his family; actually, talking about feelings.

3         I mean, the whole process that he went through, as

4    hard as it was, was somewhat of a healing process.  And I state

5    that because the factors when somebody -- the 3553(a) factors

6    can be considered, you know, recidivism; likelihood to commit

7    another crime; respect for the law.

8         Nobody more than Mr. Mink has a respect for the law

9    after being incarcerated in the situation he was.  It's enough

10   to temper anybody's -- well, as you know, some people aren't

11   tempered, but Mr. Mink has been tempered because not being able

12   to see Ms. Otey, his mother, his friends, and most of all his

13   son, has been devastating for him.  He wouldn't put himself in

14   a position that he would sever his relationships with them.

15        So the question is, well, how can you argue if

16   Mr. Mink might have some type of impulse disorder or has some

17   type of mental health, but then argue that he's going to be a

18   better person, and he's not likely to commit another crime?

19   That's because, one, he really went through a process when he

20   ended up -- when he was in prison, thinking about his life and

21   thinking about the changes he would make.

22        But he also made the decision to change.  And he made

23   the decision with the support of his family, as it has said,

24   not to bottle up your feelings, to -- to talk it out, and not

25   wait for a later time.  But, more importantly, if you are

1    feeling in a certain way, seek help.  And Mr. Mink intends to

2    do that.

3            I respectfully request, Your Honor, consideration for

4    the motion for variance under, I believe it was, four sections.

5    And respectfully request Your Honor to take into consideration

6    that Mr. Mink, despite his horrendous conduct the day of

7    January 6th, was not motivated by politics to the extent that

8    it would be argued, perhaps, by the government.  And his trip

9    was really spur of the moment.

10           Yes, it's hard to explain how he could be involved in

11   a situation like that, and I can't articulate that myself as

12   well.

13           With regards to sentencing, Your Honor, I am not --

14   the *Gardner* case does not appear to apply.  The *Palmer* case, my

15   familiarity with it, is an older gentleman who simply pled to

16   everything early on to end it.  And the *Mazza* case I am not as

17   familiar with.

18           Your Honor, we respectfully request a sentence in the

19   minimum of the guidelines, and we request a variance as well.

20           THE COURT:  Okay.  Thank you.  Would Mr. Mink like to

21   address the Court?

22           MR. MAKNOON:  Because of emotions and stress, may I

23   be permitted to read his letter?

24           THE COURT:  You may.

25           MR. MAKNOON:  Then would you care to hear his first

1    or his family?

2            THE COURT:  However you want to proceed.  It's your

3    show.

4            MR. MAKNOON:  I will read his last.  First I will

5    read his mother's.

6                Liz Mink:  Dear Honorable Judge Moss, my name is

7    Elizabeth Mink, and I'm the mother of Jorden Mink.  I'm not

8    good at writing, and there's so much I could tell you about my

9    son and his life.  I will try to keep this short because

10   there's so much that went on during his younger years, I could

11   write a book.

12           However, I believe it all comes down to one word:

13   Rejection.  All children have the right to feel they are loved

14   and they are wanted and that's why they are here.

15   Unfortunately, more times than not it isn't the case.  Children

16   sometimes go out and try to find themselves -- try to find

17   their worth elsewhere.

18           There are various ways that people try to fill that

19   void they carry inside.  Single parents now must both be mother

20   and father, and sometimes it turns out okay, but for most it

21   does not.

22           To touch on some things about Jorden.  Jorden's

23   father left when I was six months pregnant with him.  Jorden

24   has a brother who is nine years older, same father.  Because of

25   the age difference, it was difficult for them to be close.  As

1   they have grown older, their relationship between them has

2   gotten closer.

3        Their father has always maintained some bit of

4   relationship with Jorden's brother, but not him.  We are unsure

5   of why this is and continues to be.  Their father also has a

6   relationship with Jorden's niece, his brother's daughter, but

7   not Jorden's son.  We all try to accept that it is -- it is

8   what it is, but truly it is very hurtful to all of us,

9   especially Jorden.

10        So from time to time -- from the time Jorden was

11   born, I was a single mother and sole provider of our little

12   family, working as much as possible to make ends meet.

13   Jorden's brother had to assume the role of baby-sitter much of

14   the time because of my schedule.

15        For the most part, the boys seemed happy in the

16   trailer park they grew up in.  However, when Jorden reached

17   about ten years old, he began having difficulty in school and

18   struggled to find his place.  He once told me that he didn't

19   belong on either side of this family -- his family.

20        He expressed not wanting to live anymore.  I was

21   extremely shaken by all this and right away sought out for

22   help, first taking him to a doctor who prescribed Strattera,

23   Adderall, Ritalin, Concerta.  It was a long process, and none

24   of the medications helped at all.

25        He then began seeing a therapist.  After talking with

1    Jorden a few times, she recommended the wrap-around program.

2    This consisted of a behavior specialist, mobility specialist,

3    and a therapeutic worker.  This person was with him in school

4    all day and at home each evening for three hours to assist with

5    schoolwork.  This helped, but he was still struggling with who

6    he was.

7         Jorden was raised in the church and seemed to do well

8    there.  However, he fell away from his faith and turned,

9    instead, to drugs and alcohol.  This led to self-destruction

10   for some time.  He met his fiancee 12 years ago, and although

11   he was still struggling, she brought something to his life that

12   made him truly feel loved and accepted.  They had a son nine

13   years ago.  This is when Jorden began his journey of change.

14        He fell deeply in love with his son and desired to be

15   a better man.  He found a purpose for truly living.  Jorden has

16   many gifts.  He loves making music and singing.  He has always

17   sung to his son since birth.  He enjoys teaching his son about

18   love and life; making sure his son grows up knowing who he is

19   and where he belongs; teaching him not to be afraid to try new

20   things.

21        He decided after a long road -- after a long road,

22   his family and friends deserved the best of Jorden.  He got

23   clean and sober, working out at the gym, eating healthy, went

24   back to church, and mentoring others around him to want better

25   for themselves.  He now has dreams and aspirations like most

1    people.  He desires to work hard and own a business and buy

2    some property where he and his son can hunt and ride quads, as

3    they did before January 6th.

4            Jorden is smart, funny, loyal, and we call him the

5    protector because he's the guy who is rough around the edges,

6    but he has the biggest heart for mankind and animals.  He's the

7    one who runs into a burning house banging on doors and windows

8    screaming for the family to wake up and get out.  He's the man

9    who stops on -- stops traffic on the highway in order to rescue

10    a lost dog.

11           He's the man who stops and gives the homeless food

12    and drink.  He's the man who encourages his friends to think

13    bigger and chase their dreams.  He's the man telling the

14    addicts that they can do it or keep on going; you got this,

15    man.  He is the man who ran into the ocean yelling for everyone

16    to grab their children because there were sharks around.

17           Jorden is not the man who runs when things get scary.

18    He's the man who stands in the gap and will put himself in

19    harm's way to protect others.  This is truly who he was all

20    along.  He just needed some purpose and to find his way back.

21           Thank you for this opportunity to share a little bit

22    about my son, Jorden Mink.

23           THE COURT:  Thank you.

24           MR. MAKNOON:  This one is a little shorter.  This is

25    from Lexie Otey, O-t-e-y:

1          Dear Honorable Judge Moss, Jorden and I met in 2010.

2     We have been together since.  Jorden has always been the person

3     that everyone wanted to be around.  He always made sure that

4     his friends and family were taken care of.

5          If there was someone who he noticed didn't have many

6     friends or just needed a little guidance in life, he was there.

7     He never tolerated people being taken advantage of or bullied.

8     Being young, I still always saw the good in Jorden.  He was and

9     still is such a good person.  Jorden has a very protective

10    trait to him.  When he loves you, he loves hard.

11         We developed a long-term relationship with one

12    another, learning some of Jorden's past trauma.  I didn't

13    really know the extent of it, even though I knew some.  I knew

14    he struggled with some anxiety and depression.  But one day, it

15    got the best of him.  He took a prescription of Ativan, the

16    whole bottle, where I ended up shoving my fingers down his

17    throat to make him throw up and calling the ambulance.  I

18    couldn't imagine not having him here walking this earth.  He's

19    truly my best friend.

20         Even though I know the worth and saw the potential in

21    Jorden, he never saw it.  Jorden got sober December of 2019

22    where he started to see all that he was capable of with a clear

23    mind.  He was slowly blooming into the man he always wanted to

24    be.  I have watched Jorden for many years struggle with his

25    demons but never give up.

1      Our child has never gone without his father standing

2  by his side.  Even in these two years of him not being home, he

3  still maintains a healthy relationship with him.  Considering

4  Jorden was raised by a single mother, Jorden didn't have a

5  father figure in his life to see him be the dad that he always

6  wanted, and his life is so amazing.

7      To say our son misses his father is an

8  understatement.  He has missed so many milestones in just these

9  two years.  The saying "time flies" has a whole new meaning

10  when you have a child.  One day they are babies, and the next

11  day they're grown into little selves.

12      Jorden has never been a political person.  He never

13  read, watched, or stayed up with the issue that was going on.

14  We all lived in a little bubble, living a simple, normal life.

15  When he took the picture in front of the Lincoln Memorial, it

16  was his first time ever experiencing D.C.  Going to January 6th

17  was a complete spur-of-the-moment trip.

18      One thing about Jorden is his adventurous soul and

19  spur-of-the-moment personality.  Mistakes happen in life, and

20  that's how we learn.  He will always be the first person to

21  admit when he was wrong and take accountability for his

22  actions.  He never makes excuses.

23      When Jorden got arrested, he was moved to four

24  different jails before he reached D.C.  When he arrived in

25  D.C., the treatment was so poor, being locked in for 23 hours a

1    day and only out for one, there were no visits, video calls, or

2    people to reach out to their loved ones.  Just recently our son

3    got to see his father's face in two years.

4            Everywhere we go people ask about Jorden to see how

5    he's holding up.  Jorden is missed by so many people.  He's

6    touched a lot of souls.  This is a man who finds dogs on

7    highways and gives them the best life they deserve, helps

8    troubled teenagers find hope and gives them the strength to

9    keep living.  This is a man who slept in a chair for five days

10   straight and sat by my side without showering or brushing his

11   teeth for an emergency surgery I had to get after he lost his

12   best friend to suicide.

13           We want nothing more than to close this chapter of

14   our life and move forward; leave the past in the past and focus

15   on our future together as one again.

16           Since January 6th, I see great changes in Jorden.

17   He's had two and a half years to think about his life.  It was

18   difficult to do.  But now I see a man who has learned not to

19   bottle up his feelings.  He is a better communicator and is

20   positive about his future and being able to live his life in a

21   positive manner.

22           Again, he found his faith -- and he found his faith

23   again at a deeper, more meaningful level that gives him the

24   strength and peace.  Because of this, I'm confident that, with

25   my support and his desire, our family will never be separated

1    again.

2              I've always stood by Jorden because I wish more

3    people would not give up so easily on the ones they love.

4              Okay.  And I will read Mr. Mink's.

5              THE COURT:  Okay.

6              MR. MAKNOON:  Your Honor, Mr. Mink would very much

7    like to read this, but it would be very difficult.  So that's

8    why I'm doing it.

9              Dear Judge Moss, if you're reading this, I thank you

10   for taking the time to do so.

11             This last two and a half years have been quite the

12   experience that I never thought I'd ever -- being arrested by

13   the FBI, having multiple firearms aimed at me, lighting me up

14   with lasers to be moved all around the country to a handful of

15   states and locations via Con Air (not like the movie); then,

16   finally, to the CTF DC DOC where I'd spend two of the years

17   confined in a cell for 22 to 23 hours a day.  Even at times we

18   would be put on lockdown and not let out for up to a week.

19             I've had my share of highs and lows, but I've never

20   in my life been as low as I've gotten here.  To be stuck with

21   nothing but my thoughts and emotions for such amounts of time

22   was very tough.  So I've had more than enough time to reflect

23   and think of those whom battled with the thoughts and

24   conditions themselves but didn't have the faith and/or the

25   support from loved ones like I've been blessed with.

1          I couldn't help but think a lot about one of my

2    closest friends, Tyler, who took his own life at the end of

3    2018.  And just a few months later after that, one of my best

4    friends, Justin, took his own life as well.  Suicide affected

5    my life in a tremendous way.

6          So when I heard of those officers that made some of

7    those -- the same choice to end their lives, I took that to

8    heart.  I myself wanted to apologize to the officers and any

9    person's family that were impacted from those events of that

10   day, especially to the men and women of the lower west side

11   terrace tunnel that I found myself personally impacted, with

12   objects being thrown or swung.

13         That being said, I would like to use the time I've

14   endured and whatever time I may have left to serve for my

15   mistakes and take to my future as a learning lesson and

16   continue to better myself for the sake of my son and anyone

17   else around me.

18         I wanted to thank you for your patience with me and

19   the time I needed to figure things out in my case with the

20   letting go and bringing on new counsel, or putting on record

21   potential violations that could argue if things weren't done

22   the right way, or personally getting involved with getting the

23   discovery to this facility that was withholding from me (sic).

24         We may not have the same opinions or beliefs, but I

25   thank you for always calling me Mr. Mink instead of all the

1    other names people like to use these days, and that does not go

2    unnoticed.  My family and I say you are a man of integrity, and

3    we appreciate that because it's so hard to find.

4         I'm looking forward to having time -- a time frame I

5    can plan -- I'm looking forward to having a time frame I can

6    plan my life goals around and, more importantly, be closer to

7    home and seeing my loved ones more often, especially the older

8    and younger ones that I couldn't -- that couldn't make the trip

9    to D.C. to visit.  I send my deepest condolence and apology.

10        When I get home, I have a therapist that I have used

11   in my childhood to better understand my emotions and traumas

12   and know how to deal with them in better ways instead of

13   bottling them up and not talking about them.

14        And we would rest.

15        THE COURT:  All right.  Thank you.  Anything further

16   from the government?

17        MS. FERRER:  No, Your Honor.

18        THE COURT:  All right.  Well, thank you all.  This

19   was a very helpful presentation for me; very helpful to have

20   Mr. Mink's family here and their comments and to get some sense

21   of him as a person.

22        I have to say, somewhere between 30 to 40 years ago

23   when I was a law clerk myself, I remember having a conversation

24   with one of the lawyers who was appearing for a sentencing in

25   front of the judge.  He said to me that sentencing is the most

1    challenging thing you have to do as a lawyer.  Certainly, one

2    of the challenge -- most challenging things you have to do as a

3    judge.

4            But he said it was one of the most challenging things

5    as a lawyer because it's your job to convey to the judge who

6    the person is as a human being, and not simply what may have

7    been a very bad day for that person.  So I commend you all for

8    helping me in this process.

9            I have assessed the particular facts of this case in

10   light of the relevant 3553(a) factors, including the sentencing

11   guidelines.  I want to provide some remarks for Mr. Mink for

12   the record, for Mr. Mink's family and friends about my

13   decision, which is, by no means, an easy one.

14           With respect to the nature of the offense, the events

15   of January 6th were one of the black marks in the history of

16   this country.  What happened that day was nothing short of a

17   threat to what I think -- what I think we all -- I know we all

18   should hold most sacred, which is our democracy and our

19   government and the peaceful transition of power, and people can

20   disagree about things.

21           And one of the things that makes this country such a

22   great place is that people can disagree about things, and we

23   have ways to resolve those differences, whether those

24   differences are resolved in court or through the political

25   process.  And we resolve it, and we all respect that when those

1    decisions are made.  And we may like or dislike the decisions,

2    but we respect it.

3            That's one of the things that is unique about this

4    country.  Not everyone around the world is so lucky to live in

5    a country that works that way.

6            I think all of us, everyone who is sitting in this

7    courtroom right now, knows that that virtue of our country was

8    tested on January 6th, and it's been tested recently.  And I

9    think we all have to remember and take time to pause and

10   remember that what makes us strong is knowing how to disagree

11   with each other and how to respect each other in that process.

12           And what happened that day breaks my heart and leaves

13   a stain on the country.  Obviously, there were a lot of people

14   who were involved in the events of that day; both people who

15   were there and people who weren't there.

16           With respect to Mr. Mink's conduct that day, if I

17   just looked at this and Mr. Mink with blinders on and just

18   looked and just thought about him as what happened that day and

19   looking at that video, quite frankly, the sentence I would be

20   imposing would be very, very high, because his behavior that

21   day was, candidly, among the worst that I've seen that day.  He

22   just -- he lost it.

23           I mean, the video of him striking at police officers

24   who were doing nothing more than their job in trying to protect

25   their country and striking at them violently and angrily

1    repeatedly with a pole is horrific; watching him bash that

2    window in was horrific.  And it's an image which I think has

3    probably been seen around the world and captures how bad the

4    events of that day were.

5            And if you were to look at Mr. Mink just as that

6    image, it would be easy to see a sentence, I don't know, eight,

7    nine, ten years, just looking at it in that fashion.

8            With respect to the characteristics of the offender,

9    Mr. Mink does have some criminal history.  I do, though,

10   attribute that largely to addiction issues.  And I appreciate

11   the fact that it is something that he's struggling with and

12   that he's trying to get on top of.

13           His family support and the support of his friends and

14   the letters that were read to me were moving of the type of

15   person that he is, and I take no pleasure whatsoever in keeping

16   him from his fiancee or his child and his family.  But I do

17   also have to balance the nature of the crime against the

18   individual and consider all these factors together.

19           I have -- I'm not going to get into details about

20   this because it was filed under seal.  I have considered the

21   circumstances of Mr. Mink's life, and I've seen people with

22   more difficult circumstances.  They're not happy circumstances

23   of his life.  I understand that.

24           He's been through a lot and, quite frankly, I hope

25   that today is the, sort of, turning point for Mr. Mink and that

1    he sees what his future is once I impose sentence, and you at

2    least can know what you have to get through and when you can

3    start to make plans to turn your life around.

4            With respect to the types of sentences that are

5    available, the probation office has recommended a sentence of

6    60 months, which is within the guidelines range, but slightly

7    towards the higher end of the guidelines range.  They've also

8    recommended 36 months of supervised release, $2,000 in

9    restitution, and a special assessment of $125.

10           The government requested a sentence of 64 months,

11   which it characterized as in the middle of the guidelines

12   range.  Since I've calculated the guidelines differently, the

13   middle of the guidelines range here, I think, would be more in

14   the nature of -- about 58 months, I think, would be about the

15   middle of the guidelines range, if I have that right.  And the

16   government has also recommended three years of supervised

17   release, $2,000 in restitution, and a $125 special assessment.

18           I've also compared and thought about how this case

19   compares to other cases.  The *U.S. v. Gardner* case does seem to

20   be fairly similar to this case where Judge Mehta imposed a

21   sentence of 51 months.  Although the government in that case

22   had calculated a higher guidelines range, I did go back and

23   look, and Judge Mehta calculated the guideline range as between

24   46 and 51 months.  So he imposed a sentence that was in the

25   middle of that guidelines range.

1          I have another -- I sentenced another defendant in a

2     case which, to my mind, is similar to this one, and that was

3     the Lucas Denny case, which was another individual who just

4     lost it that day and was angrily swinging at police officers,

5     tried to hit police officers with a long pole that day.

6          Candidly, I think that Mr. Denny's behavior that day

7     was more violent and more over the top than Mr. Mink's was.

8     But on the other side of the balance, I do think that Mr. Mink

9     has shown greater remorse than Mr. Denny did in that case.

10          So considering all of these factors together, I'm

11    going to impose a sentence at the low end of the guidelines

12    range as I've calculated it, a sentence of 51 months.  Mr. Mink

13    will get credit for time served.  And also, assuming that his

14    behavior has been good, it's up to the Bureau of Prisons to

15    figure it out.  He'll get good time credit as well.

16          If I'm doing my back-of-the-envelope math correctly

17    on this, I think that it may end up being in the range of

18    another 13 months or something, about in that.  But that will

19    be up to the Bureau of Prisons to decide exactly how that

20    calculation is done.

21          So pursuant to the Sentencing Reform Act of 1984, and

22    in consideration of the provisions of 18 U.S.C. Section 3553,

23    as well as the advisory sentencing guidelines, it's the

24    judgment of the Court that you, Jorden Mink, are hereby

25    committed to the custody of the Bureau of Prisons for a term of

1    51 months on Count 9 and 12 months on Count 2.

2         You are further sentenced to serve concurrent terms

3    of 36 months supervised release on Count 9 and 12 months of

4    supervised release on Count 2.  In addition, you are ordered to

5    pay a special assessment of $25 on Count 2 and $100 on Count 9,

6    for a total of $125.

7         While on supervision, you shall abide by the

8    following mandatory conditions, as well as all discretionary

9    conditions recommended by the probation office in Part D,

10   sentencing options, of the presentence report, which are

11   imposed to establish the basic expectations for your conduct

12   while on supervision.

13        The mandatory conditions include:

14        One, you must not commit another federal, state, or

15   local crime.

16        Two, you must not unlawfully possess a controlled

17   substance.

18        Three, you must refrain from any unlawful use of a

19   controlled substance.  You must submit to one drug test within

20   15 days of placement on supervision, and at least two periodic

21   drug tests thereafter as determined by the Court.

22        Four, you must cooperate in the collection of DNA as

23   directed by the probation office.

24        And, five, you must make restitution in accordance

25   with 18 U.S.C. Sections 3663 and 3663(a), or any other statute

1   authorizing a sentence of restitution.

2          You shall comply with the following special

3   conditions:

4          Financial information disclosure.  You must provide

5   the probation officer access to any requested financial

6   information and authorize the release of any financial

7   information.  The probation office shall share financial

8   information with the United States Attorney's Office.

9          Financial restrictions.  You must not incur new

10  credit charges or open additional lines of credit without the

11  approval of the probation officer.

12         Substance abuse testing.  You must submit to

13  substance abuse testing to determine if you have used a

14  prohibitive substance.  You must not attempt to obstruct or

15  tamper with the testing methods.

16         Substance abuse treatment.  You must participate in

17  an inpatient and/or outpatient substance abuse treatment

18  program and follow the rules and regulations of that program.

19  The probation officer will supervise your participation in the

20  program; provider, location, modality, duration, intensity,

21  et cetera.

22         Educational services program.  You must participate

23  in an educational services program and follow the rules and

24  regulations of that program.

25         Vocational services program.  You must participate in

1    a vocational services program and follow the rules and

2    regulations of that program.  Such a program may include job

3    readiness training and skills and development training.

4            Re-entry progress hearing.  Within 60 days of release

5    from incarceration or placement on supervision, you will appear

6    before the Court for a re-entry progress hearing.  Prior to the

7    hearing, the probation officer will submit a report summarizing

8    your status of compliance with release conditions.

9            If you are supervised by a district outside the

10   Washington, D.C., metropolitan area, the U.S. probation office

11   in that district will submit a progress report to the Court

12   within 60 days of commencement of supervision.  And upon

13   receipt of the progress report, the Court will determine if

14   your appearance is required.

15           We probably can do something remotely.  Quite

16   frankly, I'm looking forward, Mr. Mink, to having a

17   conversation with you when you're out to see how you're doing

18   and to get your take on things when this is all behind you.

19           The Court finds you don't have the ability to pay a

20   fine and, therefore, waives imposition of a fine in this case.

21           You are ordered to make restitution in the amount of

22   $2,000 to the Architect of the Capitol.  The Court determines

23   that you don't have the ability to pay interest and, therefore,

24   I waive any interest or penalties that may accrue on the

25   balance.

1          Restitution payment shall be made to the Clerk of the

2     Court for the United States District Court, District of

3     Columbia, for disbursement to the following victim:  Architect

4     of the Capitol, Office of the Chief Financial Officer, Ford

5     House Office Building, Room H2-205B, Washington, D.C., 20515,

6     in the amount of $2,000.  You must pay the balance of any

7     restitution at a rate of not less than $100 per month.

8          The financial obligations are immediately payable to

9     the Clerk of the Court, United States District Court,

10    333 Constitution Avenue Northwest, Washington, D.C., 20001.

11    Within 30 days of any change of address, you shall notify the

12    Clerk of the Court of that change until such time as the

13    financial obligation is paid in full.

14         The probation office shall release the presentence

15    report to all appropriate agencies, which include the United

16    States Probation Office in the approved district of residence.

17    In order to execute the sentence of the Court, treatment

18    agencies shall return the presentence report to the probation

19    office upon the defendant's completion or termination from

20    treatment.

21         You can appeal your conviction to the United States

22    Court of Appeals for the D.C. Circuit if you believe your

23    guilty plea was somehow unlawful or involuntary or if there's

24    some other fundamental defect in the proceeding that was not

25    otherwise waived by the guilty plea.

1          Pursuant to 18 U.S.C. Section 3742(a), you also have

2     a statutory right to appeal your sentence to the D.C. Circuit

3     under certain circumstances, including if you think the

4     sentence was imposed in violation of law or was imposed as a

5     result of the incorrect application of the sentencing

6     guidelines or is more severe than the maximum sentence under

7     the guidelines.

8          You may also appeal your sentence if you believe you

9     received ineffective assistance of counsel at sentencing.

10    Pursuant to 28 U.S.C. Section 2255, you have a right to

11    challenge the conviction entered or sentence imposed to the

12    extent permitted by that statute and permitted by your guilty

13    plea.  Any notice of appeal must be filed within 14 days of the

14    entry of judgment or within 14 days of the filing of a notice

15    of appeal by the government.

16         If you're unable to afford the cost of an appeal, you

17    may request permission from the Court to file an appeal without

18    cost to you.  On appeal, you may apply for court-appointed

19    counsel.

20         Let me ask, Ms. Ferrer, is there anything that you

21    want to object to that hasn't already been noted for the

22    record?

23         MS. FERRER:  No, Your Honor.

24         THE COURT:  Mr. Maknoon, anything else you want to

25    raise?

```
1              MR. MAKNOON:  Nothing, Your Honor.

2              THE COURT:  Do you want to make -- make a request --

3       a recommendation to the Bureau of Prisons?

4              MR. MAKNOON:  Yes, Your Honor.  Closest to home;

5       closest to Pittsburgh, PA.  I know there is Loretto.  It's all

6       determined -- whatever his security level would be, I

7       understand that that's what the facility would be.  But closest

8       to Pittsburgh, PA.

9              THE COURT:  Okay.  Any objection to that?

10              MS. FERRER:  No, Your Honor.

11              THE COURT:  Is there a motion by the government?

12              MS. FERRER:  At this time, Your Honor, we would move

13       to dismiss the remaining charges on the indictment.

14              THE COURT:  Okay.  That motion is granted.

15       Probation?

16              THE PROBATION OFFICER:  Your Honor, in light of the

17       discussion of Mr. Mink's mental health conditions, I think

18       treatment would be appropriate.  I know he said he has

19       something set up, but that way probation can be involved, and

20       we can get an all-encompassing program.

21              THE COURT:  I think that's a good idea.  And then if

22       it turns out that you're already getting treatment, you can let

23       your probation officer know and work it out in that way.

24              So I will add a further condition of -- should it be

25       mental health treatment?
```

```
 1              THE PROBATION OFFICER:  Mental health treatment.
 2    They always do an assessment.  That's part of it.  That's part
 3    of the treatment condition.
 4              THE COURT:  All right.  I will add that as well.  It
 5    sounds like you're getting the medication you need.  If there's
 6    any issue with that while you're incarcerated, let me know.
 7              THE DEFENDANT:  Yes, sir.
 8              THE COURT:  For clarity of the record, the 51 months
 9    on Count 9 and the 12 months on Count 2 are to run
10    concurrently.
11              Anything else before we adjourn?  Do you want to
12    check in with the gentleman in back?  He has his hand raised.
13              UNIDENTIFIED SPEAKER:  Can we give him a hug before
14    we leave?
15              THE COURT:  The Marshals Service says no to that.
16    You can wave to him.  You can give him a virtual hug; how about
17    that?  Your presence here, I think, is a hug.  He understands
18    that.
19              All right.  Well, thank you all for coming.  I
20    appreciate you all for being here.
21              Mr. Mink, I really do wish you luck in life.  You
22    have a set time now.  Do your time, put it behind you -- you've
23    paid the price -- and then move on and have a good life and be
24    with your fiancee and your son and your family.  Take care to
25    all of you.
```

1               MR. MAKNOON:  Thank you, Your Honor.

2               MS. FERRER:  Thank you, Your Honor.

3               (The hearing adjourned at 4:20 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3              I, TAMARA M. SEFRANEK, do hereby certify that the

4       above and foregoing constitutes a true and accurate transcript

5       of my stenographic notes and is a full, true and complete

6       transcript of the proceedings to the best of my ability.

7                    Dated this 13th day of July, 2023.

8

9                         /s/ Tamara M. Sefranek_____
                          Tamara M. Sefranek, RMR, CRR, CRC
10                        Official Court Reporter
                          Room 6714
11                        333 Constitution Avenue, N.W.
                          Washington, D.C.  20001
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [1] - 17:25
**$100** [3] - 18:21, 61:5, 64:7
**$100,000** [1] - 18:14
**$125** [4] - 19:11, 59:9, 59:17, 61:6
**$2,000** [6] - 18:20, 19:10, 59:8, 59:17, 63:22, 64:6
**$20,000** [1] - 18:14
**$200,000** [1] - 18:15
**$25** [2] - 18:22, 61:5
**$250,000** [1] - 18:12

## /

**/s** [1] - 69:9

## 1

**1** [3] - 22:5, 28:23, 30:11
**11** [1] - 37:12
**111** [1] - 7:21
**111(a** [4] - 6:24, 7:4, 29:23, 30:20
**111(a)(1** [4] - 2:19, 7:6, 17:20, 30:16
**111(b** [1] - 7:15
**12** [7] - 9:17, 19:6, 19:8, 48:10, 61:1, 61:3, 67:9
**13** [2] - 37:12, 60:18
**13th** [1] - 69:7
**14** [3] - 7:6, 65:13, 65:14
**15** [1] - 61:20
**1512** [1] - 29:18
**15222** [1] - 1:17
**15th** [1] - 37:11
**18** [13] - 2:19, 2:20, 5:18, 6:24, 7:4, 7:6, 7:15, 17:19, 18:3, 19:15, 60:22, 61:25, 65:1
**1984** [1] - 60:21
**1:21-CR-25** [1] - 1:3

## 2

**2** [10] - 1:6, 2:21, 13:24, 14:10, 17:9, 17:10, 61:1, 61:4, 61:5, 67:9
**20** [5] - 6:25, 42:15, 43:4, 43:8, 43:17
**20-year** [1] - 16:25
**20001** [4] - 1:14, 1:23,

64:10, 69:11
**2005** [1] - 12:24
**2010** [2] - 27:9, 50:1
**2012** [1] - 13:13
**2013** [2] - 9:5, 9:6
**2014** [1] - 13:4
**2017** [1] - 9:7
**2018** [1] - 54:3
**2019** [2] - 37:11, 50:21
**202-354-3246** [1] - 1:23
**2020** [7] - 9:11, 10:12, 11:4, 12:17, 13:13, 14:13, 27:11
**2021** [3] - 20:10, 20:25, 29:3
**2023** [3] - 1:6, 5:22, 69:7
**20515** [1] - 64:5
**21** [2] - 28:16, 30:19
**21-25** [1] - 2:1
**22** [1] - 53:17
**2255** [1] - 65:10
**23** [5] - 8:21, 17:9, 42:15, 51:25, 53:17
**24** [1] - 43:17
**26** [5] - 5:22, 7:21, 8:5, 8:11, 8:14
**28** [1] - 65:10
**2:35** [1] - 1:7
**2A2.2** [1] - 7:4
**2A2.2(b)(2)(B)** [1] - 7:13

## 3

**3** [5] - 13:14, 13:17, 13:23, 14:7, 14:10
**30** [2] - 55:22, 64:11
**309** [1] - 1:16
**333** [3] - 1:22, 64:10, 69:11
**3553** [1] - 60:22
**3553(a** [2] - 44:5, 56:10
**3553(a)** [1] - 5:18, 19:15
**3561(c** [1] - 18:3
**36** [3] - 19:7, 59:8, 61:3
**3663** [1] - 61:25
**3663(a** [1] - 61:25
**3742(a** [1] - 65:1
**3A1.2(a)(1)** [1] - 7:19
**3E1.1(a)** [1] - 8:16

## 4

**4** [4] - 23:4, 29:11, 29:12, 29:14

**40** [2] - 14:14, 55:22
**46** [1] - 59:24
**4:20** [1] - 68:3
**4A1.2** [1] - 9:18
**4th** [1] - 1:17

## 5

**51** [7] - 17:10, 29:6, 59:21, 59:24, 60:12, 61:1, 67:8
**54** [2] - 28:24, 29:5
**55** [2] - 28:20, 29:25
**58** [1] - 59:14

## 6

**6** [2] - 7:23, 21:20
**6-1301** [1] - 1:14
**60** [7] - 9:8, 19:5, 30:19, 59:6, 63:4, 63:12
**601** [1] - 1:13
**622** [1] - 28:16
**63** [5] - 17:11, 28:24, 29:5, 29:6, 30:15
**64** [1] - 59:10
**641** [1] - 2:20
**6714** [2] - 1:22, 69:10
**6th** [36] - 10:21, 11:9, 11:11, 12:13, 15:13, 20:10, 20:19, 20:25, 21:2, 21:7, 21:10, 21:13, 23:8, 25:8, 26:20, 26:24, 27:12, 27:15, 27:22, 28:11, 28:15, 29:3, 31:18, 32:1, 34:3, 37:9, 38:3, 38:5, 38:14, 38:20, 45:7, 49:3, 51:16, 52:16, 56:15, 57:8

## 7

**7** [1] - 33:3
**736** [1] - 30:19

## 9

**9** [12] - 7:25, 8:10, 17:17, 18:4, 18:12, 18:22, 19:6, 19:8, 61:1, 61:3, 61:5, 67:9
**90** [1] - 17:1

## A

**a)(1** [1] - 30:20

**AA** [1] - 37:16
**abetting** [1] - 17:25
**abide** [1] - 61:7
**ability** [6] - 14:3, 18:18, 24:9, 63:19, 63:23, 69:6
**able** [10] - 12:8, 22:10, 24:9, 39:2, 42:16, 43:7, 43:8, 43:11, 44:11, 52:20
**Abraham** [1] - 21:2
**absolutely** [3] - 41:3, 41:5, 41:15
**abuse** [5] - 27:4, 62:12, 62:13, 62:16, 62:17
**accept** [3] - 6:18, 14:10, 47:7
**acceptance** [1] - 8:15
**accepted** [1] - 48:12
**accepts** [2] - 36:8, 39:22
**access** [1] - 62:5
**accomplishment** [1] - 37:10
**accordance** [1] - 61:24
**according** [1] - 10:17
**accountability** [1] - 51:21
**accountable** [1] - 36:10
**accrue** [1] - 63:24
**accurate** [1] - 69:4
**acknowledge** [2] - 14:8, 15:6
**acknowledged** [1] - 13:16
**acquire** [1] - 32:18
**acquired** [2] - 32:13, 32:17
**act** [1] - 40:25
**Act** [1] - 60:21
**acted** [1] - 41:11
**action** [1] - 15:12
**Action** [1] - 1:3
**actions** [8] - 20:17, 24:3, 26:21, 26:23, 36:13, 39:19, 39:20, 51:22
**actively** [1] - 20:23
**acts** [4] - 8:1, 27:2, 28:15, 31:20
**add** [2] - 66:24, 67:4
**added** [1] - 13:6
**Adderall** [1] - 47:23
**addiction** [3] - 15:17, 33:20, 58:10
**addiction-based** [1] - 33:20

**addiction-related** [1] - 15:17
**addicts** [1] - 49:14
**addition** [4] - 18:18, 19:24, 35:25, 61:4
**additional** [8] - 3:2, 3:22, 4:5, 7:16, 13:4, 14:1, 16:6, 62:10
**additionally** [4] - 12:15, 13:15, 23:25, 29:17
**address** [4] - 3:17, 10:8, 45:21, 64:11
**addressed** [1] - 34:7
**adequate** [1] - 19:21
**adjourn** [1] - 67:11
**adjourned** [1] - 68:3
**adjudication** [1] - 27:25
**adjustment** [2] - 8:8, 8:20
**admit** [1] - 51:21
**advantage** [1] - 50:7
**adventurous** [1] - 51:18
**advisory** [1] - 60:23
**affected** [2] - 13:7, 54:4
**afford** [2] - 19:21, 65:16
**afraid** [1] - 48:19
**afternoon** [6] - 2:6, 2:7, 2:8, 2:10, 2:11, 2:15
**age** [2] - 37:12, 46:25
**agencies** [2] - 64:15, 64:18
**aggravating** [1] - 36:1
**aggressive** [1] - 40:25
**ago** [3] - 48:10, 48:13, 55:22
**agree** [7] - 4:18, 7:2, 7:7, 7:14, 7:17, 7:23, 7:25
**agreed** [3] - 4:12, 13:8, 18:19
**agreement** [11] - 3:13, 3:25, 4:6, 4:7, 8:12, 8:13, 13:8, 13:15, 14:6, 18:19, 19:1
**aid** [1] - 40:24
**aiding** [1] - 17:25
**aimed** [1] - 53:13
**Air** [1] - 53:15
**alcohol** [3] - 9:8, 37:12, 48:9
**all-encompassing** [1] - 66:20
**Allegheny** [1] - 42:7
**allowed** [4] - 3:25, 4:1,

36:15, 36:19
**almost** [1] - 33:6
**amazing** [1] - 51:6
**ambulance** [1] - 50:17
**amend** [1] - 41:19
**AMERICA** [1] - 1:3
**America** [2] - 2:2, 39:18
**amount** [4] - 20:15, 22:14, 63:21, 64:6
**amounts** [1] - 53:21
**analogous** [1] - 30:25
**analysis** [1] - 6:22
**angrily** [2] - 57:25, 60:4
**angry** [1] - 26:24
**animals** [1] - 49:6
**anticipated** [2] - 21:6, 38:23
**anticipating** [1] - 21:10
**anxiety** [1] - 50:14
**anxious** [1] - 5:1
**apologies** [3] - 26:1, 28:5, 35:5
**apologize** [1] - 54:8
**apology** [1] - 55:9
**appeal** [8] - 64:21, 65:2, 65:8, 65:13, 65:15, 65:16, 65:17, 65:18
**appeals** [1] - 64:22
**appear** [3] - 42:12, 45:14, 63:5
**appearance** [1] - 63:14
**appearing** [1] - 55:24
**application** [1] - 65:5
**applied** [1] - 29:13
**applies** [1] - 5:10
**apply** [5] - 10:13, 29:14, 31:6, 45:14, 65:18
**applying** [1] - 10:4
**appointed** [1] - 65:18
**appreciate** [4] - 35:14, 55:3, 58:10, 67:20
**appreciated** [1] - 13:23
**approach** [1] - 9:21
**appropriate** [10] - 4:15, 4:16, 8:7, 13:2, 13:14, 17:7, 31:20, 31:22, 64:15, 66:18
**approval** [1] - 62:11
**approved** [1] - 64:16
**architect** [3] - 18:20, 63:22, 64:3
**area** [11] - 14:14, 14:15, 15:11, 24:16,

25:7, 28:18, 30:3, 32:23, 36:24, 63:10
**areas** [3] - 5:4, 11:4, 36:17
**argue** [6] - 14:9, 15:5, 16:2, 44:15, 44:17, 54:21
**argued** [2] - 9:12, 45:8
**arguing** [1] - 12:16
**argument** [4] - 11:16, 29:12, 31:13, 37:2
**arrested** [2] - 51:23, 53:12
**arrived** [1] - 51:24
**arrow** [1] - 26:5
**art** [2] - 4:20
**articulate** [2] - 41:12, 45:11
**aspirations** [1] - 48:25
**assault** [10] - 9:6, 15:20, 16:24, 23:3, 28:1, 28:9, 30:21, 31:24, 33:23
**assaulted** [4] - 20:14, 20:23, 27:16, 30:2
**assaulting** [7] - 2:17, 7:5, 11:19, 16:10, 16:15, 17:18, 30:14
**assaults** [3] - 25:7, 25:21, 33:18
**assessed** [1] - 56:9
**assessment** [6] - 18:21, 19:11, 59:9, 59:17, 61:5, 67:2
**assign** [4] - 9:10, 9:12, 10:5, 13:1
**assist** [1] - 48:4
**assistance** [2] - 6:8, 65:9
**assisted** [2] - 8:17, 26:23
**ASSOCIATES** [1] - 1:16
**assume** [1] - 47:13
**assuming** [2] - 42:17, 60:13
**Ativan** [1] - 50:15
**attached** [1] - 31:7
**attack** [1] - 39:6
**attempt** [1] - 62:14
**attend** [2] - 27:9, 38:24
**attended** [1] - 38:15
**attention** [2] - 13:22, 41:23
**attorney** [3] - 13:21, 32:5, 32:11
**ATTORNEY'S** [1] - 1:12
**Attorney's** [1] - 62:8

**attorneys** [1] - 14:2
**attribute** [1] - 58:10
**ATV** [7] - 10:19, 10:20, 14:16, 14:18, 15:3, 15:10, 17:3
**ATVs** [1] - 38:1
**aunt** [1] - 35:8
**aunts** [2] - 34:17, 35:8
**authorities** [1] - 8:17
**authorization** [1] - 27:2
**authorize** [1] - 62:6
**authorized** [1] - 11:14
**authorizing** [1] - 62:1
**available** [2] - 20:5, 59:5
**avenue** [1] - 64:10
**Avenue** [2] - 1:22, 69:11
**avoid** [2] - 20:2, 36:7
**aware** [6] - 13:5, 22:2, 22:3, 25:18, 33:13, 41:8
**awful** [1] - 38:23

## B

**b)** [3] - 29:23, 30:16, 30:20
**babies** [1] - 51:10
**baby** [1] - 47:13
**baby-sitter** [1] - 47:13
**back-of-the-envelope** [1] - 60:16
**bad** [5] - 38:13, 39:14, 40:11, 56:7, 58:3
**balance** [4] - 58:17, 60:8, 63:25, 64:6
**ballot** [1] - 21:3
**bang** [1] - 39:6
**banging** [1] - 49:7
**base** [2] - 7:4, 7:23
**baseball** [2] - 30:8, 40:6
**based** [7] - 3:24, 4:2, 4:8, 19:11, 29:15, 31:2, 33:20
**bash** [1] - 58:1
**bashing** [1] - 40:5
**basic** [1] - 61:11
**basis** [1] - 33:25
**bat** [9] - 21:21, 21:22, 21:24, 22:7, 30:8, 32:9, 32:12, 32:16, 40:6
**battled** [1] - 53:23
**beard** [1] - 42:12
**bearing** [1] - 16:13
**beautiful** [1] - 38:9
**became** [2] - 37:10,

37:15
**BEFORE** [1] - 1:9
**began** [3] - 47:17, 47:25, 48:13
**behalf** [1] - 2:5
**behavior** [6] - 22:21, 41:19, 48:2, 57:20, 60:6, 60:14
**behind** [3] - 24:5, 63:18, 67:22
**belief** [1] - 15:19
**beliefs** [1] - 54:24
**belong** [2] - 11:6, 47:19
**belongs** [1] - 48:19
**best** [10] - 14:3, 14:6, 40:8, 48:22, 50:15, 50:19, 52:7, 52:12, 54:3, 69:6
**better** [10] - 37:17, 37:18, 37:19, 44:18, 48:15, 48:24, 52:19, 54:16, 55:11, 55:12
**between** [11] - 14:24, 15:9, 17:22, 18:4, 18:14, 24:17, 28:24, 28:25, 47:1, 55:22, 59:23
**beyond** [1] - 23:10
**bible** [1] - 43:24
**bigger** [1] - 49:13
**biggest** [1] - 49:6
**birth** [1] - 48:17
**bit** [3] - 29:9, 47:3, 49:21
**black** [3] - 23:6, 56:15
**blessed** [1] - 53:25
**blinders** [1] - 57:17
**blooming** [1] - 50:23
**blue** [1] - 37:25
**book** [3] - 43:6, 46:11
**born** [1] - 47:11
**bottle** [3] - 44:24, 50:16, 52:19
**bottling** [1] - 55:13
**bottom** [1] - 5:2
**boys** [1] - 47:15
**breach** [3] - 23:8, 23:17, 27:21
**breached** [1] - 22:23
**break** [1] - 32:21
**breaking** [1] - 32:21
**breaks** [1] - 57:12
**brief** [1] - 14:11
**briefly** [1] - 13:20
**bring** [1] - 21:25
**bringing** [1] - 54:20
**broadly** [1] - 16:19
**broke** [2] - 10:25, 28:19

**brother** [5] - 34:16, 35:2, 46:24, 47:4, 47:13
**brother's** [1] - 47:6
**brought** [4] - 3:22, 13:22, 22:3, 48:11
**brushing** [1] - 52:10
**bubble** [1] - 51:14
**building** [4] - 25:19, 27:1, 30:9, 64:5
**Building** [1] - 10:25, 11:2, 12:7, 20:15, 20:21, 21:23, 22:8, 22:18, 23:2, 23:8, 25:2
**bullet** [1] - 21:3
**bullied** [1] - 50:7
**Bureau** [4] - 60:14, 60:19, 60:25, 66:3
**Burgettstown/McDonald** [1] - 14:15
**burn** [1] - 42:18
**burning** [1] - 49:7
**business** [1] - 49:1
**Butler** [1] - 42:6
**buy** [1] - 49:1

## C

**c)(1** [1] - 9:20
**c)(2** [1] - 9:20
**calculated** [6] - 29:5, 29:6, 59:12, 59:22, 59:23, 60:12
**calculation** [3] - 5:23, 14:5, 60:20
**camera** [4] - 25:1, 25:2, 25:5
**campus** [1] - 33:6
**candidly** [2] - 57:21, 60:6
**capable** [1] - 50:22
**capitol** [6] - 10:23, 12:5, 12:7, 18:21, 20:13, 21:12
**Capitol** [44] - 10:24, 10:25, 11:2, 12:7, 20:15, 20:21, 21:13, 21:21, 21:22, 22:4, 22:8, 22:18, 22:23, 23:2, 23:8, 23:18, 24:17, 25:2, 25:19, 25:20, 26:23, 27:16, 27:21, 31:24, 32:10, 32:14, 32:19, 34:8, 34:11, 36:2, 36:14, 36:18, 36:22, 36:23, 39:3, 39:5, 39:11, 39:12, 39:13, 40:6, 40:21, 63:22, 64:4

**captures** [1] - 58:3
**care** [3] - 45:25, 50:4,
67:24
**carry** [1] - 46:19
**case** [36] - 2:1, 5:10,
6:8, 10:22, 18:24,
21:5, 27:20, 28:9,
28:22, 29:10, 29:15,
29:24, 30:1, 30:18,
30:22, 30:25, 31:12,
32:12, 37:5, 41:21,
41:22, 41:23, 45:14,
45:16, 46:15, 54:19,
56:9, 59:18, 59:19,
59:20, 59:21, 60:2,
60:3, 60:9, 63:20
**cases** [3] - 28:14,
28:15, 59:19
**catalyst** [1] - 43:1
**category** [8] - 13:14,
13:23, 14:7, 14:10,
17:9, 17:10, 28:23
**caught** [1] - 39:20
**caused** [1] - 22:16
**causing** [1] - 38:7
**cell** [4] - 42:16, 42:20,
43:4, 53:17
**center** [1] - 42:9
**certain** [12] - 2:18, 7:5,
11:4, 11:20, 16:11,
16:15, 24:22, 31:7,
38:15, 38:22, 45:1,
65:3
**certainly** [1] - 56:1
**CERTIFICATE** [1] -
69:1
**certification** [2] -
20:16, 26:25
**certify** [1] - 69:3
**cetera** [1] - 62:21
**chair** [1] - 52:9
**chairs** [1] - 24:21
**challenge** [2] - 56:2,
65:11
**challenging** [3] - 56:1,
56:2, 56:4
**change** [11] - 4:1,
4:10, 13:5, 13:6,
13:17, 13:21, 43:1,
44:22, 48:13, 64:11,
64:12
**changes** [2] - 44:21,
52:16
**chaos** [2] - 22:17, 25:6
**chaotic** [1] - 40:14
**chapter** [1] - 52:13
**character** [2] - 35:19,
35:20
**characteristics** [3] -
4:8, 20:1, 58:8

**characterize** [1] -
40:22
**characterized** [1] -
59:11
**charge** [5] - 2:17,
13:4, 16:24, 17:24
**charges** [3] - 15:8,
62:10, 66:13
**chase** [1] - 49:13
**check** [1] - 67:12
**chief** [1] - 64:4
**child** [5] - 43:11,
43:23, 51:1, 51:10,
58:16
**childhood** [2] - 35:5,
55:11
**children** [3] - 46:13,
46:15, 49:16
**choice** [1] - 54:7
**church** [3] - 43:20,
48:7, 48:24
**circle** [2] - 33:2, 39:8
**Circuit** [2] - 64:22,
65:2
**circumstances** [13] -
4:9, 12:5, 12:11,
13:11, 19:25, 29:15,
31:2, 33:12, 40:17,
58:21, 58:22, 65:3
**cite** [2] - 28:13, 30:25
**clarification** [1] -
17:12
**clarifications** [1] -
8:22
**clarify** [1] - 33:7
**clarity** [1] - 67:8
**class** [2] - 17:2, 17:3
**clean** [1] - 48:23
**clear** [3] - 21:6, 43:2,
50:22
**clerk** [1] - 55:23
**Clerk** [3] - 64:1, 64:9,
64:12
**client** [3] - 13:25, 14:3,
32:23
**cliff** [1] - 35:22
**climb** [1] - 39:7
**close** [4] - 26:12,
36:21, 46:25, 52:13
**closed** [1] - 31:14
**closer** [6] - 6:10, 39:5,
39:11, 47:2, 55:6
**closest** [4] - 54:2,
66:4, 66:5, 66:7
**collar** [1] - 37:25
**collection** [1] - 61:22
**college** [2] - 20:16,
26:25
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 64:3

**combination** [1] -
28:10
**coming** [8] - 21:10,
21:12, 33:1, 34:8,
35:3, 38:18, 40:24,
67:19
**commencement** [1] -
63:12
**commend** [1] - 56:7
**comment** [2] - 9:17,
17:12
**commented** [1] - 21:4
**comments** [1] - 55:20
**commission** [3] -
7:11, 9:18, 10:1
**commit** [6] - 12:20,
24:9, 27:10, 44:6,
44:18, 61:14
**committed** [3] - 28:14,
31:19, 60:25
**committing** [3] -
28:12, 31:25, 38:8
**common** [4] - 8:2, 8:3,
9:21, 15:11
**common-sense** [1] -
9:21
**communicate** [1] -
44:1
**communicator** [1] -
52:19
**community** [1] - 27:7
**compared** [2] - 16:25,
59:18
**compares** [1] - 59:19
**comparing** [1] - 15:5
**comparison** [3] - 9:22,
15:9, 15:12
**complete** [2] - 51:17,
69:5
**completion** [1] - 64:19
**compliance** [1] - 63:8
**comply** [1] - 19:16,
62:2
**computer** [1] - 21:15
**Con** [1] - 53:15
**concerning** [2] - 12:6,
20:12
**Concerta** [1] - 47:23
**conclude** [3] - 16:19,
17:7, 18:24
**concurrent** [1] - 61:2
**concurrently** [3] -
19:7, 19:10, 67:10
**condition** [2] - 66:24,
67:3
**conditions** [7] - 53:24,
61:8, 61:9, 61:13,
62:3, 63:8, 66:17
**condolence** [1] - 55:9
**condone** [1] - 39:20

**conduct** [29] - 10:3,
13:4, 15:16, 15:19,
15:22, 15:25, 16:1,
16:9, 16:17, 16:18,
17:1, 19:22, 20:4,
26:20, 27:19, 27:20,
28:1, 28:9, 28:10,
28:17, 29:21, 30:16,
31:3, 31:18, 34:1,
42:1, 45:6, 57:16,
61:11
**cone** [4] - 7:9, 23:1,
24:2, 30:5
**confident** [1] - 52:24
**confined** [1] - 53:17
**confinement** [1] -
42:21
**confusing** [1] - 39:7
**Congress** [2] - 5:17,
19:14
**connected** [2] - 8:2,
21:8
**consensus** [1] - 35:15
**consider** [10] - 3:3,
3:9, 5:10, 16:18,
17:5, 19:13, 19:25,
29:14, 41:10, 58:18
**consideration** [4] -
9:21, 45:3, 45:5,
60:22
**considered** [6] - 3:23,
9:16, 10:18, 18:23,
44:6, 58:20
**considering** [3] -
12:14, 51:3, 60:10
**consisted** [1] - 48:2
**constantly** [1] - 36:6
**constitutes** [1] - 69:4
**constituting** [1] - 8:3
**Constitution** [2] -
1:22, 69:11
**constitution** [1] -
64:10
**contact** [2] - 23:14,
24:22
**contained** [1] - 19:12
**continue** [2] - 21:19,
54:16
**continued** [1] - 27:10
**continues** [2] - 22:9,
47:5
**controlled** [2] - 61:16,
61:19
**conversation** [3] -
34:5, 55:23, 63:17
**conversations** [1] -
32:23
**convey** [1] - 56:5
**convicted** [2] - 12:3,
12:5

**conviction** [10] - 9:11,
9:13, 10:6, 10:13,
10:15, 11:3, 12:12,
14:13, 64:21, 65:11
**convictions** [3] - 9:4,
27:25, 28:7
**convinced** [1] - 16:7
**cooperate** [1] - 61:22
**corporation** [1] -
14:21
**correct** [1] - 41:3
**corrected** [2] - 32:10,
43:10
**correction** [3] - 32:5,
32:6, 33:3
**correctly** [2] - 26:13,
60:16
**cost** [3] - 15:2, 65:16,
65:18
**counsel** [8] - 2:3, 2:4,
5:14, 22:6, 31:4,
54:20, 65:9, 65:19
**count** [19] - 17:17,
18:4, 18:6, 18:12,
18:13, 18:22, 19:6,
19:7, 19:8, 19:9,
61:1, 61:3, 61:4,
61:5, 67:9
**country** [8] - 53:14,
56:16, 56:21, 57:4,
57:5, 57:7, 57:13,
57:25
**counts** [2] - 7:25, 8:4
**county** [3] - 42:6,
42:7, 42:8
**couple** [1] - 24:11
**course** [2] - 18:10,
20:9
**COURT** [84] - 1:1, 2:7,
2:10, 2:13, 2:15, 3:6,
3:9, 3:21, 4:11, 4:17,
4:24, 6:2, 6:7, 6:10,
6:12, 6:15, 6:18,
8:25, 9:2, 10:10,
11:16, 11:19, 11:22,
12:2, 13:18, 16:5,
17:15, 17:17, 20:9,
21:17, 21:24, 23:9,
23:13, 24:13, 25:9,
25:14, 25:23, 26:3,
26:8, 26:11, 26:18,
28:3, 28:21, 29:4,
29:8, 29:19, 31:15,
32:3, 32:15, 32:18,
32:20, 32:25, 33:9,
34:14, 34:18, 34:22,
34:24, 35:1, 35:3,
35:7, 35:9, 35:11,
39:23, 40:2, 40:10,
40:22, 41:22, 45:20,

45:24, 46:2, 49:23, 53:5, 55:15, 55:18, 65:24, 66:2, 66:9, 66:11, 66:14, 66:21, 67:4, 67:8, 67:15, 69:1

**Court** [35] - 1:21, 1:21, 2:9, 3:1, 3:3, 3:8, 3:17, 5:15, 8:9, 9:10, 9:20, 10:12, 12:25, 17:20, 22:6, 23:5, 29:13, 31:13, 33:13, 35:18, 35:20, 41:10, 45:21, 61:21, 63:6, 63:11, 63:13, 63:19, 63:22, 64:2, 64:9, 64:12, 65:17, 69:10

**court** [10] - 18:1, 20:11, 25:15, 28:4, 56:24, 60:24, 64:2, 64:17, 64:22, 65:18

**court-appointed** [1] - 65:18

**Courthouse** [1] - 1:22

**courtroom** [2] - 31:14, 57:7

**COURTROOM** [1] - 2:1

**COVID** [2] - 42:6, 42:10

**cowering** [1] - 40:4

**CR** [2] - 28:16, 30:19

**CRC** [2] - 1:21, 69:9

**created** [1] - 37:2

**credit** [4] - 60:13, 60:15, 62:10

**crime** [5] - 7:12, 44:7, 44:18, 58:17, 61:15

**crimes** [10] - 11:24, 12:8, 12:20, 19:22, 20:12, 27:10, 27:25, 28:12, 31:25, 38:8

**Criminal** [2] - 1:3, 1:13

**criminal** [51] - 2:1, 4:2, 8:2, 9:2, 9:4, 9:5, 9:11, 9:14, 10:2, 10:5, 10:6, 10:11, 10:17, 12:17, 12:18, 12:23, 13:1, 13:3, 13:10, 13:13, 13:16, 15:14, 15:17, 15:18, 16:3, 16:6, 16:16, 17:5, 17:8, 17:9, 17:10, 19:22, 27:19, 27:24, 28:1, 28:8, 28:10, 28:23, 29:1, 29:2, 30:11, 30:12, 31:17, 33:15, 33:16, 33:19, 33:20, 37:13, 41:18, 58:9

**crowd** [1] - 30:10

**crowds** [1] - 39:2

**CRR** [2] - 1:21, 69:9

**CTF** [1] - 53:16

**culpability** [1] - 10:1

**curious** [1] - 29:8

**custody** [1] - 60:25

**cutting** [1] - 42:14

## D

**D.C** [16] - 1:5, 36:16, 36:18, 36:21, 37:6, 38:9, 51:16, 51:24, 51:25, 55:9, 63:10, 64:5, 64:10, 64:22, 65:2, 69:11

**dad** [1] - 51:5

**damage** [1] - 20:15

**dangerous** [6] - 2:18, 7:7, 16:11, 16:16, 17:19, 30:14

**Dated** [1] - 69:7

**daughter** [1] - 47:6

**days** [13] - 9:8, 17:1, 37:3, 42:16, 52:9, 55:1, 61:20, 63:4, 63:12, 64:11, 65:13, 65:14

**DC** [3] - 1:14, 1:23, 53:16

**deadly** [1] - 30:15

**deal** [1] - 55:12

**dear** [3] - 46:6, 50:1, 53:9

**December** [2] - 37:11, 50:21

**decide** [2] - 31:23, 60:19

**decided** [6] - 10:24, 11:7, 24:23, 29:13, 39:7, 48:21

**deciding** [1] - 10:24

**decision** [4] - 39:10, 44:22, 44:23, 56:13

**decisions** [2] - 57:1

**deeper** [1] - 52:23

**deepest** [1] - 55:9

**deeply** [2] - 39:10, 48:14

**defect** [1] - 64:24

**defend** [1] - 23:17

**Defendant** [2] - 1:7, 1:15

**DEFENDANT** [5] - 6:9, 6:11, 6:14, 6:17, 67:7

**defendant** [22] - 2:16, 10:18, 10:22, 12:16, 12:20, 12:22, 13:12,

13:16, 19:23, 20:1, 27:14, 27:23, 28:16, 28:18, 28:19, 29:17, 29:22, 29:24, 30:2, 30:19, 30:24, 60:1

**defendant's** [2] - 12:18, 64:19

**defendants** [7] - 20:3, 20:11, 20:19, 28:14, 29:1, 31:1, 31:19

**defense** [5] - 3:4, 3:12, 6:2, 23:5, 31:4

**defense's** [1] - 31:8

**defer** [1] - 14:11

**deferring** [1] - 6:5

**definitely** [2] - 27:22, 33:17

**degree** [1] - 10:1

**delayed** [1] - 20:16

**delaying** [1] - 26:25

**democracy** [1] - 56:18

**demons** [1] - 50:25

**demonstrated** [1] - 8:15

**Denny** [2] - 60:3, 60:9

**Denny's** [1] - 60:6

**deny** [1] - 19:1

**department** [2] - 33:5, 33:7

**departure** [15] - 3:5, 3:11, 3:12, 3:14, 4:12, 4:21, 5:11, 18:24, 18:25, 19:2, 29:15, 31:5, 31:6, 31:12

**departures** [2] - 3:15, 4:13

**depicted** [2] - 21:20, 23:6

**depression** [2] - 43:2, 50:14

**DEPUTY** [1] - 2:1

**describe** [1] - 37:25

**described** [2] - 26:8, 27:20

**deserve** [1] - 52:7

**deserved** [1] - 48:22

**desire** [1] - 52:25

**desired** [1] - 48:14

**desires** [1] - 49:1

**despite** [1] - 45:6

**destroyed** [2] - 20:22, 27:16

**destroying** [1] - 27:1

**destruction** [2] - 11:23, 48:9

**details** [2] - 10:16, 58:19

**deter** [2] - 27:18, 28:11

**determination** [1] - 37:16

**determine** [6] - 5:6, 5:9, 35:20, 39:9, 62:13, 63:13

**determined** [4] - 8:7, 37:18, 61:21, 66:6

**determines** [1] - 63:22

**determining** [1] - 9:19

**deterrence** [1] - 19:21

**deterring** [1] - 31:23

**devastating** [1] - 44:13

**developed** [1] - 50:11

**development** [1] - 63:3

**diapers** [1] - 35:6

**diem** [1] - 15:2

**difference** [3] - 28:25, 29:19, 46:25

**differences** [2] - 56:23, 56:24

**different** [4] - 4:7, 29:21, 29:22, 51:24

**differently** [1] - 59:12

**difficult** [6] - 33:12, 43:19, 46:25, 52:18, 53:7, 58:22

**difficulties** [1] - 21:14

**difficulty** [1] - 47:17

**directed** [1] - 61:23

**disabled** [1] - 33:6

**disagree** [4] - 4:11, 56:20, 56:22, 57:10

**disagreed** [1] - 9:17

**disagreeing** [1] - 31:9

**disagreement** [1] - 5:4

**disbursement** [1] - 64:3

**discharged** [1] - 27:9

**disclosure** [1] - 62:4

**discovery** [1] - 54:23

**discretionary** [1] - 61:8

**discussed** [1] - 27:22

**discussion** [1] - 66:17

**dislike** [1] - 57:1

**dismiss** [1] - 66:13

**Disney** [1] - 13:21

**disorder** [1] - 44:16

**disorderly** [12] - 13:4, 15:16, 15:19, 15:22, 15:24, 16:1, 16:9, 16:17, 17:1, 28:1, 28:8, 33:25

**disparity** [1] - 20:3

**dispute** [3] - 8:13, 9:3, 9:10

**disregard** [1] - 8:9

**distance** [1] - 35:24

**distinct** [1] - 16:20

**district** [4] - 63:9, 63:11, 64:2, 64:16

**DISTRICT** [3] - 1:1, 1:1, 1:9

**District** [2] - 64:2, 64:9

**Division** [1] - 1:13

**DNA** [1] - 61:22

**DOC** [1] - 53:16

**doctor** [1] - 47:22

**documents** [1] - 31:14

**dog** [1] - 49:10

**dogs** [1] - 52:6

**domestic** [1] - 27:21

**done** [8] - 20:15, 32:7, 37:16, 39:16, 39:17, 54:21, 60:20

**door** [1] - 24:17

**doors** [1] - 49:7

**down** [12] - 22:19, 34:8, 36:2, 37:3, 38:5, 38:6, 38:8, 38:18, 41:7, 42:15, 46:12, 50:16

**downward** [5] - 3:5, 3:12, 31:5, 31:6, 31:11

**draft** [1] - 4:5

**dragged** [2] - 25:11, 25:16

**drawer** [5] - 7:9, 23:2, 26:9, 26:16, 30:6

**drawers** [1] - 24:21

**dreams** [2] - 48:25, 49:13

**drink** [1] - 49:12

**driving** [3] - 28:2, 28:8, 41:5

**drove** [1] - 10:19

**drug** [2] - 61:19, 61:21

**drugs** [2] - 37:12, 48:9

**dry** [1] - 42:17

**DUI** [2] - 9:6, 9:7

**DUIs** [1] - 33:20

**duration** [1] - 62:20

**during** [7] - 23:19, 24:18, 42:6, 42:9, 43:13, 46:10

**duties** [1] - 24:10

## E

**early** [1] - 45:16

**earth** [1] - 50:18

**easily** [1] - 53:3

**easy** [2] - 56:13, 58:6

**eating** [1] - 48:23

**edges** [1] - 49:5

**educational** [3] - 33:5,

62:22, 62:23
**effect** [1] - 42:23
**egregious** [4] - 22:21,
27:2, 28:10, 28:14
**eight** [2] - 9:4, 58:6
**either** [5] - 4:2, 16:16,
18:25, 19:2, 47:19
**elderly** [1] - 40:12
**electoral** [3] - 20:16,
26:25, 42:24
**elements** [2] - 9:25,
16:19
**eligible** [2] - 18:3, 18:5
**Elizabeth** [1] - 46:7
**elsewhere** [1] - 46:17
**embraced** [1] - 43:24
**emergency** [1] - 52:11
**emotions** [4] - 41:4,
45:22, 53:21, 55:11
**encompassing** [1] -
66:20
**encounters** [1] - 33:17
**encourages** [1] -
49:12
**end** [9] - 8:11, 31:2,
41:14, 45:16, 54:2,
54:7, 59:7, 60:11,
60:17
**ended** [3] - 41:6,
44:20, 50:16
**endlessly** [1] - 14:20
**ends** [1] - 47:12
**endured** [1] - 54:14
**enforcement** [6] -
20:14, 22:22, 27:17,
30:2, 30:7, 39:17
**engaged** [2] - 22:21,
28:16
**engaging** [1] - 34:5
**enhancement** [6] -
7:12, 7:16, 7:20,
29:12, 29:13, 29:14
**enjoy** [1] - 38:1
**enjoys** [1] - 48:17
**enter** [5] - 8:19, 10:24,
11:5, 11:14, 31:24
**entered** [3] - 20:20,
30:9, 65:11
**entering** [4] - 12:5,
12:7, 12:10, 27:1
**entirety** [1] - 22:14
**entitled** [1] - 8:19
**entitles** [1] - 8:16
**entry** [3] - 63:4, 63:6,
65:14
**envelope** [1] - 60:16
**equivalent** [1] - 17:2
**especially** [4] - 27:19,
47:9, 54:10, 55:7
**essentially** [7] - 11:1,

11:8, 11:13, 15:4,
15:22, 42:20, 43:21
**establish** [2] - 34:9,
61:11
**estimate** [1] - 14:2
**et** [1] - 62:21
**evening** [1] - 48:4
**event** [2] - 8:8, 8:11
**events** [5] - 27:11,
54:9, 56:14, 57:14,
58:4
**eventually** [3] - 12:6,
25:11, 28:19
**everywhere** [2] -
14:20, 52:4
**evidence** [1] - 35:19
**exact** [2] - 11:7, 24:6
**exactly** [4] - 7:24,
21:1, 21:9, 60:19
**example** [1] - 37:21
**excuse** [1] - 29:20
**excuses** [3] - 36:7,
42:1, 51:22
**execute** [1] - 64:17
**exercise** [1] - 27:14
**Exhibit** [2] - 22:5, 23:4
**exhibits** [3] - 2:25,
31:7, 33:14
**expectations** [1] -
61:11
**experience** [1] - 53:12
**experiencing** [1] -
51:16
**experimenting** [1] -
37:12
**explain** [3] - 40:8,
41:12, 45:10
**explanation** [3] - 40:9,
40:10, 40:11
**exposed** [1] - 25:20
**expressed** [1] - 47:20
**extensive** [3] - 13:12,
30:12, 41:18
**extent** [5] - 16:4,
18:25, 45:7, 50:13,
65:12
**extinguisher** [1] - 30:7
**extreme** [1] - 20:15
**extremely** [3] - 37:23,
43:19, 47:21

## F

**face** [1] - 52:3
**Facebook** [3] - 21:1,
21:8, 21:20
**facility** [2] - 54:23,
66:7
**facing** [1] - 24:19
**fact** [5] - 6:19, 13:3,

13:12, 22:16, 58:11
**factor** [1] - 34:7
**factors** [11] - 5:17,
6:23, 9:22, 10:14,
19:13, 20:7, 44:5,
56:10, 58:18, 60:10
**facts** [5] - 6:18, 10:18,
10:22, 12:11, 56:9
**factual** [3] - 5:25, 6:3,
32:6
**fair** [2] - 4:24, 5:17
**Fairfax** [1] - 36:20
**fairly** [1] - 59:20
**faith** [4] - 48:8, 52:22,
53:24
**familiar** [1] - 45:17
**familiarity** [1] - 45:15
**families** [1] - 38:2
**family** [23] - 34:16,
36:22, 38:1, 38:3,
39:16, 43:11, 44:2,
44:23, 46:1, 47:12,
47:19, 48:22, 49:8,
50:4, 52:25, 54:9,
55:2, 55:20, 56:12,
58:13, 58:16, 67:24
**far** [3] - 10:21, 15:7,
34:7
**fashion** [2] - 5:16,
58:7
**fast** [1] - 28:6
**father** [9] - 37:18,
46:20, 46:23, 46:24,
47:3, 47:5, 51:1,
51:5, 51:7
**father's** [1] - 52:3
**fault** [1] - 26:3
**FBI** [1] - 53:13
**federal** [1] - 61:14
**feelings** [3] - 44:2,
44:24, 52:19
**feet** [1] - 26:12
**fell** [2] - 48:8, 48:14
**FERRER** [41] - 1:12,
2:5, 3:4, 3:7, 3:16,
3:24, 4:14, 6:1, 8:24,
10:9, 10:11, 11:18,
11:21, 12:1, 12:4,
17:14, 20:8, 20:10,
21:18, 22:2, 23:12,
23:16, 24:15, 25:12,
25:18, 26:1, 26:4,
26:10, 26:14, 26:19,
28:5, 28:23, 29:7,
29:10, 29:20, 31:16,
55:17, 65:23, 66:10,
66:12, 68:2
**Ferrer** [9] - 2:5, 3:2,
8:22, 10:7, 17:13,
20:6, 32:5, 32:11,

65:20
**few** [4] - 26:19, 36:5,
48:1, 54:3
**fiancee** [5] - 34:16,
34:23, 48:10, 58:16,
67:24
**fiancee's** [1] - 36:20
**field** [2] - 36:16, 37:5
**figure** [3] - 51:5,
54:19, 60:15
**figured** [1] - 38:24
**file** [3] - 3:4, 31:8,
65:17
**filed** [6] - 3:7, 5:22,
6:16, 31:4, 58:20,
65:13
**filing** [1] - 65:14
**filings** [1] - 31:10
**fill** [1] - 46:18
**final** [3] - 5:16, 5:21,
8:21
**finally** [1] - 53:16
**Financial** [1] - 62:9
**financial** [8] - 18:17,
62:4, 62:5, 62:6,
62:7, 64:4, 64:8,
64:13
**findings** [1] - 6:19
**fine** [10] - 9:7, 9:9,
18:12, 18:13, 18:14,
18:18, 19:10, 34:20,
63:20
**fines** [1] - 15:2
**fingers** [1] - 50:16
**fire** [1] - 30:7
**firearms** [1] - 53:13
**first** [15] - 5:6, 7:3,
15:6, 16:8, 32:4,
37:6, 38:9, 41:14,
42:5, 42:13, 45:25,
46:4, 47:22, 51:16,
51:20
**five** [5] - 7:11, 18:4,
18:5, 52:9, 61:24
**flag** [1] - 32:9
**flagpole** [2] - 32:9
**fleshed** [1] - 32:11
**flies** [1] - 51:9
**Floor** [1] - 1:17
**focus** [1] - 52:14
**follow** [2] - 62:18,
62:23, 63:1
**following** [3] - 61:8,
62:2, 64:3
**follows** [1] - 39:3
**food** [1] - 49:11
**footnote** [1] - 32:8
**FOR** [1] - 1:1
**forces** [1] - 40:15
**Ford** [1] - 64:4

**foregoing** [1] - 69:4
**forfeited** [1] - 15:1
**form** [1] - 42:17
**forth** [1] - 5:25
**forward** [4] - 52:14,
55:4, 55:5, 63:16
**foundation** [1] - 43:22
**four** [4] - 7:12, 45:4,
51:23, 61:22
**four-level** [1] - 7:12
**frame** [2] - 55:4, 55:5
**frankly** [3] - 57:19,
58:24, 63:16
**frequently** [1] - 36:17
**friend** [4] - 35:6,
35:12, 50:19, 52:12
**friends** [11] - 34:17,
43:12, 44:12, 48:22,
49:12, 50:4, 50:6,
54:2, 54:4, 56:12,
58:13
**front** [3] - 36:3, 51:15,
55:25
**full** [2] - 64:13, 69:5
**fully** [5] - 6:7, 14:3,
21:5, 22:10, 39:22
**fundamental** [1] -
64:24
**funny** [1] - 49:4
**future** [7] - 19:22,
28:12, 41:20, 52:15,
52:20, 54:15, 59:1

## G

**gap** [1] - 49:18
**Gardner** [4] - 28:16,
29:1, 45:14, 59:19
**Gardner's** [1] - 29:9
**general** [1] - 35:15
**generally** [1] - 17:6
**gentleman** [4] - 35:4,
35:11, 45:15, 67:12
**gifts** [1] - 48:16
**given** [5] - 13:2, 13:10,
23:5, 27:6, 42:16
**goals** [1] - 55:6
**gold** [1] - 35:16
**government** [45] - 2:4,
2:20, 2:24, 3:7, 3:11,
3:18, 3:25, 4:9, 4:16,
5:13, 5:24, 6:15,
7:25, 8:14, 8:18,
9:12, 9:17, 10:12,
11:10, 11:20, 11:23,
14:23, 15:23, 16:12,
16:13, 17:24, 18:6,
18:13, 18:22, 19:7,
19:9, 20:6, 26:21,
28:13, 29:11, 31:8,

38:6, 45:8, 55:16, 56:19, 59:10, 59:16, 59:21, 65:15, 66:11
**government's** [1] - 9:13
**grab** [1] - 49:16
**Grady** [1] - 42:8
**granted** [1] - 66:14
**great** [5] - 35:16, 35:23, 37:10, 52:16, 56:22
**greater** [2] - 19:16, 60:9
**green** [1] - 35:5
**grew** [2] - 36:17, 47:16
**Grounds** [6] - 10:24, 11:2, 21:21, 22:4, 26:23, 32:19
**grounds** [9] - 5:11, 10:23, 10:24, 11:8, 12:9, 12:11, 12:13, 19:1, 20:20
**group** [4] - 8:9, 8:10, 37:24, 39:21
**grouped** [2] - 8:1, 8:3
**grouping** [2] - 7:24, 8:6
**groups** [1] - 38:22
**grow** [1] - 37:18
**grown** [2] - 47:1, 51:11
**grows** [1] - 48:18
**guidance** [1] - 50:6
**guideline** [6] - 4:15, 4:16, 13:7, 30:12, 30:25, 59:23
**guidelines** [37] - 4:1, 4:8, 5:10, 5:23, 6:21, 6:23, 7:2, 8:9, 12:17, 14:3, 15:15, 17:10, 17:21, 18:8, 18:11, 18:14, 19:24, 20:2, 28:21, 28:24, 29:16, 31:2, 31:21, 45:19, 56:11, 59:6, 59:7, 59:11, 59:12, 59:13, 59:15, 59:22, 59:25, 60:11, 60:23, 65:6, 65:7
**guilty** [17] - 2:17, 7:14, 7:18, 8:19, 11:17, 11:19, 11:22, 11:24, 12:12, 16:9, 18:9, 20:4, 20:12, 30:22, 64:23, 64:25, 65:12
**gun** [1] - 21:20
**guy** [3] - 39:24, 41:15, 49:5
**gym** [1] - 48:23

**H**

**H2-205B** [1] - 64:5
**hair** [2] - 42:13, 42:14
**half** [3] - 42:13, 52:17, 53:11
**hand** [2] - 35:12, 67:12
**handed** [3] - 30:10, 32:13, 32:17
**handful** [1] - 53:14
**happy** [3] - 10:7, 47:15, 58:22
**hard** [10] - 37:23, 37:24, 37:25, 39:8, 40:22, 44:4, 45:10, 49:1, 50:10, 55:3
**hard-working** [1] - 37:24
**harm's** [1] - 49:19
**harmed** [1] - 26:22
**harming** [2] - 24:7, 24:8
**hat** [1] - 23:6
**HDMI** [1] - 21:8
**healing** [1] - 44:4
**health** [7] - 27:4, 43:2, 43:20, 44:17, 66:17, 66:25, 67:1
**healthy** [2] - 48:23, 51:3
**hear** [8] - 5:13, 5:15, 10:7, 17:6, 36:5, 39:2, 39:6, 45:25
**heard** [4] - 20:6, 35:5, 39:4, 54:6
**hearing** [4] - 63:4, 63:6, 63:7, 68:3
**HEARING** [1] - 1:4
**heart** [5] - 35:16, 49:6, 54:8, 57:12
**HELD** [1] - 1:9
**help** [4] - 35:16, 45:1, 47:22, 54:1
**helped** [2] - 47:24, 48:5
**helpful** [4] - 35:14, 35:22, 55:19
**helping** [1] - 56:8
**helps** [1] - 52:7
**hereby** [2] - 60:24, 69:3
**high** [3] - 9:7, 36:17, 57:20
**higher** [4] - 29:5, 29:9, 59:7, 59:22
**highest** [1] - 8:11
**highlight** [1] - 33:22
**highlighted** [1] - 33:15
**highs** [1] - 53:19

**highway** [1] - 49:9
**highways** [1] - 52:7
**hiking** [1] - 14:17
**himself** [3] - 41:20, 44:13, 49:18
**historical** [1] - 38:22
**history** [41] - 4:2, 9:2, 9:4, 9:5, 10:5, 10:6, 11:3, 12:19, 12:22, 13:3, 13:11, 13:12, 13:13, 13:16, 14:12, 15:14, 15:17, 15:18, 16:3, 16:6, 17:6, 17:8, 17:9, 17:10, 20:1, 28:10, 28:23, 29:1, 30:11, 30:12, 31:17, 33:15, 33:16, 33:19, 33:20, 37:13, 38:11, 41:19, 56:15, 58:9
**hit** [2] - 23:23, 60:5
**hitting** [2] - 7:10, 41:6
**hold** [1] - 56:18
**holding** [1] - 52:5
**home** [5] - 48:4, 51:2, 55:7, 55:10, 66:4
**homeless** [1] - 49:11
**Honor** [84] - 2:6, 2:8, 2:11, 3:4, 3:16, 3:24, 4:14, 4:19, 6:1, 8:24, 9:1, 10:9, 10:11, 10:20, 11:1, 11:2, 11:10, 12:4, 12:9, 12:15, 12:21, 12:24, 13:1, 13:9, 13:14, 13:17, 13:19, 13:20, 13:22, 14:11, 15:5, 15:6, 17:14, 17:16, 20:8, 20:25, 21:14, 21:19, 22:2, 22:5, 22:9, 22:13, 23:4, 23:12, 23:25, 24:15, 25:12, 25:18, 26:1, 26:14, 26:19, 27:3, 28:13, 28:25, 29:17, 29:20, 29:24, 31:5, 31:16, 32:2, 32:4, 32:17, 34:2, 34:13, 36:4, 37:11, 38:4, 38:19, 41:24, 42:11, 45:3, 45:5, 45:13, 45:18, 53:6, 55:17, 65:23, 66:1, 66:4, 66:10, 66:12, 66:16, 68:1, 68:2
**honorable** [2] - 46:6, 50:1
**HONORABLE** [1] - 1:9
**hope** [2] - 52:8, 58:24
**horrendous** [1] - 45:6

**horrific** [2] - 58:1, 58:2
**hours** [5] - 42:15, 43:18, 48:4, 51:25, 53:17
**House** [1] - 36:24
**house** [2] - 49:7, 64:5
**hug** [3] - 67:13, 67:16, 67:17
**human** [1] - 56:6
**hundreds** [2] - 24:5, 40:4
**hunt** [1] - 49:2
**hurt** [1] - 40:19
**hurtful** [1] - 47:8

**I**

**idea** [1] - 66:21
**image** [2] - 58:2, 58:6
**imagine** [4] - 41:13, 42:21, 43:5, 50:18
**immediately** [1] - 64:8
**impacted** [2] - 54:9, 54:11
**impeding** [7] - 2:18, 7:5, 11:20, 16:11, 16:15, 17:18, 24:8
**important** [4] - 34:6, 35:18, 38:4, 42:19
**importantly** [2] - 44:25, 55:6
**impose** [8] - 5:5, 5:19, 17:7, 17:20, 18:1, 19:15, 59:1, 60:11
**imposed** [10] - 9:23, 16:22, 19:19, 20:2, 59:20, 59:24, 61:11, 65:4, 65:11
**imposing** [1] - 57:20
**imposition** [1] - 63:20
**impounded** [1] - 15:1
**impression** [1] - 37:3
**imprisonment** [3] - 7:1, 28:20, 29:25
**impulse** [1] - 44:16
**IN** [1] - 1:1
**incarcerated** [4] - 41:17, 42:14, 44:9, 67:6
**incarceration** [5] - 17:2, 19:6, 30:20, 63:5
**incidences** [1] - 11:11
**incidents** [1] - 23:23
**inclined** [1] - 12:25
**include** [5] - 16:6, 19:18, 61:13, 63:2, 64:15
**included** [1] - 15:16
**includes** [1] - 9:21

**including** [5] - 7:8, 20:17, 22:25, 56:10, 65:3
**incorrect** [1] - 65:5
**incur** [1] - 62:9
**independent** [1] - 27:14
**indicate** [2] - 3:25, 10:22
**indicated** [3] - 9:24, 10:2, 18:17
**indicates** [3] - 27:3, 27:8, 27:13
**indicating** [1] - 21:2
**indicted** [4] - 41:20, 41:24, 42:3, 42:5
**indictment** [2] - 17:18, 66:13
**individual** [5] - 15:21, 24:3, 34:10, 58:18, 60:3
**individuals** [1] - 33:24
**ineffective** [1] - 65:9
**ineligible** [1] - 18:10
**information** [8] - 18:17, 18:23, 19:12, 33:11, 62:4, 62:6, 62:7, 62:8
**informed** [1] - 32:5
**injured** [2] - 40:13, 40:14
**injuring** [2] - 41:7, 41:8
**inpatient** [1] - 62:17
**inside** [5] - 10:25, 11:2, 11:14, 22:10, 46:19
**insignificant** [1] - 38:14
**instant** [4] - 9:15, 10:15, 10:22, 28:9
**instead** [3] - 48:9, 54:25, 55:12
**integrity** [1] - 55:2
**intends** [1] - 45:1
**intensity** [1] - 62:20
**intention** [3] - 8:19, 21:11, 38:7
**interest** [2] - 63:23, 63:24
**international** [3] - 41:21, 41:22, 41:23
**intoxicated** [2] - 28:2, 28:8
**introduce** [1] - 34:19
**investigation** [1] - 8:18
**involuntary** [1] - 64:23
**involved** [12] - 7:18, 10:1, 27:23, 34:10,

37:4, 40:15, 41:4,
41:10, 45:10, 54:22,
57:14, 66:19
**involves** [1] - 27:20
**involving** [2] - 17:3,
18:6
**issue** [3] - 10:8, 51:13,
67:6
**issues** [6] - 27:4, 27:5,
34:5, 36:15, 43:3,
58:10
**item** [1] - 26:15
**items** [5] - 22:11, 23:3,
24:21, 30:4, 30:10

## J

**jail** [3] - 41:16, 41:19,
42:7
**jails** [1] - 51:24
**January** [37] - 10:21,
11:9, 11:11, 12:13,
15:13, 20:10, 20:19,
20:25, 21:2, 21:7,
21:10, 21:13, 21:20,
23:8, 25:8, 26:20,
26:24, 27:12, 27:15,
27:22, 28:11, 28:15,
29:3, 31:18, 32:1,
34:3, 37:9, 38:3,
38:5, 38:14, 38:20,
45:7, 49:3, 51:16,
52:16, 56:15, 57:8
**job** [3] - 56:5, 57:24,
63:2
**jobs** [1] - 37:24
**JON** [1] - 1:15
**Jon** [1] - 2:9
**JORDEN** [1] - 1:6
**Jorden** [37] - 2:2, 2:9,
2:16, 35:16, 42:4,
42:22, 46:7, 46:22,
46:23, 47:9, 47:10,
47:16, 48:1, 48:7,
48:13, 48:15, 48:22,
49:4, 49:17, 49:22,
50:1, 50:2, 50:8,
50:9, 50:21, 50:24,
51:4, 51:12, 51:18,
51:23, 52:4, 52:5,
52:16, 53:2, 60:24
**Jorden's** [6] - 46:22,
47:4, 47:6, 47:7,
47:13, 50:12
**journey** [1] - 48:13
**judge** [5] - 29:13,
55:25, 56:3, 56:5,
59:20
**Judge** [4] - 46:6, 50:1,
53:9, 59:23

**JUDGE** [2] - 1:9, 1:9
**judged** [1] - 36:12
**judgment** [3] - 27:14,
60:24, 65:14
**July** [1] - 69:7
**June** [1] - 1:6
**justice** [4] - 12:22,
12:23, 27:24, 29:2
**Justin** [1] - 54:4
**juvenile** [1] - 12:22

## K

**keep** [3] - 46:9, 49:14,
52:9
**keeping** [1] - 58:15
**kick** [1] - 24:24
**kind** [1] - 43:1
**knowing** [3] - 14:3,
48:18, 57:10
**known** [4] - 4:9, 13:6,
14:16, 34:6
**knows** [2] - 37:11,
57:7
**KOMRON** [1] - 1:15
**Komron** [1] - 2:9

## L

**large** [3] - 7:9, 24:2,
30:5
**largely** [1] - 58:10
**lasers** [1] - 53:14
**last** [6] - 5:19, 14:1,
43:9, 43:10, 46:4,
53:11
**lastly** [3] - 24:11,
30:18, 31:16
**late** [1] - 39:1
**latest** [1] - 34:4
**laundry** [2] - 33:4,
33:7
**law** [14] - 17:1, 19:20,
20:14, 22:22, 27:17,
30:2, 30:7, 30:25,
33:17, 39:17, 44:7,
44:8, 55:23, 65:4
**lawyer** [3] - 6:8, 56:1,
56:5
**lawyers** [1] - 55:24
**layers** [1] - 29:11
**leading** [2] - 12:11,
24:17
**leads** [2] - 7:20, 8:20
**learn** [1] - 51:20
**learned** [1] - 52:18
**learning** [2] - 50:12,
54:15
**least** [4] - 7:11, 33:13,
59:2, 61:20

**leave** [4] - 14:25,
42:16, 52:14, 67:14
**leaves** [1] - 57:12
**led** [1] - 48:9
**left** [7] - 10:19, 20:21,
25:24, 26:4, 26:8,
46:23, 54:14
**lengthy** [2] - 31:17,
31:20
**less** [3] - 8:10, 17:25,
64:7
**lesson** [1] - 54:15
**letter** [4] - 39:14,
39:19, 42:1, 45:23
**letters** [2] - 2:25,
58:14
**letting** [1] - 54:20
**level** [18] - 7:5, 7:12,
7:16, 7:19, 7:20,
7:23, 8:5, 8:11, 8:14,
8:16, 8:20, 8:21,
9:24, 9:25, 17:9,
52:23, 66:6
**levels** [2] - 8:10, 39:15
**Lexie** [1] - 49:25
**liberty** [2] - 25:12,
25:14
**life** [32] - 33:12, 37:9,
37:14, 37:21, 37:22,
38:2, 43:2, 43:13,
43:16, 44:20, 46:9,
48:11, 48:18, 50:6,
51:5, 51:6, 51:14,
51:19, 52:7, 52:14,
52:17, 52:20, 53:20,
54:2, 54:4, 54:5,
55:6, 58:21, 58:23,
59:3, 67:21, 67:23
**light** [4] - 5:17, 38:15,
56:10, 66:16
**lighting** [1] - 53:13
**likelihood** [3] - 10:2,
12:20, 44:6
**likely** [1] - 44:18
**Lincoln** [4] - 21:3,
36:3, 36:25, 51:15
**line** [2] - 5:2, 24:23
**lines** [1] - 62:10
**listed** [3] - 9:20, 9:23,
16:23
**live** [3] - 47:20, 52:20,
57:4
**lived** [1] - 51:14
**lives** [3] - 14:13,
36:20, 54:7
**living** [3] - 48:15,
51:14, 52:9
**Liz** [1] - 46:6
**LLC** [1] - 1:16
**loaded** [1] - 21:5

**local** [1] - 61:15
**location** [1] - 62:20
**locations** [1] - 53:15
**lockdown** [1] - 53:18
**locked** [2] - 42:15,
51:25
**logically** [1] - 15:25
**long-term** [1] - 50:11
**look** [6] - 10:15, 16:21,
33:18, 39:9, 58:5,
59:23
**looked** [4] - 38:16,
40:14, 57:17, 57:18
**looking** [14] - 10:14,
13:11, 16:22, 24:2,
24:3, 24:4, 31:16,
31:17, 31:18, 55:4,
55:5, 57:19, 58:7,
63:16
**looks** [3] - 26:11,
40:19
**Loretto** [1] - 66:5
**lost** [5] - 25:23, 49:10,
52:11, 57:22, 60:4
**love** [3] - 48:14, 48:18,
53:3
**loved** [5] - 46:13,
48:12, 52:2, 53:25,
55:7
**loves** [2] - 48:16,
50:10
**low** [2] - 53:20, 60:11
**lower** [4] - 29:3, 30:13,
31:2, 54:10
**Lower** [10] - 22:8,
22:12, 22:20, 22:24,
23:16, 24:15, 25:20,
28:17, 30:3
**lows** [1] - 53:19
**loyal** [1] - 49:4
**Lucas** [1] - 60:3
**luck** [1] - 67:21
**lucky** [1] - 57:4

## M

**mad** [1] - 41:11
**magazines** [2] - 21:4,
38:18
**maintained** [1] - 47:3
**maintains** [1] - 51:3
**majority** [1] - 33:19
**majorly** [1] - 29:22
**Maknoon** [7] - 2:9,
4:18, 8:25, 13:18,
17:15, 32:3, 65:24
**MAKNOON** [36] - 1:15,
1:16, 2:8, 4:19, 6:5,
9:1, 13:19, 17:16,
32:4, 32:16, 32:19,

32:22, 33:1, 33:10,
34:15, 34:21, 34:23,
34:25, 35:2, 35:4,
35:8, 35:10, 35:15,
40:1, 40:7, 40:12,
41:3, 41:24, 45:22,
45:25, 46:4, 49:24,
53:6, 66:1, 66:4,
68:1
**man** [19] - 14:24,
15:10, 35:20, 37:17,
38:8, 48:15, 49:8,
49:11, 49:12, 49:13,
49:15, 49:17, 49:18,
50:23, 52:6, 52:9,
52:18, 55:2
**mandatory** [3] - 18:21,
61:8, 61:13
**mankind** [1] - 49:6
**manner** [3] - 8:4, 8:15,
52:21
**marks** [1] - 56:15
**marshals** [1] - 67:15
**material** [1] - 6:3
**materials** [2] - 3:2,
5:25
**math** [1] - 60:16
**matter** [1] - 5:22
**maximum** [7] - 6:24,
7:1, 16:25, 18:12,
18:13, 65:6
**Mazza** [3] - 30:18,
30:21, 45:16
**mean** [7] - 33:17,
33:18, 41:12, 41:23,
43:17, 44:3, 57:23
**meaning** [1] - 51:9
**meaningful** [1] - 52:23
**means** [1] - 56:13
**medication** [2] - 27:5,
67:5
**medications** [1] -
47:24
**meet** [2] - 14:6, 47:12
**Mehta** [2] - 59:20,
59:23
**members** [1] - 30:10
**memo** [2] - 23:25,
30:24
**memoranda** [1] - 2:24
**memorandum** [3] -
32:6, 33:4, 33:16
**memorial** [3] - 36:3,
36:25, 51:15
**men** [1] - 54:10
**mens** [1] - 15:12
**mental** [7] - 27:4,
43:2, 43:20, 44:17,
66:17, 66:25, 67:1
**mentally** [1] - 33:6

mentioned [1] - 19:14
mentioning [1] - 3:23
mentoring [1] - 48:24
merely [1] - 27:11
met [2] - 48:10, 50:1
methods [1] - 62:15
metropolitan [1] - 63:10
microphone [1] - 6:10
middle [5] - 15:10, 59:11, 59:13, 59:15, 59:25
might [2] - 38:14, 44:16
milestones [1] - 51:8
mind [4] - 21:7, 40:20, 50:23, 60:2
minimize [1] - 38:12
minimum [2] - 30:24, 45:19
MINK [1] - 1:6
Mink [83] - 2:2, 2:9, 2:16, 2:24, 2:25, 4:25, 6:7, 7:7, 7:14, 7:18, 8:14, 9:3, 14:6, 14:13, 15:7, 16:8, 17:7, 18:3, 18:9, 18:19, 20:18, 20:19, 20:21, 20:25, 21:6, 22:6, 22:15, 23:5, 23:20, 24:1, 24:6, 24:7, 24:18, 26:6, 26:17, 27:3, 28:16, 28:19, 30:4, 30:8, 30:11, 30:22, 32:8, 32:12, 32:16, 33:4, 34:2, 34:3, 34:4, 34:12, 35:16, 36:5, 36:14, 37:3, 39:1, 39:5, 42:4, 42:11, 42:22, 42:25, 44:8, 44:11, 44:16, 45:1, 45:6, 45:20, 46:6, 46:7, 49:22, 53:6, 54:25, 56:11, 57:17, 58:5, 58:9, 58:25, 60:8, 60:12, 60:24, 63:16, 67:21
Mink's [16] - 15:14, 15:17, 17:5, 18:16, 24:3, 26:20, 30:16, 33:12, 33:16, 53:4, 55:20, 56:12, 57:16, 58:21, 60:7, 66:17
minute [1] - 3:21
minutes [2] - 14:14, 20:21
mischief [2] - 28:1, 28:8
misdemeanor [1] -

17:3
missed [3] - 37:6, 51:8, 52:5
misses [1] - 51:7
missing [2] - 15:24, 35:10
mistakes [2] - 51:19, 54:15
mob [6] - 20:24, 22:12, 22:16, 24:7, 26:24, 27:15
mobility [1] - 48:2
modality [1] - 62:20
moment [5] - 21:14, 38:20, 45:9, 51:17, 51:19
month [1] - 64:7
months [32] - 9:7, 17:11, 19:5, 19:6, 19:8, 28:20, 29:25, 30:15, 30:19, 42:15, 43:4, 43:9, 43:10, 43:17, 46:23, 54:3, 59:6, 59:8, 59:10, 59:14, 59:21, 59:24, 60:12, 60:18, 61:1, 61:3, 67:8, 67:9
monumental [1] - 38:25
Moss [3] - 46:6, 50:1, 53:9
MOSS [1] - 1:9
most [12] - 8:4, 15:16, 22:21, 24:13, 44:12, 46:20, 47:15, 48:25, 55:25, 56:2, 56:4, 56:18
mostly [1] - 14:18
mother [7] - 34:16, 34:25, 44:12, 46:7, 46:19, 47:11, 51:4
mother's [1] - 46:5
motion [3] - 3:15, 4:19, 4:22, 31:4, 31:7, 31:8, 33:11, 45:4, 66:11, 66:14
motions [1] - 19:2
motivated [1] - 45:7
motivations [1] - 34:8
motorcycle [1] - 14:18
move [3] - 52:14, 66:12, 67:23
moved [3] - 18:25, 51:23, 53:14
movie [1] - 53:15
moving [1] - 58:14
MR [34] - 2:8, 4:19, 6:5, 9:1, 13:19, 17:16, 32:4, 32:16, 32:19, 32:22, 33:1,

33:10, 34:15, 34:21, 34:23, 34:25, 35:2, 35:4, 35:8, 35:10, 35:15, 40:1, 40:7, 40:12, 41:3, 41:24, 45:22, 45:25, 46:4, 49:24, 53:6, 66:1, 66:4, 68:1
MS [40] - 2:5, 3:4, 3:7, 3:16, 3:24, 4:14, 6:1, 8:24, 10:9, 10:11, 11:18, 11:21, 12:1, 12:4, 17:14, 20:8, 20:10, 21:18, 22:2, 23:12, 23:16, 24:15, 25:12, 25:18, 26:1, 26:4, 26:10, 26:14, 26:19, 28:5, 28:23, 29:7, 29:10, 29:20, 31:16, 55:17, 65:23, 66:10, 66:12, 68:2
multiple [7] - 22:25, 27:6, 27:16, 28:13, 29:10, 30:2, 53:13
music [1] - 48:16
must [17] - 37:4, 46:19, 61:1, 61:16, 61:18, 61:19, 61:22, 61:24, 62:4, 62:9, 62:12, 62:14, 62:16, 62:22, 62:25, 64:6, 65:13

## N

N.W [1] - 69:11
name [2] - 2:3, 46:6
names [1] - 55:1
nature [8] - 11:12, 12:14, 19:25, 31:3, 33:21, 56:14, 58:17, 59:14
near [2] - 22:8, 22:12
necessary [1] - 19:16
Neck [1] - 42:8
need [8] - 8:12, 9:15, 19:18, 19:25, 20:1, 20:2, 28:3, 67:5
needed [1] - 27:18, 32:6, 49:20, 50:6, 54:19
needs [1] - 21:15
neighbor [1] - 35:21
never [14] - 34:2, 35:25, 41:15, 41:16, 50:7, 50:21, 50:25, 51:1, 51:12, 51:22, 52:25, 53:12, 53:19
new [4] - 48:19, 51:9, 54:20, 62:9

New [1] - 28:5
news [1] - 34:4
next [1] - 51:10
Nialah [1] - 2:5
NIALAH [1] - 1:12
niece [1] - 47:6
nine [3] - 46:24, 48:12, 58:7
nobody [1] - 44:8
none [1] - 47:23
normal [1] - 51:14
Northern [1] - 42:8
northwest [1] - 64:10
note [5] - 26:21, 29:11, 29:12, 29:14, 42:19
noted [1] - 65:21
notes [2] - 9:3, 69:5
nothing [10] - 6:5, 15:12, 27:13, 43:4, 43:14, 52:13, 53:21, 56:16, 57:24, 66:1
notice [2] - 65:13, 65:14
noticed [2] - 34:14, 50:5
notify [1] - 64:11
notifying [1] - 8:18
number [1] - 5:1
numerous [1] - 23:3
NW [2] - 1:13, 1:22

## O

object [6] - 7:9, 23:1, 25:25, 26:5, 26:6, 65:21
objection [5] - 3:17, 5:24, 6:3, 9:16, 66:9
objections [5] - 3:18, 5:8, 6:5, 8:22, 27:23
objective [1] - 8:2
objects [4] - 22:22, 22:25, 24:18, 54:12
obligation [1] - 64:13
obligations [1] - 64:8
obstruct [1] - 62:14
obviously [5] - 13:23, 17:5, 36:10, 37:13, 57:13
OC [1] - 24:20
occasion [1] - 38:25
occur [1] - 16:1
occurred [4] - 24:14, 27:11, 38:19, 41:4
ocean [1] - 49:15
OF [4] - 1:1, 1:3, 1:8, 69:1
offender [1] - 58:8
offense [45] - 4:5,

6:25, 7:3, 7:5, 7:17, 7:20, 7:23, 8:4, 8:11, 8:13, 8:20, 8:21, 9:14, 9:15, 9:19, 9:20, 9:24, 9:25, 10:2, 10:15, 10:16, 10:21, 11:11, 11:12, 12:14, 15:20, 16:8, 16:10, 16:14, 16:16, 16:17, 16:18, 16:19, 17:3, 17:9, 19:19, 19:21, 19:25, 29:20, 29:21, 56:14
offenses [6] - 8:3, 9:23, 16:9, 16:21, 16:23, 18:9
offered [1] - 15:23
Office [1] - 62:8
OFFICE [1] - 1:12
office [19] - 2:23, 5:22, 6:22, 7:24, 8:6, 8:7, 9:16, 10:4, 18:16, 59:5, 61:9, 61:23, 62:7, 63:10, 64:4, 64:5, 64:14, 64:16, 64:19
office's [1] - 16:7
officer [11] - 19:5, 25:10, 25:13, 30:21, 41:8, 62:5, 62:11, 62:19, 63:7, 64:4, 66:23
OFFICER [5] - 1:18, 2:11, 2:14, 66:16, 67:1
officers [46] - 2:18, 7:6, 7:8, 7:10, 11:20, 16:11, 16:15, 20:14, 20:23, 22:22, 23:3, 23:7, 23:15, 23:17, 23:20, 23:21, 24:1, 24:2, 24:8, 24:14, 24:16, 24:19, 24:22, 24:24, 24:25, 25:4, 25:22, 26:6, 26:17, 26:22, 27:17, 30:2, 30:4, 30:14, 31:24, 40:23, 41:8, 42:24, 54:6, 54:8, 57:23, 60:4, 60:5
officers' [2] - 24:9, 40:3
OFFICIAL [1] - 69:1
official [1] - 7:18
Official [2] - 1:21, 69:10
officially [1] - 37:16
often [2] - 11:24, 55:7
Oklahoma [1] - 42:8
old [1] - 47:17

**older** [4] - 45:15, 46:24, 47:1, 55:7
**once** [5] - 15:1, 22:3, 41:24, 47:18, 59:1
**one** [36] - 7:1, 8:20, 10:13, 12:15, 16:9, 17:22, 18:4, 21:13, 23:13, 25:16, 25:19, 27:9, 34:11, 36:6, 44:19, 46:12, 49:7, 49:24, 50:11, 50:14, 51:10, 51:18, 52:1, 52:15, 54:1, 54:3, 55:24, 56:1, 56:4, 56:13, 56:15, 56:21, 57:3, 60:2, 61:14, 61:19
**one-level** [1] - 8:20
**one-year** [1] - 7:1
**ones** [6] - 41:1, 52:2, 53:3, 53:25, 55:7, 55:8
**open** [5] - 21:22, 22:7, 22:9, 30:9, 62:10
**opinions** [1] - 54:24
**opportunities** [1] - 27:6
**opportunity** [1] - 49:21
**opposing** [1] - 40:15
**options** [1] - 61:10
**orange** [3] - 23:1, 24:2, 30:5
**order** [2] - 49:9, 64:17
**ordered** [2] - 61:4, 63:21
**Otey** [7] - 34:16, 34:21, 36:20, 37:23, 43:11, 44:12, 49:25
**OTEY** [1] - 49:25
**Otey's** [1] - 35:4
**otherwise** [1] - 64:25
**outnumbered** [1] - 24:16
**outpatient** [1] - 62:17
**outside** [5] - 12:15, 14:14, 22:11, 30:10, 63:9
**overall** [1] - 13:11
**overlap** [1] - 12:2
**overrepresenting** [1] - 15:15
**own** [3] - 49:1, 54:2, 54:4
**owns** [1] - 14:21

---

**P**

**p.m** [2] - 1:7, 68:3
**PA** [3] - 1:17, 66:5, 66:8
**page** [1] - 33:3
**paid** [2] - 64:13, 67:23
**pain** [1] - 43:16
**palmer** [5] - 30:1, 30:6, 30:8, 30:15, 45:14
**palmer's** [1] - 30:11
**papers** [2] - 6:15, 31:11
**paramount** [1] - 42:24
**paramour** [1] - 34:23
**parents** [1] - 46:19
**park** [1] - 47:16
**part** [6] - 5:19, 38:4, 47:15, 61:9, 67:2
**partaked** [1] - 31:18
**participate** [2] - 62:16, 62:22, 62:25
**participated** [4] - 20:24, 22:16, 24:7, 27:15
**participation** [1] - 62:19
**particular** [2] - 9:17, 56:9
**parties** [10] - 7:2, 7:7, 7:14, 7:17, 7:22, 7:23, 7:25, 13:5, 17:6, 18:19
**pass** [1] - 22:11
**past** [4] - 27:6, 50:12, 52:14
**patience** [1] - 54:18
**pause** [1] - 57:9
**pay** [6] - 18:18, 18:20, 61:5, 63:19, 63:23, 64:6
**payable** [1] - 64:8
**payment** [1] - 64:1
**peace** [4] - 33:1, 39:8, 43:25, 52:24
**peaceful** [1] - 56:19
**penalties** [1] - 63:24
**penalty** [1] - 16:25
**Pennsylvania** [5] - 14:15, 17:1, 34:15, 36:16, 42:6
**people** [30] - 11:24, 22:10, 24:5, 31:23, 33:6, 34:12, 34:19, 35:15, 35:23, 36:4, 38:21, 38:22, 40:4, 40:13, 44:10, 46:18, 49:1, 50:7, 52:2, 52:4, 52:5, 53:3, 55:1, 56:19, 56:22, 57:13, 57:14, 57:15, 58:21
**pepper** [1] - 24:20
**per** [2] - 15:2, 64:7
**perceived** [1] - 9:23
**perception** [1] - 39:18
**perhaps** [5] - 4:20, 15:15, 23:15, 38:7, 45:8
**period** [1] - 43:22
**periodic** [1] - 61:20
**permission** [2] - 11:9, 65:17
**permitted** [4] - 4:7, 45:23, 65:12
**person** [11] - 34:3, 44:18, 48:3, 50:2, 50:9, 51:12, 51:20, 55:21, 56:6, 56:7, 58:15
**person's** [1] - 54:9
**personality** [1] - 51:19
**personally** [2] - 54:11, 54:22
**photo** [2] - 36:3, 36:25
**photos** [1] - 24:11
**physical** [1] - 24:22
**physically** [1] - 24:23
**Picone** [1] - 25:10
**picture** [3] - 24:4, 37:1, 51:15
**pictures** [3] - 25:1, 26:20, 42:11
**Pittsburgh** [5] - 1:17, 14:14, 34:15, 66:5, 66:8
**place** [3] - 12:12, 47:18, 56:22
**placement** [2] - 61:20, 63:5
**Plaintiff** [2] - 1:4, 1:12
**plan** [3] - 39:1, 55:5, 55:6
**planning** [1] - 38:17
**plans** [1] - 59:3
**play** [1] - 22:14
**plea** [19] - 3:12, 3:24, 4:6, 4:10, 8:19, 13:5, 13:7, 13:8, 13:15, 13:17, 13:22, 14:5, 15:7, 18:19, 19:1, 64:23, 64:25, 65:13
**plead** [2] - 11:22, 12:10
**pleaded** [4] - 2:17, 7:14, 7:18, 18:9
**pleading** [3] - 11:24, 15:7, 29:23
**pleasure** [1] - 58:15
**pled** [6] - 11:17, 11:19, 12:6, 16:8, 29:17, 45:15
**podium** [1] - 2:4
**point** [9] - 9:12, 10:13, 12:3, 12:15, 13:1, 13:9, 16:2, 16:6, 58:25
**pointing** [2] - 25:24, 26:5
**points** [6] - 9:5, 9:11, 10:5, 15:25, 17:8
**pole** [7] - 7:10, 23:7, 23:20, 40:3, 40:23, 58:1, 60:5
**poles** [1] - 23:23
**police** [8] - 20:23, 30:14, 31:24, 40:3, 40:23, 57:23, 60:4, 60:5
**policy** [1] - 19:24
**political** [8] - 34:2, 34:5, 34:10, 35:25, 36:2, 39:24, 51:12, 56:24
**politically** [1] - 34:10
**politics** [2] - 37:4, 45:7
**poor** [1] - 51:25
**portion** [1] - 23:9
**position** [4] - 4:1, 31:9, 31:11, 44:14
**positioned** [1] - 23:17
**positive** [2] - 52:20, 52:21
**possess** [1] - 61:16
**possession** [1] - 22:4
**possibility** [1] - 14:7
**possible** [1] - 47:12
**post** [7] - 21:8, 21:9, 21:11, 21:21, 38:12, 38:13
**posted** [2] - 21:1, 38:16
**posting** [2] - 37:4, 38:17
**potential** [2] - 50:20, 54:21
**power** [1] - 56:19
**pre** [1] - 14:8
**pre-presentence** [1] - 14:8
**precludes** [1] - 19:1
**pregnant** [1] - 46:23
**prescribed** [1] - 47:22
**prescription** [1] - 50:15
**presence** [1] - 67:17
**Present** [1] - 1:18
**present** [1] - 20:20
**presentation** [1] - 55:19
**presentence** [15] - 2:22, 5:7, 5:20, 5:21, 5:25, 6:3, 6:13, 6:19, 9:3, 14:8, 14:11, 19:12, 61:10, 64:14, 64:18
**presentencing** [2] - 4:3, 4:4
**pretty** [2] - 29:2, 40:22
**previously** [5] - 11:13, 22:6, 27:22, 28:7, 32:11
**price** [1] - 67:23
**prison** [1] - 44:20
**Prisons** [4] - 60:14, 60:19, 60:25, 66:3
**private** [4] - 10:18, 10:19, 10:20, 11:5
**probation** [32] - 2:12, 2:23, 5:22, 6:21, 7:24, 8:6, 8:7, 9:7, 9:8, 9:16, 10:4, 16:7, 18:4, 18:6, 18:10, 18:16, 19:5, 59:5, 61:9, 61:23, 62:5, 62:7, 62:11, 62:19, 63:7, 63:10, 64:14, 64:16, 64:18, 66:15, 66:19, 66:23
**PROBATION** [5] - 1:18, 2:11, 2:14, 66:16, 67:1
**problem** [2] - 11:16, 37:14
**problems** [1] - 33:24
**proceed** [1] - 46:2
**proceeded** [1] - 22:19
**proceeding** [1] - 64:24
**proceedings** [1] - 69:6
**process** [9] - 42:24, 43:15, 44:3, 44:4, 44:19, 47:23, 56:8, 56:25, 57:11
**processing** [1] - 43:15
**program** [13] - 27:9, 48:1, 62:18, 62:20, 62:22, 62:23, 62:24, 62:25, 63:1, 63:2, 66:20
**progress** [5] - 37:23, 63:4, 63:6, 63:11, 63:13
**prohibitive** [1] - 62:14
**projectiles** [2] - 23:22, 24:20
**projecting** [1] - 25:4
**promote** [2] - 19:19, 19:23
**property** [27] - 2:20, 8:1, 10:19, 10:20, 11:5, 11:13, 11:14, 11:20, 11:23, 14:21,

16:12, 16:13, 17:24, 18:7, 18:13, 18:22, 19:7, 19:9, 20:22, 20:23, 27:1, 27:16, 30:22, 30:23, 49:2
**prosecution** [1] - 8:18
**protect** [8] - 19:22, 23:8, 23:17, 23:22, 25:22, 40:24, 49:19, 57:24
**protecting** [2] - 22:23, 41:1
**protective** [1] - 50:9
**protector** [1] - 49:5
**provide** [5] - 12:17, 19:20, 35:23, 56:11, 62:4
**provided** [1] - 3:1
**provider** [2] - 47:11, 62:20
**provides** [1] - 9:18
**provisions** [1] - 60:22
**provoked** [1] - 40:6
**PSR** [9] - 3:17, 3:18, 3:21, 10:17, 12:21, 27:3, 27:8, 27:13, 27:23
**public** [1] - 19:22
**pulling** [1] - 21:7
**punch** [1] - 24:24
**punishment** [4] - 9:8, 9:25, 19:20, 36:8
**punishments** [2] - 9:22, 16:22
**purely** [1] - 40:25
**purpose** [2] - 48:15, 49:20
**purposes** [2] - 6:20, 19:17, 19:18
**pursuant** [3] - 60:21, 65:1, 65:10
**pushed** [1] - 39:21
**put** [9] - 19:4, 21:9, 32:8, 38:15, 43:4, 44:13, 49:18, 53:18, 67:22
**puts** [1] - 17:8
**putting** [1] - 54:20

## Q

**quad** [3] - 14:24, 14:25, 15:1
**quads** [2] - 14:19, 49:2
**quick** [1] - 36:23
**quite** [5] - 25:25, 53:11, 57:19, 58:24, 63:15
**quote** [2] - 21:2, 21:4

## R

**raise** [2] - 38:2, 65:25
**raised** [4] - 35:12, 48:7, 51:4, 67:12
**rally** [2] - 38:10, 38:24
**rampage** [2] - 20:22, 22:19
**ran** [1] - 49:15
**RANDOLPH** [1] - 1:9
**range** [28] - 4:1, 4:8, 4:15, 4:16, 5:10, 13:7, 17:10, 18:8, 20:2, 28:21, 28:24, 29:3, 29:4, 29:8, 30:13, 31:2, 31:21, 59:6, 59:7, 59:12, 59:13, 59:15, 59:22, 59:23, 59:25, 60:12, 60:17
**rate** [2] - 9:7, 64:7
**rationale** [1] - 16:3
**re** [2] - 63:4, 63:6
**re-entry** [2] - 63:4, 63:6
**rea** [1] - 15:12
**reach** [1] - 52:2
**reached** [2] - 47:16, 51:24
**read** [11] - 3:9, 3:23, 39:14, 41:25, 45:23, 46:4, 46:5, 51:13, 53:4, 53:7, 58:14
**readiness** [1] - 63:3
**reading** [2] - 43:23, 53:9
**ready** [1] - 14:9
**really** [9] - 16:13, 33:5, 37:4, 40:20, 41:16, 44:19, 45:9, 50:13, 67:21
**reason** [2] - 3:22, 10:13
**reasoned** [1] - 8:6
**reasoning** [1] - 16:7
**reasons** [1] - 3:19
**receipt** [1] - 63:13
**receive** [3] - 12:16, 21:25, 27:7
**received** [3] - 2:22, 31:1, 65:9
**receiving** [1] - 27:5
**recent** [1] - 27:10
**recently** [2] - 52:2, 57:8
**recidivism** [1] - 44:6
**recommend** [2] - 17:22, 18:14
**recommendation** [5] - 2:23, 4:2, 5:21,

18:11, 66:3
**recommended** [8] - 4:15, 10:5, 19:5, 48:1, 59:5, 59:8, 59:16, 61:9
**record** [9] - 2:3, 19:4, 21:9, 32:10, 36:11, 54:20, 56:12, 65:22, 67:8
**records** [1] - 20:4
**rectangular** [4] - 7:9, 23:1, 26:5, 30:6
**rectangular-shaped** [2] - 23:1, 30:6
**recurring** [1] - 10:2
**redeeming** [1] - 15:3
**reduction** [1] - 8:16
**reference** [1] - 41:7
**reflect** [3] - 19:19, 43:14, 53:22
**reflects** [1] - 37:13
**Reform** [1] - 60:21
**refrain** [1] - 61:18
**regards** [5] - 3:20, 14:13, 15:14, 39:15, 45:13
**regret** [1] - 42:23
**regrets** [1] - 39:10, 39:15
**regrettable** [1] - 42:2
**regroup** [1] - 14:6
**regulations** [3] - 62:18, 62:24, 63:2
**rehabilitation** [1] - 19:23
**reiterate** [2] - 15:9, 31:11
**rejection** [1] - 46:13
**relate** [1] - 11:12
**related** [2] - 15:17, 15:21
**relating** [1] - 5:8
**relationship** [5] - 47:1, 47:4, 47:6, 50:11, 51:3
**relationships** [1] - 44:14
**release** [13] - 17:21, 17:22, 18:1, 19:8, 19:9, 59:8, 59:17, 61:3, 61:4, 62:6, 63:4, 63:8, 64:14
**relevant** [5] - 6:22, 9:22, 18:23, 20:7, 56:10
**religion** [2] - 43:23, 43:25
**rely** [1] - 31:10
**remaining** [2] - 12:10, 66:13

**remarks** [1] - 56:11
**remember** [4] - 25:15, 55:23, 57:9, 57:10
**remorse** [2] - 41:25, 60:9
**remorseful** [1] - 36:11
**remote** [1] - 17:4
**remotely** [1] - 63:15
**repeatedly** [3] - 23:6, 23:21, 58:1
**report** [20] - 2:22, 4:3, 4:4, 5:7, 5:20, 5:21, 5:25, 6:4, 6:13, 6:19, 9:3, 14:9, 14:11, 19:12, 61:10, 63:7, 63:11, 63:13, 64:15, 64:18
**reporter** [1] - 28:4
**REPORTER** [1] - 69:1
**Reporter** [3] - 1:21, 1:21, 69:10
**represented** [1] - 8:14
**represents** [1] - 12:19
**request** [7] - 3:3, 45:3, 45:5, 45:18, 45:19, 65:17, 66:2
**requested** [2] - 59:10, 62:5
**required** [5] - 8:9, 16:21, 18:20, 19:13, 63:14
**requires** [2] - 7:12, 7:15
**rescue** [1] - 49:9
**residence** [1] - 64:16
**residue** [1] - 25:3
**resisting** [6] - 2:17, 7:5, 11:19, 16:11, 16:15, 17:18
**resolve** [5] - 5:5, 5:7, 8:13, 56:23, 56:25
**resolved** [1] - 56:24
**respect** [14] - 7:3, 7:22, 10:11, 19:20, 20:7, 44:7, 44:8, 56:14, 56:25, 57:2, 57:11, 57:16, 58:8, 59:4
**respectfully** [4] - 36:11, 45:3, 45:5, 45:18
**response** [2] - 3:7, 31:8
**responsibility** [2] - 8:15, 39:22
**rest** [1] - 55:14
**restitution** [11] - 18:18, 18:20, 19:10, 41:9, 59:9, 59:17, 61:24, 62:1, 63:21,

64:1, 64:7
**restricted** [5] - 10:24, 11:8, 12:9, 12:11, 12:13
**restrictions** [1] - 62:9
**result** [1] - 65:5
**resulted** [1] - 9:6
**resulting** [1] - 9:4
**return** [1] - 64:18
**reviewed** [3] - 2:22, 5:7, 18:16
**ride** [1] - 49:2
**riding** [1] - 14:24
**riot** [2] - 20:12, 23:19
**rioters** [5] - 23:18, 23:24, 24:23, 25:3, 25:21
**Ritalin** [1] - 47:23
**RMR** [2] - 1:21, 69:9
**road** [2] - 48:21
**ROBERT** [2] - 1:6, 1:18
**Robert** [3] - 2:2, 2:12, 2:16
**role** [1] - 47:13
**room** [5] - 22:7, 22:8, 22:11, 24:21, 64:5
**Room** [1] - 1:22, 69:10
**rooting** [1] - 40:18
**rough** [1] - 49:5
**rules** [3] - 62:18, 62:23, 63:1
**run** [3] - 19:7, 19:10, 67:9
**runs** [2] - 49:7, 49:17
**rural** [2] - 14:14, 36:17

## S

**sacred** [1] - 56:18
**sake** [1] - 54:16
**sat** [1] - 52:10
**satisfied** [1] - 6:8
**saw** [6] - 40:12, 40:13, 40:14, 50:8, 50:20, 50:21
**scary** [1] - 49:17
**schedule** [1] - 47:14
**scheme** [1] - 8:3
**school** [5] - 33:5, 33:6, 36:18, 47:17, 48:3
**schoolwork** [1] - 48:5
**scoping** [1] - 37:7
**score** [1] - 13:16
**screaming** [1] - 49:8
**screen** [3] - 25:3, 25:5, 26:4
**SD2M** [1] - 22:7
**seal** [5] - 3:5, 31:4,

80

31:9, 31:10, 58:20
**sealed** [2] - 31:14,
33:10
**second** [1] - 5:9
**secondly** [1] - 30:1
**Section** [1] - 18:3
**section** [16] - 2:19,
2:20, 5:18, 6:24, 7:4,
7:6, 7:13, 7:15, 7:19,
7:21, 9:18, 19:15,
60:22, 65:1, 65:10
**Sections** [2] - 17:20,
61:25
**sections** [4] - 4:21,
4:22, 30:16, 45:4
**security** [1] - 66:6
**see** [22] - 11:24, 12:2,
12:21, 22:5, 23:14,
33:18, 36:18, 36:24,
37:6, 38:11, 42:11,
42:12, 43:11, 44:12,
50:22, 51:5, 52:3,
52:4, 52:16, 52:18,
58:6, 63:17
**seeing** [4] - 24:5,
26:12, 47:25, 55:7
**seek** [2] - 19:3, 45:1
**seem** [3] - 16:13, 24:4,
59:19
**sees** [1] - 59:1
Sefranek [3] - 1:21,
69:9, 69:9
**SEFRANEK** [1] - 69:3
**seized** [1] - 15:1
**self** [1] - 48:9
**self-destruction** [1] -
48:9
**selves** [1] - 51:11
**send** [1] - 55:9
**sense** [2] - 9:21, 55:20
**sentence** [32] - 5:5,
5:17, 5:19, 16:25,
17:7, 19:5, 19:15,
19:18, 19:21, 20:2,
27:18, 28:11, 30:17,
30:25, 31:20, 45:18,
57:19, 58:6, 59:1,
59:5, 59:10, 59:21,
59:24, 60:11, 60:12,
62:1, 64:17, 65:2,
65:4, 65:6, 65:8,
65:11
**sentenced** [6] - 28:20,
29:25, 30:15, 30:19,
60:1, 61:2
**sentences** [2] - 20:5,
59:4
**SENTENCING** [2] -
1:4, 1:8
**sentencing** [19] - 2:16,

2:23, 2:24, 4:25, 5:9,
6:20, 6:22, 9:18,
19:17, 20:3, 20:7,
45:13, 55:24, 55:25,
56:10, 60:23, 61:10,
65:5, 65:9
**Sentencing** [1] - 60:21
**separated** [1] - 52:25
**serious** [7] - 8:4, 8:10,
10:21, 11:12, 24:4,
24:14, 28:11
**seriousness** [3] -
9:24, 12:19, 19:19
**serve** [2] - 54:14, 61:2
**served** [1] - 60:13
**service** [2] - 43:20,
67:15
**services** [4] - 62:22,
62:23, 62:25, 63:1
**set** [5] - 4:12, 5:25,
14:19, 66:19, 67:22
**seven** [1] - 42:16
**sever** [1] - 44:14
**severe** [1] - 65:6
**severed** [1] - 43:13
**severity** [1] - 16:21
**shaken** [1] - 47:21
**shall** [7] - 61:7, 62:2,
62:7, 64:1, 64:11,
64:14, 64:18
**shampoo** [2] - 42:17,
42:18
**shaped** [2] - 23:1,
30:6
**share** [3] - 49:21,
53:19, 62:7
**sharks** [1] - 49:16
**sheltering** [1] - 41:2
**shields** [6] - 7:11,
23:14, 23:19, 23:22,
40:3, 41:6
**short** [2] - 46:9, 56:16
**shorter** [1] - 49:24
**shortly** [3] - 4:17,
5:23, 40:2
**shoving** [1] - 50:16
**show** [5] - 21:19, 23:9,
23:13, 36:23, 46:3
**showering** [1] - 52:10
**shown** [1] - 60:9
**sic)** [1] - 54:23
**side** [8] - 3:13, 18:25,
26:4, 47:19, 51:2,
52:10, 54:10, 60:8
**sides** [1] - 4:12
**signed** [1] - 13:15
**significant** [3] - 27:18,
37:14, 37:22
**significantly** [1] -
20:17

**similar** [11] - 9:15,
9:19, 10:15, 11:11,
16:16, 20:3, 20:4,
30:4, 30:17, 59:20,
60:2
**similarity** [1] - 14:24
**similarly** [4] - 15:24,
28:14, 31:1, 31:19
**simple** [9] - 9:5, 15:20,
28:1, 28:9, 33:22,
33:23, 38:2, 40:15,
51:14
**simply** [4] - 14:9, 37:5,
45:15, 56:6
**singing** [1] - 48:16
**single** [4] - 42:20,
46:19, 47:11, 51:4
**sitter** [1] - 47:13
**sitting** [1] - 57:6
**situated** [3] - 28:14,
31:1, 31:19
**situation** [2] - 15:6,
33:23, 36:1, 36:9,
37:22, 40:14, 41:13,
44:9, 45:11
**six** [4] - 7:19, 9:7,
26:12, 46:23
**six-level** [1] - 7:19
**sixth** [1] - 4:5
**skateboard** [1] - 23:11
**skills** [1] - 63:3
**skin** [1] - 42:18
**slept** [1] - 52:9
**slightly** [1] - 59:6
**slower** [1] - 28:4
**slowly** [1] - 50:23
**smart** [1] - 49:4
**smash** [5] - 21:22,
22:7, 22:9, 28:18,
30:9
**smashed** [1] - 22:10
**smashing** [3] - 12:7,
22:18, 40:3
Smithfield [1] - 1:16
**sober** [4] - 37:10,
37:15, 48:23, 50:21
**sole** [1] - 47:11
**solitary** [1] - 42:20
**someone** [4] - 22:1,
35:21, 36:2, 39:6,
40:24, 50:5
**sometimes** [4] - 28:6,
42:15, 46:16, 46:20
**somewhat** [3] - 36:1,
38:20, 44:4
**somewhere** [1] -
55:22
**son** [14] - 44:13, 46:9,
47:7, 48:12, 48:14,
48:17, 48:18, 49:2,

49:22, 51:7, 52:2,
54:16, 67:24
**sorry** [2] - 18:5, 28:3
**sort** [1] - 58:25
**sought** [1] - 47:21
**soul** [1] - 51:18
**souls** [1] - 52:6
**sounds** [1] - 67:5
**SPEAKER** [1] - 67:13
**special** [6] - 18:21,
19:11, 59:9, 59:17,
61:5, 62:2
**specialist** [2] - 48:2
**specific** [1] - 25:13
**specifically** [3] -
26:15, 32:11
**specified** [2] - 5:18,
19:14
**speech** [1] - 39:2
**spend** [1] - 53:16
**spent** [2] - 40:7, 41:16
**spilled** [1] - 25:4
**spin** [1] - 36:9
**spirit** [2] - 43:24,
43:25
**spit** [2] - 23:3, 24:24
**spitting** [1] - 24:1
**spray** [2] - 24:20,
24:21
**sprayed** [1] - 30:7
**spur** [4] - 38:20, 45:9,
51:17, 51:19
**spur-of-the-moment**
[2] - 51:17, 51:19
**squeezed** [1] - 24:16
**stain** [1] - 57:13
**stand** [1] - 34:19
**standards** [1] - 10:4
**standing** [4] - 22:23,
32:20, 40:19, 51:1
**stands** [2] - 36:8,
49:18
**start** [3] - 5:20, 39:2,
59:3
**started** [3] - 43:23,
44:1, 50:22
**starting** [2] - 2:4, 6:23
**state** [7] - 2:3, 15:16,
15:19, 37:1, 42:25,
44:4, 61:14
**statement** [1] - 32:12
**statements** [1] - 19:24
**states** [2] - 33:4, 53:15
**States** [13] - 1:22, 2:2,
2:6, 28:15, 30:1,
30:18, 39:18, 40:5,
62:8, 64:2, 64:9,
64:16, 64:21
**STATES** [3] - 1:1, 1:3,
1:9

**status** [1] - 63:8
**statute** [5] - 5:18,
6:23, 19:14, 61:25,
65:12
**statutory** [3] - 6:24,
7:1, 65:2
**stay** [1] - 21:15
**stayed** [1] - 51:13
**steal** [1] - 30:22
**stealing** [1] - 30:23
**stemming** [2] - 12:23,
13:12
**stenographic** [1] -
69:5
**step** [7] - 5:6, 5:9,
5:13, 5:16, 5:19,
23:2, 26:9, 26:16,
30:6
**steps** [2] - 5:1, 5:2
**stick** [1] - 7:10
**still** [7] - 19:3, 21:15,
48:5, 48:11, 50:8,
50:9, 51:3
**stole** [1] - 20:22
**stood** [1] - 53:2
**stops** [3] - 49:9, 49:11
**storm** [1] - 31:23
**stormed** [1] - 27:16
**story** [1] - 42:4
**straight** [1] - 52:10
**Strattera** [1] - 47:22
**Street** [1] - 1:13, 1:16
**strength** [2] - 52:8,
52:24
**stress** [1] - 45:22
**strike** [2] - 7:10, 23:20
**strikes** [1] - 17:4
**striking** [3] - 23:7,
57:23, 57:25
**strong** [2] - 27:19,
57:10
**stronger** [1] - 21:3
**struggle** [2] - 27:4,
50:24
**struggled** [4] - 37:11,
37:20, 47:18, 50:14
**struggling** [3] - 48:5,
48:11, 58:11
**stuck** [2] - 14:25,
53:20
**submissions** [1] -
3:22
**submit** [12] - 3:18,
10:12, 11:10, 13:2,
13:9, 13:10, 13:13,
31:22, 61:19, 62:12,
63:7, 63:11
**submitted** [3] - 2:25,
22:6, 23:25
**subsections** [1] - 9:20

**substance** [8] - 27:4, 61:17, 61:19, 62:12, 62:13, 62:14, 62:16, 62:17
**substantially** [1] - 12:19
**substantiated** [1] - 16:2
**sufficient** [1] - 19:16
**sufficiently** [1] - 16:20
**suicide** [2] - 52:12, 54:4
**Suite** [1] - 1:14
**summarized** [1] - 6:22
**summarizing** [1] - 63:7
**sung** [1] - 48:17
**superseding** [1] - 17:17
**supervise** [1] - 62:19
**supervised** [10] - 17:21, 17:22, 18:1, 19:8, 19:9, 59:8, 59:16, 61:3, 61:4, 63:9
**supervision** [5] - 61:7, 61:12, 61:20, 63:5, 63:12
**support** [8] - 35:14, 35:23, 35:24, 44:23, 52:25, 53:25, 58:13
**supposed** [3] - 10:23, 11:5, 41:19
**surgery** [1] - 52:11
**surrounding** [1] - 12:6
**surveillance** [1] - 25:2
**sweatshirt** [1] - 23:6
**swinging** [2] - 40:22, 60:4
**swung** [1] - 54:12
**system** [4] - 12:22, 12:23, 17:24, 29:2

**T**

**table** [1] - 18:10
**TAMARA** [1] - 69:3
**Tamara** [3] - 1:21, 69:9, 69:9
**tamper** [1] - 62:15
**taste** [1] - 38:13
**teaching** [2] - 48:17, 48:19
**team** [3] - 40:18, 40:19
**technology** [1] - 26:2
**teenagers** [1] - 52:8
**teeth** [1] - 52:11
**temper** [1] - 44:10
**tempered** [2] - 44:11
**ten** [3] - 27:24, 47:17, 58:7
**term** [7] - 4:20, 17:20, 17:22, 18:1, 50:11, 60:25
**termination** [1] - 64:19
**terms** [1] - 61:2
**terrace** [1] - 54:11
**Terrace** [2] - 28:17, 30:3
**terrorism** [1] - 27:21
**test** [1] - 61:19
**tested** [2] - 57:8
**testified** [1] - 25:15
**testing** [3] - 62:12, 62:13, 62:15
**tests** [1] - 61:21
**th** [1] - 21:20
**THE** [95] - 1:1, 1:1, 1:9, 2:1, 2:7, 2:10, 2:11, 2:13, 2:14, 2:15, 3:6, 3:9, 3:21, 4:11, 4:17, 4:24, 6:2, 6:7, 6:9, 6:10, 6:11, 6:12, 6:14, 6:15, 6:17, 6:18, 8:25, 9:2, 10:10, 11:16, 11:19, 11:22, 12:2, 13:18, 16:5, 17:15, 17:17, 20:9, 21:17, 21:24, 23:9, 23:13, 24:13, 25:9, 25:14, 25:23, 26:3, 26:8, 26:11, 26:18, 28:3, 28:21, 29:4, 29:8, 29:19, 31:15, 32:3, 32:15, 32:18, 32:20, 32:25, 33:9, 34:14, 34:18, 34:22, 34:24, 35:1, 35:3, 35:7, 35:9, 35:11, 39:23, 40:2, 40:10, 40:22, 41:22, 45:20, 45:24, 46:2, 49:23, 53:5, 55:15, 55:18, 65:24, 66:2, 66:9, 66:11, 66:14, 66:16, 66:21, 67:1, 67:4, 67:7, 67:8, 67:15
**theft** [14] - 2:19, 6:25, 7:25, 9:6, 11:20, 16:12, 17:24, 18:6, 18:13, 18:22, 19:7, 19:9, 28:2
**themselves** [4] - 37:25, 46:16, 48:25, 53:24
**therapeutic** [1] - 48:3
**therapist** [2] - 47:25, 55:10
**thereafter** [1] - 61:21
**therefore** [4] - 29:3, 30:12, 63:20, 63:23
**they've** [1] - 59:7
**thinking** [5] - 25:9, 25:17, 37:7, 44:20, 44:21
**third** [1] - 5:13
**thoughts** [4] - 37:7, 43:5, 53:21, 53:23
**thousands** [2] - 24:5, 40:4
**threat** [1] - 56:17
**three** [9] - 9:4, 17:8, 17:21, 17:22, 43:9, 43:10, 48:4, 59:16, 61:18
**threw** [5] - 7:8, 22:25, 30:4, 30:5, 30:6
**throat** [1] - 50:17
**throw** [3] - 24:18, 24:24, 50:17
**throwing** [3] - 22:22, 24:1, 25:3
**thrown** [5] - 23:23, 24:20, 26:6, 26:16, 54:12
**timely** [1] - 8:18
**today** [3] - 6:20, 34:12, 58:25
**today's** [1] - 4:25
**together** [4] - 50:2, 52:15, 58:18, 60:10
**tolerated** [1] - 50:7
**took** [6] - 43:8, 50:15, 51:15, 54:2, 54:4, 54:7
**top** [2] - 58:12, 60:7
**total** [1] - 61:6
**totality** [1] - 13:3
**touch** [2] - 39:19, 46:22
**touched** [1] - 52:6
**tough** [1] - 53:22
**tourist** [1] - 39:24
**towards** [1] - 59:7
**traffic** [2] - 7:8, 49:9
**trailer** [1] - 47:16
**trailheads** [1] - 14:19
**trails** [4] - 14:16, 14:18, 14:22, 14:24
**training** [2] - 63:3
**trait** [1] - 50:10
**transactions** [1] - 8:2
**TRANSCRIPT** [1] - 1:8
**transcript** [2] - 69:4, 69:6
**transferred** [1] - 42:7
**transition** [1] - 56:19
**trauma** [1] - 50:12
**traumas** [1] - 55:11
**travel** [1] - 35:23
**treatment** [12] - 27:7, 42:9, 51:25, 62:16, 62:17, 64:17, 64:20, 66:18, 66:22, 66:25, 67:1, 67:3
**tremendous** [1] - 54:5
**trespass** [17] - 9:11, 9:14, 10:6, 10:12, 10:17, 11:3, 11:24, 12:13, 12:17, 13:1, 13:10, 15:8, 16:10, 16:17, 17:4, 28:2, 28:7
**trespass-like** [1] - 11:24
**trespassed** [1] - 11:1
**tried** [2] - 28:18, 60:5
**tries** [1] - 14:23
**trip** [7] - 34:11, 36:16, 36:23, 37:6, 45:8, 51:17, 55:8
**trouble** [1] - 38:7
**troubled** [1] - 52:8
**truancy** [1] - 36:15
**true** [2] - 69:4, 69:5
**truly** [6] - 43:24, 47:8, 48:12, 48:15, 49:19, 50:19
**truth** [1] - 39:4
**try** [10] - 14:2, 36:9, 37:19, 39:7, 46:9, 46:16, 46:18, 47:7, 48:19
**trying** [8] - 23:7, 25:22, 36:11, 38:12, 40:24, 42:22, 57:24, 58:12
**Tunnel** [8] - 22:8, 22:12, 22:20, 22:24, 23:16, 24:15, 25:20
**tunnel** [15] - 23:20, 24:13, 24:17, 25:6, 25:10, 25:17, 25:19, 25:22, 26:17, 26:22, 40:4, 40:23, 41:2, 54:11
**tunnels** [1] - 25:16
**turn** [3] - 6:21, 14:4, 59:3
**turned** [1] - 48:8
**turning** [2] - 7:2, 58:25
**turns** [2] - 46:20, 66:22
**two** [7] - 7:16, 8:1, 8:16, 28:15, 28:25, 33:24, 35:8, 37:24, 40:14, 43:6, 51:2, 51:9, 52:3, 52:17, 53:11, 53:16, 61:16, 61:20
**two-level** [2] - 7:16, 8:16
**Tyler** [1] - 54:2
**type** [3] - 44:16, 44:17, 58:14
**types** [4] - 20:5, 31:19, 40:17, 59:4

**U**

**U.S** [4] - 1:12, 25:19, 59:19, 63:10
**U.S.C** [14] - 2:19, 2:20, 5:18, 6:24, 7:4, 7:6, 7:15, 17:19, 18:3, 19:15, 60:22, 61:25, 65:1, 65:10
**ultimately** [4] - 14:10, 14:25, 15:2, 29:13
**unable** [2] - 27:14, 65:16
**unaware** [1] - 26:14
**uncle** [3] - 35:4, 35:5, 36:20
**under** [21] - 3:5, 4:6, 7:4, 7:12, 7:18, 8:8, 8:16, 9:17, 12:19, 17:1, 18:3, 18:8, 18:11, 31:4, 31:8, 31:10, 40:17, 45:4, 58:20, 65:3, 65:6
**under-represents** [1] - 12:19
**underdog** [1] - 35:17
**understatement** [1] - 51:8
**uneventful** [1] - 38:2
**unfamiliar** [1] - 29:2
**unfortunately** [2] - 37:21, 46:15
**UNIDENTIFIED** [1] - 67:13
**unique** [1] - 57:3
**UNITED** [3] - 1:1, 1:3, 1:9
**United** [13] - 1:22, 2:2, 2:5, 28:15, 30:1, 30:18, 39:18, 40:5, 62:8, 64:2, 64:9, 64:15, 64:21
**unknown** [1] - 14:9
**unlawful** [3] - 9:6, 61:18, 64:23
**unlawfully** [1] - 61:16
**unlike** [2] - 30:8, 30:10
**unlikely** [1] - 16:1
**unlisted** [3] - 9:19, 9:23, 16:23

**unnoticed** [1] - 55:2
**unraveled** [1] - 41:4
**unsure** [1] - 47:4
**unvaccinated** [1] - 43:8
**unwarranted** [1] - 20:3
**up** [39] - 3:22, 8:11, 14:19, 17:21, 18:5, 21:8, 21:20, 24:23, 27:10, 32:20, 32:21, 33:1, 34:4, 34:19, 36:6, 36:17, 39:7, 39:20, 40:12, 41:6, 44:20, 44:24, 47:16, 48:18, 49:8, 50:16, 50:17, 50:25, 51:13, 52:5, 52:19, 53:3, 53:13, 53:18, 55:13, 60:14, 60:17, 60:19, 66:19
**upward** [2] - 3:11, 29:15

## V

**vacation** [1] - 36:22
**vaccinated** [1] - 43:21
**value** [1] - 17:25
**variance** [16] - 3:5, 3:19, 4:20, 4:21, 4:22, 4:23, 12:18, 13:2, 16:2, 19:3, 31:5, 31:7, 31:12, 33:11, 45:4, 45:19
**variances** [1] - 3:14
**various** [1] - 46:18
**via** [1] - 53:15
**victim** [3] - 7:18, 33:23, 64:3
**video** [6] - 22:7, 22:13, 23:4, 52:1, 57:19, 57:23
**videos** [1] - 26:20
**view** [1] - 9:13
**violating** [1] - 30:15
**violation** [9] - 2:19, 2:20, 6:24, 7:3, 7:6, 7:15, 7:22, 17:19, 65:4
**violations** [3] - 7:21, 30:20, 54:21
**violence** [5] - 21:6, 21:10, 22:15, 24:14, 38:23
**violent** [14] - 11:8, 20:12, 20:22, 22:12, 22:16, 22:19, 22:21, 25:7, 27:15, 28:17, 31:3, 31:17, 33:18,

60:7
**violently** [4] - 20:23, 31:24, 40:2, 57:25
**Virginia** [1] - 42:9
**virtual** [1] - 67:16
**virtue** [1] - 57:7
**visit** [2] - 43:8, 55:9
**visits** [1] - 52:1
**vocational** [2] - 62:25, 63:1
**void** [1] - 46:19
**vote** [2] - 20:16, 26:25
**voted** [2] - 38:13, 38:16
**vs** [1] - 1:5

## W

**wait** [1] - 44:25
**waiting** [1] - 38:5
**waive** [1] - 63:24
**waived** [1] - 64:25
**waives** [1] - 63:20
**wake** [1] - 49:8
**walking** [2] - 39:2, 50:18
**WALTERS** [1] - 1:18
**Walters** [1] - 2:12
**warranted** [4] - 5:12, 12:18, 18:24, 31:12
**warrants** [2] - 28:11, 30:16
**Washington** [12] - 1:5, 1:14, 1:23, 36:16, 36:18, 37:6, 38:9, 39:25, 63:10, 64:5, 64:10, 69:11
**watch** [1] - 34:4
**watched** [2] - 50:24, 51:13
**watching** [1] - 58:1
**wave** [1] - 67:16
**ways** [4] - 44:1, 46:18, 55:12, 56:23
**weapon** [8] - 2:18, 7:8, 16:12, 16:16, 17:19, 23:21, 30:15, 30:21
**week** [1] - 53:18
**West** [10] - 22:8, 22:12, 22:20, 22:24, 23:16, 24:15, 25:20, 28:17, 30:3
**west** [1] - 54:10
**whatsoever** [1] - 58:15
**white** [1] - 25:3
**White** [1] - 36:24
**whole** [5] - 33:19, 38:16, 44:3, 50:16, 51:9

**wielding** [1] - 40:3
**window** [13] - 10:25, 12:7, 21:22, 22:9, 22:18, 28:18, 30:9, 32:20, 32:21, 32:24, 40:5, 58:2
**windows** [1] - 49:7
**wire** [1] - 21:16
**wish** [3] - 3:17, 53:2, 67:21
**wishes** [1] - 31:13
**withholding** [1] - 54:23
**woe** [1] - 42:4
**women** [1] - 54:10
**wooden** [2] - 23:7, 30:4
**woods** [1] - 15:10
**woodsy** [1] - 14:15, 14:16
**word** [1] - 46:12
**words** [1] - 21:25
**worker** [2] - 37:24, 48:3
**works** [1] - 57:5
**world** [2] - 57:4, 58:3
**worse** [1] - 40:11
**worst** [1] - 57:21
**worth** [3] - 15:3, 46:17, 50:20
**wrap** [1] - 48:1
**wrap-around** [1] - 48:1
**write** [1] - 46:11
**writing** [2] - 41:6, 46:8

## Y

**year** [5] - 7:1, 11:6, 18:2, 27:11, 42:13
**years** [21] - 6:25, 17:21, 17:23, 18:4, 18:5, 27:24, 46:10, 46:24, 47:17, 48:10, 48:13, 50:24, 51:2, 51:9, 52:3, 52:17, 53:11, 53:16, 55:22, 58:7, 59:16
**yelling** [1] - 49:15
**York** [1] - 28:5
**young** [1] - 50:8
**younger** [3] - 40:13, 46:10, 55:8

## Z

**zero** [1] - 8:8
**zone** [1] - 18:9